Gary J. Smith (SBN 141393)
gsmith@bdlaw.com
David McCray (SB 169113)
dmccray@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4000
Facsimile: (415) 262-4040

John C. Cruden (SBN 63476)
jcruden@bdlaw.com
Joshua Van Eaton (Pro Hac Vice)
jvaneaton@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W., Suite 700
Washington, DC 20005-7202
Telephone: (202) 789-6000
Facsimile: (202) 789-6190

Attorneys for Plaintiff/Counterdefendant
Long Beach Unified School District

(*Additional Counsel Listed on Signature Page*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>SANTA CATALINA ISLAND COMPANY and CITY OF AVALON,<br><br>Defendants.<br><br>AND AL RELATED CROSS-ACTIONS. | Case No. 2:19-cv-01139-JFW-AS<br><br>**JOINT REPORT RE: RESULTS OF MEDIATION**<br><br>Complaint Filed: February 14, 2019<br>Trial Date: 4/12/2022 |

Pursuant to the Court's June 29, 2021, Trial Scheduling Order [Docket No. 111], the Long Beach Unified School District, the Santa Catalina Island Company and the City

of Avalon (collectively "the Parties") hereby submit their joint report regarding the results of mediation efforts.

The Parties scheduled a mediation session to be conducted on July 9, 2021, but agreed to postpone the mediation pending receipt of the Court's ruling on Defendants' Motion for Partial Summary Judgment, filed on May 17, 2021 [Docket No. 76]. The Court issued its ruling on the motion on August 17, 2021 [Docket No. 114]. The Parties thereafter met for a mediation session on October 11, 2021, in a videoconference conducted by Timothy Gallagher, Esq. No resolution was reached.

The representatives of the District and the City agreed, however, to attend a further mediation session after the City provided additional information regarding its insurance coverage and the District presented the City with a settlement demand. That mediation session occurred on December 10, 2021, in another videoconference conducted by Mr. Gallagher. On December 10 the District presented its settlement demand and the City and the District discussed the demand and the City's insurance coverage. No resolution was reached but additional mediation proceedings have been set. The City's carriers will meet with Mr. Gallagher on January 14, 2022, and then the City and the District will convene another mediation session on February 23, 2022. The District and the City will inform the Court of the results of that meeting promptly afterwards. At this point, the District and the Island Company have no plan for further settlement discussions.

Dated: December 20, 2021                BEVERIDGE & DIAMOND, P.C.


                                        By: /s/ Gary J. Smith
                                            Gary J. Smith

John C. Cruden (SBN 63476)
Joshua Van Eaton (Pro Hac Vice)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190


ATKINSON ANDELSON LOYA RUUD AND ROMO
Scott Jordan Sachs (SBN 213737)
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3599
Facsimile: (562) 653-3951

WFBM, LLP
Sage R. Knauft (SBN 194396)
One City Boulevard West, Fifth Floor,
Orange, CA 92868-3677
Telephone: (714) 634-2522
Facsimile: (714) 634-0686


Attorneys for Plaintiff/Counterdefendant
LONG BEACH UNIFIED SCHOOL DISTRICT


COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: /s/ Gregory D. Trimarche
GREGORY D. TRIMARCHE (SBN 143686)
JONATHAN MEDINA (SBN 272308)
Attorneys for Defendant,
Counterclaimant and Crossclaimant
Santa Catalina Island Company

BEST BEST & KRIEGER LLP

By: /s/ John H. Holloway
JOHN H. HOLLOWAY (SBN 181190)
GREGG W. KETTLES (SBN 170640)
PATRICK D. SKAHAN (286140)
Attorneys for Defendant,
Counterclaimant and Crossclaimant
City Of Avalon

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5)**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 456 Montgomery Street, Suite 1800, San Francisco, CA 94104.

On December 20, 2021, I served the foregoing document described as **JOINT REPORT RE: RESULTS OF MEDIATION** on the interested parties in this action, addressed as follows:

- ❑ **(BY ELECTRONIC FILING AND/OR SERVICE)** — I served a true copy, ~~with all exhibits~~, electronically on designated recipients listed on the transmission report through the ECF Filing Service System.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 20, 2021, in Tracy, California.

_____
Anita Rivas