FILED
CLERK, U.S. DISTRICT COURT

February 10, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: *Natalie L. Calkins* DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In the Matter of the Creation of the Calendar | ) | ORDER OF THE CHIEF JUDGE |
| | ) | |
| of | ) | **22-023** |
| | ) | |
| Judge MAAME EWUSI-MENSAH FRIMPONG | ) | |
| | ) | |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Maame Ewusi-Mensah Frimpong,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge John F. Walter to the calendar of Judge Maame Ewusi-Mensah Frimpong:

| | |
|---|---|
| 2:19-cv-01139-JFW-ASx | Long Beach Unified School District v. Santa Catalina Island Company, et al. |
| 2:21-cv-05328-JFW-MARx | *Sealed* |
| 2:21-cv-06073-JFW-AFMx | United African-Asian Abilities Club, et al. v. VPR Partnership, et al. |
| 2:21-cv-07523-JFW-RAOx | Bedros Balian, et al. v. First National Insurance Company of America, et al. |
| 2:21-cv-07745-JFW-KESx | Cyrus Sanai v. Melanie Lawrence, et al. |
| 2:21-cv-07884-JFW-KESx | Chang Eui Shon v. Hyundai Motor America |
| 2:21-cv-08591-JFW-MARx | Annette Miller Follette v. American Medical Systems Inc., et al. |
| 2:21-cv-08971-JFW-AS | Demetric Andre Brooks v. Patrick Covello |
| 2:21-cv-09040-JFW-MAAx | Britanny Sayles, et al. v. Natural Nine, Inc., et al. |
| 2:21-cv-09231-JFW-JCx | Denis Jackson v. National Express Transit Corporation, et al. |
| 2:21-cv-09240-JFW-SKx | Yang Liao, et al. v. U.S. Citizenship and Immigration Services, et al. |
| 2:21-cv-09393-JFW-GJSx | Colton Bryant v. Saleem I. Shihady, et al. |
| 2:21-cv-09725-JFW-SKx | Gloria Almanza v. Smith & Nephew, Inc. |

In the Matter of the
Creation of Calendar for
District Judge Maame Ewusi-Mensah Frimpong                                                    2

_____

      2:21-cv-09906-JFW-MAAx    Shumin Peng v. U.S. Citizenship and Immigration
                                                Services, et al.
      2:22-cv-00180-JFW-AFMx    William Crabtree v. Robert Kirkman, et al.
      8:21-cv-01689-JFW              In Re: QDOS, Inc.

      On all documents subsequently filed in the case, please substitute the Judge initials MEMF after the case number in place of the initials of the prior Judge.

DATED: February 10, 2022          _____

                                         Chief Judge Philip S. Gutierrez