Joshua Van Eaton (*Pro Hac Vice*)
jvaneaton@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone:  (202) 789-6000
Facsimile:   (202) 789-6190

Attorneys for Plaintiff/Counterdefendant
Long Beach Unified School District

*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SANTA CATALINA ISLAND COMPANY and CITY OF AVALON,<br><br>　　　　　Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No.  2:19-cv-01139-MEMF (ASx)<br><br>**DECLARATION OF JOSH VAN EATON IN SUPPORT OF PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS' AFFIRMATIVE DEFENSES**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Date:　　November 16, 2023<br>Time:　　10:00am<br>Court Room: 8B<br><br>Complaint Filed:  February 14, 2019<br>Trial Date:  March 25, 2024 |

*ADDITIONAL COUNSEL:*
BEVERIDGE & DIAMOND, P.C.
John C. Cruden (SBN 63476)
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190

Gary J. Smith (SBN 141393)
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4000
Facsimile: (415) 262-4040

Michael Vitris (*Pro Hac Vice*)
400 West 15th Street, Suite 1410
Austin, TX 78701
Telephone: (410) 230-1300

Erika H. Spanton (*Pro Hac Vice*)
William Enoch (*Pro Hac Vice*)
600 University Street, Suite 1601
Seattle, WA 98101
Telephone: (512) 391-8000

ATKINSON ANDELSON LOYA RUUD AND ROMO
Scott Jordan Sachs (SBN 213737)
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3599
Facsimile: (562) 653-3951

WFBM, LLP
Sage R. Knauft (SBN 194396)
One City Boulevard West, Fifth Floor,
Orange, CA 92868-3677
Telephone: (714) 634-2522
Facsimile: (714) 634-0686

Attorneys for Plaintiff/Counterdefendant
LONG BEACH UNIFIED SCHOOL DISTRICT

DECLARATION OF JOSH VAN EATON; Case # 2:19-cv-01139-MEMF-AS

I, Josh Van Eaton, declare as follows:

1. I am an attorney duly admitted to practice before this court, and I am a Principal with the law firm of Beveridge & Diamond, P.C., counsel of record for Plaintiff, Long Beach Unified School District (the "District").  I make this declaration in support of the District's Motion for Partial Summary Judgment as to Defendants' Affirmative Defenses.  I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant pages of the deposition transcript of the Santa Catalina Island Company's (the "Island Company") expert Stephen Washburn.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the expert report of the Island Company's expert Stephen Washburn, which was introduced in full as Deposition Exhibit 191.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the rebuttal expert report of the Island Company's expert Stephen Washburn, which was introduced in full as Deposition Exhibit 207.

5. Attached hereto as Exhibit 4 is a true and correct copy of relevant pages of the deposition transcript of the City of Avalon's (the "City") expert Jeffrey Dagdigian.

6. Attached hereto as Exhibit 5 is a true and correct copy of the excerpts from expert report of the City's expert Jeffrey Dagdigian, which was introduced in full as Deposition Exhibit 184.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the rebuttal expert report of the Defendants' expert Christopher Dore.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the supplemental expert report of the Defendants' expert Christopher Dore, which was introduced in full as Deposition Exhibit 157.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the supplemental expert report of the Defendants' expert Douglas Littlefield, which was introduced in full as Deposition Exhibit 216.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the expert report of the Defendants' expert Gary Hokkanen, which was introduced in full as Deposition Exhibit 124.

11. Attached hereto as Exhibit 10 is a true and correct copy of a declaration by Javier Hinojosa, Chief of the Site Mitigation and Restoration Program, Chatsworth Branch, at the California Department of Toxic Substances Control ("DTSC"), which was filed on June 22, 2022, in the matter of *Twin City Fire Insurance Co. v. Long Beach Unified School District*, No. 19STCV31668.

12. Attached hereto as Exhibit 11 is a true and correct copy of 1977 City Meeting Minutes, which the City produced in discovery as AVA0147728–741.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Defendants' Memorandum of Points & Authorities in Support of Joint Motion for Partial Summary Judgment [Docket No. 76-1].

14. Attached hereto as Exhibit 13 is a true and correct copy of relevant pages of the deposition transcript of the District's expert Keith Zahniser.

15. Attached hereto as Exhibit 14 is a true and correct copy of relevant pages of the deposition transcript of the Defendants' expert Douglas Littlefield.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from a 2013 archaeological assessment by Greenwood & Associates, prepared for then-counsel of the Island Company, which the Island Company produced in discovery as SCICO_006630–675 and which was introduced in full as Deposition Exhibit 23.

17. Defendants have not produced any documents indicating that, during manufactured gas plant operations, the stockpiling and/or disposal of lampblack was confined to the City Warehouse property.

18. Defendants have not produced any documents indicating that, during the District's 1960s grading of the Ball Field, the District trespassed onto now-City Warehouse property to transport soil from the warehouse property onto the now-District Ball Field.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 25, 2023 in Arlington County, VA.

_____
Josh Van Eaton