# EXHIBIT 9



# Expert Report of Gary Hokkanen

In the Matter of:

Long Beach Unified School District v. Santa Catalina Island Co., et al.

United States District Court for the Central District of California

Case No. 2:19-CV-01139-JFW

Prepared by:

Gary Hokkanen, M.S.

Principal Hydrogeologist

EKI C00056.00

23 November 2021



3/9/2023
Gary Hokkanen
**Exh 124**
Pamela Cotten, CSR 4497

This Page Was Left Blank Intentionally

are a result of school activities and not activities attributed to the City of Avalon or the Island Company.

Other experts retained by the City of Avalon and the Island Company have developed findings and opinions regarding the COCs detected in soil at Avalon School that support the conclusion that the COCs at the Avalon School are the result of school activities.  Douglas R. Littlefield, Ph.D. developed a narrative history of certain public utilities in the community of Avalon and the utilities' relationships with the Avalon School property (Littlefield, 2021).  Dr. Christopher D. Dore developed opinions on the "archaeological and waste materials found on the Avalon School Campus" (Dore, 2021).  Jeffrey V. Dagdigian, Ph.D. opined on "the source(s), fate and transport, and nature of the hazardous substance releases that have impacted the Avalon School property" (Dagdigian, 2021).  Steve Washburn developed opinions on the fill material, surface soils, and subsurface soils at Avalon School (Washburn, 2021).

Since April 2012, the City of Avalon and the Island Company have incurred costs to comply with the March 2012 DTSC Imminent and Substantial Endangerment Determination and Order and Remedial Action Order.  The City of Avalon has paid $723,449.75 and the Island Company paid $799,472.77 for the shared consultants, EEC and GSI.  I have reviewed the administrative record from 2012 to the present and I have seen no evidence that the work performed by EEC and GSI is inconsistent with the National Contingency Plan.

The evidence indicates that the contaminated soil at Avalon School, the subject of the 2012 DTSC Order and subsequent costs, is the result of school activities and not activities of the City of Avalon or the Island Company.   As a result, the City of Avalon and the Island Company seek to recover costs they incurred to respond to the March 2012 DTSC Imminent and Substantial Endangerment Determination and Order and Remedial Action Order.

### 6.4   Opinion 4

**The parties named in the March 2012 DTSC Order developed a Remedial Action Plan with the purpose to allow the LBUSD to continue to safely operate Avalon School.  Once the implementation of remediation described in the Remedial Action Plan is complete, the DTSC is expected to approve completion of the actions required in the March 2012 Order and allow the continued safe use of Avalon School with the Soil Management Plan and the Land Use Covenant in place.**

As discussed in Section 3, contaminated soil was discovered at Avalon School in 2001.  Shortly after the LBUSD voluntary relocated classes for approximately three weeks.  Thereafter, for the last 20 years, Avalon School has been open and occupied by students, staff, and visitors.

23 November 2021
EKI C00056.00
Page 20

