# Exhibit H



# Expert Report of Gary Hokkanen

In the Matter of:

**Long Beach Unified School District v. Santa Catalina Island Co., et al.**

**United States District Court for the Central District of California**

**Case No. 2:19-CV-01139-JFW**

**Prepared by:**

**Gary Hokkanen, M.S.**

**Principal Hydrogeologist**

EKI C00056.00

**23 November 2021**

# TABLE OF CONTENTS

1. INTRODUCTION ........................................................................................................... 3

2. QUALIFICATIONS AND EXPERIENCE .......................................................................... 4

3. BACKGROUND ........................................................................................................... 5

4. OTHER LONG BEACH UNIFIED SCHOOL DISTRICT PROPERTIES ................................... 9

   4.1  Shared Environmental Issues at LBUSD Schools ................................................ 9

   4.2  Long Beach Unified School District Properties ................................................. 10

      4.2.1   Fremont Elementary, 4000 East 4th Street ............................................. 10

      4.2.2   Renaissance High School For the Arts, 235 East 8th Street ................... 12

      4.2.3   Long Beach Polytechnic High School, 1600 Atlantic Avenue ................ 12

      4.2.4   Jordan High School, 6500 Atlantic Avenue ........................................... 13

      4.2.5   Woodrow Wilson Classical High School, 4400 East 10th Street ............ 13

      4.2.6   Burnett Elementary, 565 East Hill Street .............................................. 14

      4.2.7   Edison Elementary, 625 Maine Avenue ................................................ 14

      4.2.8   Naples Bayside Academy, 5537 The Toledo .......................................... 14

      4.2.9   Early College Academic & Technical School, 7025 E. Parkcrest Street .. 15

      4.2.10  Hill Middle School, 1100 Iroquois Avenue ............................................ 15

      4.2.11  Newcomb Academy, 3351 Val Verde Avenue ....................................... 16

      4.2.12  Broadway/Golden Avenue Property ..................................................... 16

   4.3  Summary ........................................................................................................ 16

5. INVESTIGATION AND REMEDIATION COSTS .............................................................. 17

6. OPINIONS AND BASIS .............................................................................................. 18

   6.1  Opinion 1 ........................................................................................................ 18

   6.2  Opinion 2 ........................................................................................................ 19

   6.3  Opinion 3 ........................................................................................................ 19

   6.4  Opinion 4 ........................................................................................................ 20

7. SIGNATURE ............................................................................................................. 23



**EXHIBITS**

Exhibit A      Documents Considered

Exhibit B      Curriculum Vitae

Exhibit C      Invoice Spreadsheet



Expert Report of Gary Hokkanen

## 1. INTRODUCTION

I, Gary E. Hokkanen, have prepared this Expert Report at the request of Best Best & Krieger; Cooksey, Toolen, Gage, Duffy & Woog; and Wood, Smith, Henning & Berman, counsel for defendants Santa Catalina Island Company (Island Company) and the City of Avalon for the matter *Long Beach Unified School District v. Santa Catalina Island Co., et al.,* United States District Court for the Central District of California, Case No. 2:19-cv-01139-JFW.  I have been retained to evaluate the investigation and remediation of environmental contamination and associated costs at the property located at 200 Falls Canyon Road, Avalon, California (the Site).

In formulating the following opinions and preparing this Expert Report, I reviewed and considered the documents listed in Exhibit A.  I have reviewed other Expert Reports listed in Exhibit A that have provided information that has informed my opinions.  However, the opinions stated in this report are my own.  I have also relied upon my education, training, and 40 years of experience in the investigation and remediation of contaminated sites.  If additional information or documents are provided to me subsequent to the date of this Report, I may modify my opinions presented herein, or address other issues as requested by counsel.



## 2. QUALIFICATIONS AND EXPERIENCE

I am an Engineer and a Hydrogeologist, and a Principal Hydrogeologist with EKI Environment & Water (EKI), an environmental consulting firm specializing in the investigation and cleanup of contaminated sites.  Attached as Exhibit B is a true and correct copy of my current Curriculum Vitae setting forth my professional background, representative projects, and publications in the last 10 years; and a list of other cases in which I testified as an Expert at trial or by deposition during the past 4 years.  My education includes a Master of Science degree in Earth Science from the University of Waterloo in Ontario, Canada, with graduate work in the field of contaminant hydrogeology.  I also have a Bachelor of Science degree in Civil Engineering from the University of Minnesota, with an emphasis in Environmental Engineering.

I have 40 years of professional experience in the development, evaluation and implementation of investigations and response actions at environmental contamination projects and litigation support.  I have been the Project Manager or Principal-in-Charge of the investigation and remediation of contaminated sites throughout the United States and Canada.  My investigation and remediation work at over 100 sites has involved characterization of groundwater flow systems; characterization of contaminated soil and groundwater; analysis of contaminant fate and transport; development of feasibility studies; selection and design of soil, groundwater, and sediment remedial actions; agency negotiations; and technical observation of work performed by potentially responsible parties (PRPs).  I have worked on a wide variety of contaminated sites, including wood-treatment plants, dry cleaner facilities, landfills, manufacturing facilities, sewage treatment plants, fuel-transfer facilities, oilfields, and disposal sites. Contaminants present at these sites have included chlorinated solvents, hydrocarbons, polycyclic aromatic hydrocarbons (PAHs), PFCs (PFOA, PFOS), TCP, MTBE, perchlorate, PCBs, nitrate, pentachlorophenol, volatile organic compounds (VOCs), methyl tertiary- butyl ether, pesticides, and metals.

I currently am a Principal Hydrogeologist and Vice President for EKI, and during my career was employed by several consulting firms, including Farallon Consulting, Hokkanen Environmental LLC, Geomatrix Consultants, and Geraghty & Miller.  From 1980 to 1982, I was employed by EPA Region 9, based in San Francisco, California, in the Resource Conservation and Recovery Act (RCRA), the Toxic Substances Control Act (TSCA) and Superfund (Comprehensive Environmental Response, Compensation, and Liability Act or CERCLA) programs.  I have testified at trial or by deposition as an Expert in over 20 environmental cases in various federal and state jurisdictions, as set forth in my Curriculum Vitae.  My compensation rate for this case is $350 per hour for preparation of this Expert Report, and $525 per hour for deposition and trial testimony.



Expert Report of Gary Hokkanen

## 3. BACKGROUND

The Avalon School is a K-12 school located at 200 Falls Canyon Road in Avalon, California on Catalina Island. The school property is approximately 11.56 acres. Avalon School is part of the Long Beach Unified School District (LBUSD). The school started in the 1920s with the construction of several of the existing school buildings.

**2001 to 2012**

In 2001 a modernization project was started at Avalon School that included the excavation of trenches for installation of utility conduits. Impacted soil and ash, potentially from a former school incinerator, was discovered in June 2001 during trenching in the southeastern portion of the school property. Soil samples were collected from the sidewalls of the trenches and analysis of the samples identified concentrations of lead, dibenzodioxins and dibenzofurans (dioxins/furans). Subsequently, the LBUSD voluntary relocated classes for approximately three weeks (DTSC, 2004).

The LBUSD signed a Voluntary Cleanup Agreement with the California Department of Toxic Substances Control (DTSC) in October 2001 (DTSC, 2001e). Investigation of the impacted soil began in January 2002. A Remedial Investigation report was issued in June 2002 documenting the results of the analysis of soil samples collected at the school (URS, 2002b). After completion of the remedial investigation, DTSC issued a Fact Sheet to inform the community of the results and summarize future planned activities (DTSC, 2002b). The Fact Sheet stated:

> *The results of the RI in general confirm that those areas previously restricted from access remain predominantly the areas of concern and there is no immediate health risk to staff or students and that all of the currently accessible areas of the school campus have been and will continue to be safe for staff and student occupancy.*

Based on the results of the investigation, a Feasibility Study was completed in September 2002 that developed remediation alternatives and selected a combination of soil excavation and a cap over impacted soil as the recommended alternative (URS, 2002d). In August 2003, a Revised Remedial Action Plan was submitted to DTSC that changed the recommended alternative to excavation and off-site disposal of impacted soil (URS, 2003).

Excavation of impacted soil occurred in the summer of 2005 and 2006. A Remedial Action Completion Report (RACR) was submitted to DTSC in December 2005 (URS, 2005c) for the soil excavation that was conducted in the summer of 2005. Approximately 2,126 tons of impacted soil was excavated and transported off-site for disposal. A RACR was submitted to DTSC in November 2006 (URS, 2006b) for the soil excavation that was conducted in the summer of 2006. Approximately 3,615 tons of impacted soil was excavated and transported off-site for disposal.



In May 2007, the LBUSD entered into a second Voluntary Cleanup Agreement with the DTSC (DTSC, 2007b). The Voluntary Cleanup Agreement continued DTSC's role to provide oversight of the response actions conducted by LBUSD for the Site and added some provisions not in the 2001 Voluntary Cleanup Agreement. Section 3.0 stated that "all work shall be performed consistent with Education Code sections 17210, 172101., 17213.1, and 17213.2". Section 3.17, Previously Unidentified Release, and Section 3.26.1, Contamination Remains in Place Where Proponent is Property Owner, were added.

Additional site investigation was performed in 2007 in areas where soil was excavated in 2005 and 2006 and in the Ball Field area to "more fully characterize and delineate the extent of affected soils which still exist at the site" (Mission, 2007a; Mission, 2008a). Additional impacted soil was characterized in this site investigation.

In 2007 coke material and PAH-impacted soil were discovered in the northern portion of the western Ball Field slope (Mission, 2009b). Soil borings were drilled to identify the limit of the impacted area. Based on the information from the soil borings, approximately 50 cubic yards of soil was excavated and transported and disposed of at the TRS Facility in Azusa, California.

In July 2010, approximately 133 cubic yards of impacted soil was excavated in the Boys/Girls Locker Courtyard Area and transported to and disposed of at the Azusa Land Reclamation facility in Azusa, California (Mission, 2011).

### 2012 to present

In March 2012, the DTSC issued an Imminent and Substantial Endangerment Determination and Order and Remedial Action Order to the Santa Catalina Island Company, City of Avalon, and the Long Beach Unified School District for the Avalon K-12 School Site. The Order applied to the "Avalon K-12 School property located at 200 Fall Canyon Road, Avalon, Santa Catalina Island, California 90704 and the westerly adjacent property owned by the City of Avalon" (DTSC, 2012).

A Site Conceptual Model (SCM) was developed for the Avalon School in August 2012 (EEC, 2012). The SCM was "intended to provide a concise summary of the environmental and regulatory history of the Site, including the detection of Chemicals of Concern (COCs) at the Site, the cleanup actions that have been performed at the Site, and the environmental conditions that affect fate and transport of chemicals at the Site." The SCM also identified data gaps in the characterization of the Site and identified "the need for additional assessment to address those data gaps in order to allow a complete evaluation of the health and environmental impacts from identified COCs and COPCs."

On behalf of the three parties named in the March 2012 DTSC Order, in July 2014 Environmental Engineering & Contracting, Inc. (EEC) issued a Remedial Investigation Report for the Avalon K-12 School Property and the City of Avalon Warehouse Property (EEC, 2014). The



Expert Report of Gary Hokkanen

stated purpose of the investigation "was to delineate the nature and extent of COCs previously identified at the site, evaluate if other COPCs that had not been previously evaluated were present at the Site, assess potential impacts associated with historical activities, and provide additional sampling in areas where prior sampling was limited or had not been conducted." The report presents the results of all the soil sampling conducted at the Site. Prior to issuance of the final remedial investigation report, additional sampling was requested by DTSC.

In August 2014 approximately 210 tons of impacted soil was removed from the southwestern part of the Western Ball Field Slope Area and transported to and disposed of at the Soil Safe-Adelanto facility in Adelanto, California and at the South Yuma County Landfill in Yuma, Arizona (Leighton, 2015a).

A Supplemental Remedial Investigation Report was issued in March 2015 (EEC, 2015). The Supplemental Remedial Investigation Report was approved by DTSC in a June 26, 2015 letter (DTSC, 2015c). In the approval letter, DTSC stated "DTSC concurs with the conclusions and recommendations of the SRI Report; based on the results of all previous investigations, the nature and extent of contaminants of concern have been sufficiently delineated to evaluate the potential health risks at the Site and potential remedial actions. DTSC agrees that a scoping meeting should be held with all the Responsible Parties and their representatives to discuss development of the Human Health Risk Assessment and Feasibility Study."

Additional soil sampling was conducted in August 2015 to further characterize impacted soil beneath and adjacent to existing school buildings (Leighton, 2015i).

In January 2017, EEC issued a Human Health Risk Assessment Report for the Avalon K-12 School Property and the City of Avalon Warehouse Property (EEC, 2017). The objective of the HHRA was to estimate potential human health risks associated with exposure to COCs detected in surface and subsurface soil at the School and Warehouse Properties and to provide a basis for potential remedial actions and/or risk management strategies.

Geosyntec issued a Technical Memorandum that developed a proposed remedial approach for the Avalon School property in May 2017 (Geosyntec, 2017). The proposed remedial approach was developed only for the Avalon School property. It identified the COCs, Remedial Action Objectives, and Site-Specific Remedial Goals. In addition, a pre-excavation confirmation sampling program was described.

Leighton performed an evaluation of the environmental suitability of soil/bedrock on the slope north of the Ballfield (Leighton, 2018). LBUSD was planning to excavate soil and bedrock on the slope as part of a construction project. The purpose of the evaluation was to determine if the soil and bedrock could be used as clean backfill material.



Expert Report of Gary Hokkanen

A Remedial Action Plan (RAP) for the School and Warehouse Properties was submitted to the DTSC in July 2019 and was approved in August 2019 (GSI, 2019b; DTSC, 2019d). The RAP provided a description of the nature and extent of the COCs at the Site, based on all the previous sampling that had been conducted. Remedial alternatives were developed in the RAP and evaluated for effectiveness, implementability, and cost. The RAP recommended "hot spot" soil excavation and removal up to five feet at locations were soil concentrations exceeded the cleanup goals for the School (OU-1) and Ballfield (OU-2A) areas. The work was proposed to be conducted in two phases. Phase 1 included removal of soil exceeding cleanup goals in OU1 and OU2A in "both unpaved and immediately adjacent paved areas of contaminated soils to a maximum depth of 5 feet below grade". Phase 2 "is scheduled to be implemented in conjunction with the future modernization and athletic Ball Field upgrades in year 2022. Phase 2 will generally include removal of soils exceeding RGs in paved areas as shown in the RAP".

The RAP states that the recommended alternative "is compliant with the DTSC-approved May 19, 2017 Geosyntec Technical Memorandum, which if implemented, achieves acceptable health risk levels for all potentially exposed populations. And meets or exceeds the minimum requirements of DTSCs response to comments letter dated March 8, 2019". The recommended alternative for the Warehouse Property (OU-2B) was capping-in-place and institutional controls.

The DTSC published a Community Update on the RAP in July 2019 (DTSC, 2019b) inviting public comments on the RAP. DTSC stated "The goal of the RAP is to restore and protect the environment and protect public health at the Site under the regulatory authority of DTSC."

Phase 1 of the RAP was implemented for OU1 and OU2A in August 2019. A total of 345 cubic yards of impacted soil was removed and disposed of. A RACR was issued in March 2020 (GSI, 2020). The DTSC approved the RACR in April 2020 (DTSC, 2020a). In the approval letter, DTSC recommended the preparation of a land use covenant and a soil management plan to "protect students, staff, workers, and the community from potential exposure to impacted soil remaining in place below ground surface." Phase 2 is scheduled to be implemented in 2022. And the selected remedy for OU2B will be implemented within approximately three years.

A Soil Management Plan (SMP) was submitted to the DTSC in June 2020 and revised in August 2020 (Leighton, 2020a). The SMP "is intended to guide soil disturbance activities in areas under the land use restriction at the School." The SMP will be used to "guide soil excavation activities for the protection of workers, employees, students and any others that may be exposed to site COCs resulting from work in these areas." The SMP was approved in August 2020 (DTSC, 2020b).

A Land Use Covenant and Agreement was executed between LBUSD and DTSC and was recorded in June 2021 (County of Los Angeles, 2021). The Covenant was determined by DTSC to be reasonably necessary "to protect present or future human health or safety or the environment as a result of the presence on the land of hazardous materials as defined in Health



Expert Report of Gary Hokkanen

and Safety Code section 25260".  The Soil Management Plan was incorporated by reference into the Land Use Covenant for the School.

## 4.  OTHER LONG BEACH UNIFIED SCHOOL DISTRICT PROPERTIES

### 4.1  Shared Environmental Issues at LBUSD Schools

The LBUSD owns and runs a variety of schools in Long Beach, Signal Hill, and Lakewood.  The LBUSD has worked with DTSC's Brownfields Restoration and School Evaluation Branch on several of these schools where impacted soil and groundwater has been identified.   This Branch of DTSC works with school districts in the assessment, investigation, and cleanup of school sites.  DTSC has issued a number of guidance documents to assist school districts in this process.  One of the guidance documents specifically directed at school sites is entitled "*Interim Guidance Evaluation of School Sites with Potential Soil Contamination as a Result of Lead From Lead-Based Paint, Organochlorine Pesticides from Termiticides, and Polychlorinated Biphenyls from Electrical Transformers*" (DTSC, 2006b).  The guidance document is intended to provide an approach for evaluating "school sites where lead from lead-based paint, organochlorine pesticides (OCPs) from termiticide application, and polychlorinated biphenyls (PCBs) from electrical transformers are potential sources of soil contamination."

School buildings constructed before 1978 may have used lead-based paint which through weathering, scraping, chipping or abrasion may have caused lead to be released to soil around the buildings.  Lead impacts may also be due to other construction-related lead products.

OCPs were commonly used for termite control around school buildings.  OCPs included chlordane, lindane, heptachlor, and aldrin.  The OCPs were applied to soil surrounding building foundations and injected into soil to control termites.

In addition, arsenic was used in herbicides for weed control, and in insecticides, termiticides, and/or rodenticides.

Like the Avalon School, fourteen other LBUSD schools had incinerators (LBUSD, 2021a; LBUSD, 2021b).  The incinerators were reportedly used to burn trash and other waste material at the schools.  Ash generated by incinerators burning trash contains PAHs and dioxins/furans.  At the following schools, I have seen no documentation regarding the disposal of ash from the incinerators at the schools.  The schools identified as having incinerators include:

- Bancroft Middle School, 5301 East Centralia Street, Long Beach

- Barton Elementary, 1100 East Del Amo Boulevard, Long Beach



Expert Report of Gary Hokkanen

- Birney Elementary, 710 West Spring Street, Long Beach

- Bixby Elementary, 5251 East Stearns Street, Long Beach

- Burnett Elementary (now Bobbie Smith Elementary), 565 East Hill Street, Long Beach

- Edison Elementary, 625 Maine Avenue, Long Beach

- Fremont Elementary, 4000 East 4th Street, Long Beach

- Garfield Elementary, 2240 Baltic Avenue, Long Beach

- Jordan High School, 6500 Atlantic Avenue, Long Beach

- Lindbergh Middle School, 1022 East Market Street, Long Beach

- Renaissance High School- Building 200, 235 East 8th Street, Long Beach

- Rogers Middle School- Main Building, 365 Monrovia Avenue, Long Beach

- Stevens (Stephens Middle School), 1830 West Columbia Street, Long Beach, and

- Wilson High School, 4400 East 10th Street, Long Beach.

Investigations at the Avalon School have detected the following COCs:  lead, arsenic, dioxins/furans, and polycyclic aromatic hydrocarbons (URS, 2002b; Mission, 2008a; EEC, 2014; Leighton, 2015d; Leighton, 2017).  As discussed above, these COCs may be due to lead-based paint and other lead products (Long Beach Board of Education, 1949), termiticides, herbicides, insecticides, rodenticides, and use of on-site incinerators.  The COCs detected at Avalon School have also been detected at other LBUSD schools.

## 4.2    Long Beach Unified School District Properties

The following paragraphs provide summaries of LBUSD school sites that have worked with DTSC's Brownfields Restoration and School Evaluation Branch to investigate and cleanup impacted soil and groundwater, with COCs similar to those found at Avalon School.

### 4.2.1    *Fremont Elementary, 4000 East 4th Street*

The property located at 4000 East 4th Street, Long Beach, California is approximately 3.8 acres. The property was originally developed as the former 4th Street School/John C. Fremont Public



Expert Report of Gary Hokkanen

School in 1914.  In 1934 the original school building was replaced with the current four
buildings (Buildings 1000, 2000, 3000, and 4000) (Terraphase, 2021a).

In March 2021 LBUSD applied to the School Property Evaluation and Cleanup Division of DTSC
for environmental oversight of contamination identified at the Fremont Elementary property.
A Phase I Environmental Site Assessment (Phase I) was performed at the property in November
2020 (Leighton, 2020b).  The Phase I identified a non-operational incinerator, historically used
to burn refuse, inside the southern portion of Building 1000.  Several recognized environmental
conditions (RECs) were identified in the Phase I.    The RECs included areas of shallow soil
impacted with arsenic, lead, total petroleum hydrocarbons (TPH), semi-volatile organic
compounds (SVOCs – including PAHs), and asbestos-containing materials.  Impacted soil was
identified in the crawl space of Building 4000.  In addition, lead-based paint was identified in
the buildings on the property.

In September 2020 soil samples were collected in the crawlspaces beneath Buildings 1000 and
2000 (Terraphase, 2020b).  Soil samples were analyzed for VOCs, TPH, metals, SVOCs,
pesticides, herbicides, PCBs, and asbestos.

Results of the analysis of metals identified the following:

> *Much of the soil beneath Buildings 1000 and 2000 contain lead at concentrations greater
> than the DTSCSL, several of these locations had reported STLC lead concentrations that
> would classify the soil as California-hazardous for lead. All but two of the twelve samples
> beneath Building 2000 contained arsenic at levels above the regulatory screening levels
> and at concentrations greater than the DSTC Southern California regional background
> level of 12 mg/kg. Seven of the twelve soil sample locations beneath Building 2000
> contained arsenic at either California-hazardous or RCRA-hazardous concentrations.*

PAHs and SVOCs were detected in samples collected at Building 2000, including
benz(a)anthracene, chrysene, fluoranthene, phenanthrene, pyrene, bis(2-ethylhexyl) phthalate,
butyl benzyl phthalate, and di-n-butyl phthalate.  The following compounds detected beneath
Building 2000 are PAHs:  benz(a)anthracene, chrysene, fluoranthene, phenanthrene, and
pyrene.  According to the US Environmental Protection Agency, PAHs are created when garbage
is burned (USEPA, 2008).

Additional investigation of soil impacts at the property were conducted in 2021 (Terraphase,
2021a; Terraphase, 2021b).   These investigations further characterized the level and extent of
impacted soil at the property.    Arsenic, lead, PAHs, and dioxins were detected in soil samples
collected at the property.  Samples were collected in the area of the former incinerator and
analyzed for metals, dioxins, and PAHs.  Dioxins were analyzed in four samples collected in July
2021 and detected in two of the samples.



Expert Report of Gary Hokkanen

In summary, arsenic, lead, PAHs, and dioxins were all detected in soil at Fremont Elementary. The dioxins were detected in soil samples in the area of the former incinerator. These are the same chemicals that have been detected at the Avalon School.

### 4.2.2   Renaissance High School For the Arts, 235 East 8th Street

The Renaissance High School For the Arts is approximately 3.44 acres and the property has been occupied by LBUSD since 1898. The existing school began to be developed in 1935.

In 2015, the LBUSD entered into a Master Voluntary Cleanup Agreement with DTSC for school properties within the city of Long Beach (DTSC, 2015f). A Phase I Environmental Site Assessment was performed for the property in 2015 (Leighton, 2015f). The Phase I stated that an incinerator was present in Building 200. The Phase I identified several recognized environmental conditions (RECs) at the property and recommended that a Preliminary Endangerment Assessment (PEA) be performed to assess the RECs.

A Phase II Environmental Site Assessment (Phase II) was conducted at the property in December 2015 to assess the RECs identified in the Phase I (Leighton, 2017). The Phase II identified elevated levels of lead in soil samples, associated with lead-based paint. Approximately 5.7 cubic yards of lead-impacted soil was excavated for off-site disposal.

The Phase II did not collect samples in and around Building 200 where the incinerator was reportedly located. Only one soil sample was analyzed for dioxins/furans.

### 4.2.3   Long Beach Polytechnic High School, 1600 Atlantic Avenue

The Long Beach Polytechnic High School was initially developed some time before 1914. A Sanborn map from 1914 shows the presence of Polytechnic High School on the property (EDR, 2021). A 1950 Sanborn map shows a larger High School on the property. The 1950 Sanborn map also shows an incinerator outside the Industrial Arts Building.

In February 2014, the DTSC entered into a School Cleanup Agreement with the LBUSD for Long Beach Polytechnic High School Auditorium (DTSC, 2014a). The Agreement covered only a small portion of the school property, the school auditorium. The Agreement stated that the hazardous constituents detected at the site were lead-based paints, PCBs, organochlorine pesticides (OCPs), and VOCs.

Twenty-eight soil samples were collected at the property in 2014. Lead was detected in all the 28 soil samples at concentrations ranging from 3.9 milligrams per kilogram (mg/kg) to 180



Expert Report of Gary Hokkanen

mg/kg (Leighton, 2014b). PCBs were also detected in soil samples. Based on these results, additional soil sampling for lead was conducted only around the Auditorium Building at the property. A total of 47 samples were collected around the Auditorium and lead was detected in all the samples ranging from 3.5 to 220 mg/kg. Approximately 3.98 tons of lead-impacted soil was removed from the Site and transported off-site for disposal.

### 4.2.4    *Jordan High School, 6500 Atlantic Avenue*

Jordan High School was originally developed by 1938 and development continued until 1956. The property is approximately 26 acres and is currently developed with classroom buildings, portables, and sports facilities (Ninyo & Moore, 2011). The Phase I stated that based on the age of the school buildings, it suspected the presence of OCPs in shallow soil at the property, lead-based paint and asbestos containing materials.

Soil samples were collected at the property in 2012 (Ninyo & Moore, 2012). Shallow soil samples were collected in areas around site buildings with wood structural components and analyzed for metals and OCPs. Both lead and OCPs (including chlorodane, dieldrin, heptachlor, and heptachlor epoxide) were detected in soil samples. PAHs were detected in soil samples collected from the hazardous materials storage and clarifier areas.

In 2015, approximately 6,916 tons of OCP-impacted soil was excavated at the property (Leighton, 2015g). An additional 132 tons of OCP-impacted soil was excavated in 2018 (Leighton, 2018).

Jordan High School was identified as a school that had an incinerator (LBUSD, 2021a; LBUSD, 2021b). No soil sampling has been conducted to identify the potential impact of the use of the incinerator.

### 4.2.5    *Woodrow Wilson Classical High School, 4400 East 10th Street*

The Woodrow Wilson Classical High School was initially built in approximately 1947. In approximately 1991 two 4,000-gallon fuel oil underground storage tanks (USTs) were removed and 225 cubic yards of soil was excavated (CTL, 1998). A subsurface soil and groundwater investigation was performed at the property in 1997/98. The purpose of the investigation was to "further assess the subsurface soil and groundwater conditions in the former UST area." The investigation focused on fuel oil releases from the former USTs.

In 2015, an 0.25-acre portion of the property was sampled for lead impacted soil, apparently due to imported sand fill material (Leighton, 2015c). Approximately 79 tons of lead impacted soil was identified and excavated. No other areas of the property were sampled.



The Woodrow Wilson Classical High School was identified as a school that had an incinerator (LBUSD, 2021a; LBUSD, 2021b).  No soil sampling has been conducted to identify the potential impact of the use of the incinerator.

### 4.2.6    *Burnett Elementary, 565 East Hill Street*

The LBUSD signed an Environmental Oversight Agreement (EOA) with DTSC in August 2000 (DTSC, 2000).  The property is 4.5 acres, and a school has been there since at least 1914.  The purpose of the EOA was for the LBUSD to perform a Preliminary Environmental Assessment to determine if releases of hazardous materials had occurred on the property.

Burnett Elementary was identified as a school that had an incinerator (LBUSD, 2021a; LBUSD, 2021b).  According to the DTSC website, no sampling has been conducted on the property.

### 4.2.7    *Edison Elementary, 625 Maine Avenue*

A Phase I Environmental Site Assessment was performed at Edison Elementary in 1999 (URS, 1999).  Aerial photographs showed the presence of the school in a 1939 photograph.  The Phase I concluded that no RECs were identified in conjunction with the property.

Burnett Elementary was identified as a school that had an incinerator (LBUSD, 2021a; LBUSD, 2021b).  The Phase I did not identify an incinerator on the property.  According to the DTSC website, no sampling has been conducted on the property.

### 4.2.8    *Naples Bayside Academy, 5537 The Toledo*

The Naples Bayside Academy has been operated as a K-5 school since 1929.  The LBUSD signed a Voluntary Cleanup Agreement (VCA) with DTSC in June 2015 for a quarter acre portion of the school property (DTSC, 2015b).  Soil sampling had been conducted prior to the VCA and lead and arsenic were detected.

Additional soil samples were collected in two areas within the quarter acre portion of the school property.  Lead was detected in 34 shallow soil samples above the 80 mg/kg DTSC screening level.  The highest lead concentration detected in the soil samples was 370 mg/kg. Arsenic was detected above 12 mg/kg in 13 soil samples.  The highest arsenic concentration detected in the soil samples was 250 mg/kg.  Based on these results, approximately 10.19 tons of lead and arsenic impacted soil was excavated for off-site disposal (Leighton, 2015h).



Expert Report of Gary Hokkanen

No other portions of the school property were investigated for lead, arsenic, or other chemical impacts.

### 4.2.9    *Early College Academic & Technical School, 7025 E. Parkcrest Street*

The property located at 7025 E. Parkcrest Street in Long Beach is approximately 24.38 acres. The property was used for agricultural purposes prior to the 1950's.  A school was constructed on the property in the mid-1950's.

In 2009, the LBUSD entered into an Environmental Oversight Agreement with DTSC to perform a PEA for the property (DTSC, 2009).  A limited Phase II investigation was performed at the property to identify releases of hazardous materials (Petra, 2009).  Soil sampling determined that OCPs and arsenic were below screening levels.  Soil samples collected along drip lines detected lead at concentrations ranging from 10 to 190 mg/kg.  The lead is associated with lead-based paint.

### 4.2.10   *Hill Middle School, 1100 Iroquois Avenue*

The property located at 1100 Iroquois Avenue in Long Beach was reportedly used for agricultural purposes from at least the 1930s through the 1950s.  It has been used as a school since approximately 1959 (Leighton, 2015e).

The LBUSD initiated a construction project at the school gymnasium in 2015, signing a Voluntary Cleanup Agreement with DTSC in 2015.  Soil samples were collected in two small areas at the school, Areas A and B.  Area A was approximately 36,000 square feet and Area B was approximately 17,400 square feet.  Soil samples were analyzed for OCPs, arsenic, and lead. The Phase I noted that a soil investigation was recommended by DTSC to assess OCPs associated with historic application of termiticide around the perimeter of school buildings. Arsenic was potentially present due to the application of arsenical pesticides and lead was associated with lead-based paint on the school buildings.  OCPs were detected in the soil samples above screening levels, and arsenic and lead were detected below screening levels.

Additional sampling was conducted in 2017 to delineate the extent of OCP-impacted soil. Based on these results, approximately 99 cubic yards of OCP-impacted soil was excavated and disposed of off-site.



Expert Report of Gary Hokkanen

### 4.2.11  _Newcomb Academy, 3351 Val Verde Avenue_

The 13.8-acre Newcomb Academy was built in 1960.  The property was reportedly used for agriculture from the 1920's to the 1950's.

A Phase I was performed for the property in 2012 (Leighton, 2012).  The Phase I identified historical agricultural use, and lead-based paint and termiticide associated with the school structures as requiring investigation.  An initial sampling program was performed in August 2011 for OCPs, lead, and arsenic.  Arsenic was detected in soil samples from 0.947 to 2.6 mg/kg and lead from 2.37 to 27.9 mg/kg.  OCPs were detected in soil samples above screening levels.  Based on these results, two cubic yards of OCP-impacted soil was excavated for off-site disposal.

Additional soil sampling was conducted in 2012 to further delineate the OCP impacted area (Leighton, 2012).  Based on the results of the soil sampling, approximately 8.5 cubic yards of OCP-impacted soil was excavated for off-site disposal.

In 2015, the LBUSD signed a Voluntary Cleanup Agreement with DTSC (DTSC, 2015a) for a small, 110 feet by 40 feet, area of the property.  Approximately 172.5 tons of arsenic impacted crushed aggregate base and soil was subsequently excavated for off-site disposal (Leighton, 2015).

### 4.2.12  _Broadway/Golden Avenue Property_

Soil sampling at this property located northeast of the intersection of West Broadway and Golden Avenue in Long Beach, California indicated the presence of lead.  The lead detected in soil was reportedly due to lead-based paint on residential buildings.

Approximately 911 tons of lead impacted soil above the DTSC screening level of 255 mg/kg was removed from the property.  According to a March 19, 2004 letter from the DTSC to the LBUSD, the soil excavation was conducted without DTSC oversight.

## 4.3    Summary

Investigations at the Avalon School have identified the following COCs:  lead, arsenic, dioxins/furans, and polycyclic aromatic hydrocarbons (URS, 2002b; Mission, 2008a; EEC, 2014; Leighton, 2015d; Leighton, 2017).  Lead can come from lead-based paint on the older buildings or from lead-based building materials.  Arsenic is present in termiticides, and pesticides used at schools.  And dioxins/furans and PAHs are present in ash from the burning of waste.



Expert Report of Gary Hokkanen

The LBUSD has identified impacted soil at a number of their schools as described in this section. Contaminants identified at these schools include lead, dioxins/furans, arsenic, PAHs, OCPs, PCBs, and petroleum hydrocarbons.  Lead impacted soil was often reported to be from lead-based paint.  Dioxins/furans were detected in soil samples in the area of the former incinerator at Fremont Elementary.  Very few of the school sites had soil samples analyzed for dioxins/furans and PAHs.

Arsenic was detected in soil samples at four of the schools discussed above.  The source of arsenic in soil was attributed to arsenical pesticides at Hill Middle School.  No source was attributed at the other schools.  PAHs were detected in soil samples at two of the LBUSD schools.

The reports generated for the environmental investigations at the schools discussed above are listed in Exhibit A.  These reports show that at almost all of the schools, soil sampling and soil cleanup was restricted to small areas of the school where construction activities were planned. Comprehensive site wide environmental investigations of these schools (similar to the one performed at Avalon School) were not performed.  Sampling at the schools was guided by planned or ongoing construction activities.

A survey of the school properties that have been in DTSC's Brownfields Restoration and School Evaluation Branch shows that the contaminants detected at Avalon School are found at other LBUSD schools.  Lead, arsenic, dioxins/furans, and PAHs were all identified at other LBUSD schools.  It was noted that environmental investigation at most of the schools was limited to small areas of the school property.  The majority of the schools where incinerators were present (listed in Section 4.1) conducted no investigation of the environmental impact they could have caused.


## 5.  INVESTIGATION AND REMEDIATION COSTS

I have reviewed the invoices provided by Counsel in this litigation for the investigation and remediation of the Avalon School property and the City of Avalon Warehouse property from April 16, 2012 to the present.  The major activities during this period were described in Section 3.  Other activities included the preparation of monthly summary reports, and meetings and communication with DTSC.  I understand that there are other costs incurred by consultants working directly with the City of Avalon and the Island Company.

As described above, the Site has been divided into three parts – OU-1 is the Main School Campus, OU-2B is the Ball Field, and OU-2B is the Warehouse Property.  Some of the activities,



and associated costs, are for all three parts of the Site and some are for only portions of the Site.

Five environmental consulting firms have worked on the Site during this time period, including Arcadis, EEC, Geosyntec, GSI, and Leighton.  Several subcontractors also worked at the Site, sometimes directly for the consulting firms and sometimes for LBUSD.  EEC Environmental (EEC) acted as the joint consultant for LBUSD, the City of Avalon, and the Santa Catalina Island Company from April 2012 to August 2017.  GSI Environmental took over as the joint consultant in August 2017.  Arcadis and Leighton Consulting worked directly with LBUSD.  Geosyntec prepared a Technical Memo for the three parties, as listed above.

A spreadsheet in Exhibit C provides a compilation of the invoices reviewed.  Information contained in the spreadsheet include: the company name, invoice number, invoice date, invoice amount, a breakdown of which of the three parties paid the invoice, and which areas of the Site (OU1, OU2A, OU2B) the invoice and associated costs pertained to.

The spreadsheet provides totals for all the invoices for the period, for each party, and which area the invoices applied to.  During that period, the City of Avalon and the Island Company shared the cost of EEC and GSI, the joint environmental consultants, with LBUSD.  The total of the invoices submitted by EEC and GSI was $2,322,395.25.  The City of Avalon paid $723,449.75 and the Island Company paid $799,472.77 of the EEC and GSI invoices.

Based on the work descriptions in the invoices and the work that was conducted during April 2012 to the present, the total cost for work attributed to OU1/OU2A is $2,717,429,12.


## 6.  OPINIONS AND BASIS

### 6.1  Opinion 1

**The contaminants identified in soil at Avalon School (lead, arsenic, dioxins/furans, arsenic, and PAHs) have been identified in soil at many other LBUSD schools.  These contaminants are likely associated with school activities, such as from the use of lead-based paint, construction materials, herbicides, termiticide and pesticide usage, and the burning of school garbage.**

Environmental investigations conducted at Avalon School have identified hazardous substances in soil.  The hazardous substances detected in soil samples include lead, arsenic, dioxins/furans, and polycyclic aromatic hydrocarbons (PAHs).

A review of the school properties that have been in DTSC's Brownfields Restoration and School Evaluation Branch shows that the contaminants detected at Avalon School are found at other



Expert Report of Gary Hokkanen

LBUSD schools.  Lead, arsenic, dioxins/furans, and PAHs were all identified at other LBUSD schools.

The same contaminants as identified at Avalon School were identified at other LBUSD schools even though the environmental investigations at most of the schools were limited to small areas of the property and soil samples were not often analyzed for dioxin/furans and PAHs.  In addition, most of the schools where incinerators were present (listed in Section 4.1) conducted no investigation of the environmental impact the incinerator could have caused.

## 6.2    Opinion 2

**Based on an analysis of invoices from April 2012 to the present, the City of Avalon paid at least $723,449.75 and the Island Company paid at least $799,472.77 to respond to the March 2012 DTSC Imminent and Substantial Endangerment Determination and Order and Remedial Action Order.**

As discussed in Section 5, the City of Avalon and the Island Company paid a portion of the cost of investigation and remediation of Avalon School from April 2012 to the present.  This work was in response to the March 2012 DTSC Imminent and Substantial Endangerment Determination and Order and Remedial Action Order.  During that period, they shared the cost of EEC and GSI, the joint environmental consultants, with LBUSD.  The total of the invoices submitted by EEC and GSI was $2,322,395.25.  The City of Avalon paid $723,449.75 and the Island Company paid $799,472.77 of the EEC and GSI invoices.  I understand that there are other costs incurred by consultants working directly with the City of Avalon and the Island Company.

## 6.3    Opinion 3

**Evidence indicates that the COCs detected in soil at Avalon School are a result of school activities and not activities attributed to the City of Avalon or the Island Company.  As a result, the City of Avalon and the Island Company seek to recover costs they incurred to respond to the March 2012 DTSC Imminent and Substantial Endangerment Determination and Order and Remedial Action Order.  I have reviewed the administrative record from 2012 to the present and I have seen no evidence that the work performed by EEC and GSI is inconsistent with the National Contingency Plan.**

As discussed in Section 4, COCs detected in soil at Avalon School have been detected in soil at a number of other LBUSD schools.  This indicates that the COCs detected in soil at Avalon School



are a result of school activities and not activities attributed to the City of Avalon or the Island Company.

Other experts retained by the City of Avalon and the Island Company have developed findings and opinions regarding the COCs detected in soil at Avalon School that support the conclusion that the COCs at the Avalon School are the result of school activities. Douglas R. Littlefield, Ph.D. developed a narrative history of certain public utilities in the community of Avalon and the utilities' relationships with the Avalon School property (Littlefield, 2021). Dr. Christopher D. Dore developed opinions on the "archaeological and waste materials found on the Avalon School Campus" (Dore, 2021). Jeffrey V. Dagdigian, Ph.D. opined on "the source(s), fate and transport, and nature of the hazardous substance releases that have impacted the Avalon School property" (Dagdigian, 2021). Steve Washburn developed opinions on the fill material, surface soils, and subsurface soils at Avalon School (Washburn, 2021).

Since April 2012, the City of Avalon and the Island Company have incurred costs to comply with the March 2012 DTSC Imminent and Substantial Endangerment Determination and Order and Remedial Action Order. The City of Avalon has paid $723,449.75 and the Island Company paid $799,472.77 for the shared consultants, EEC and GSI. I have reviewed the administrative record from 2012 to the present and I have seen no evidence that the work performed by EEC and GSI is inconsistent with the National Contingency Plan.

The evidence indicates that the contaminated soil at Avalon School, the subject of the 2012 DTSC Order and subsequent costs, is the result of school activities and not activities of the City of Avalon or the Island Company. As a result, the City of Avalon and the Island Company seek to recover costs they incurred to respond to the March 2012 DTSC Imminent and Substantial Endangerment Determination and Order and Remedial Action Order.

## 6.4    Opinion 4

**The parties named in the March 2012 DTSC Order developed a Remedial Action Plan with the purpose to allow the LBUSD to continue to safely operate Avalon School. Once the implementation of remediation described in the Remedial Action Plan is complete, the DTSC is expected to approve completion of the actions required in the March 2012 Order and allow the continued safe use of Avalon School with the Soil Management Plan and the Land Use Covenant in place.**

As discussed in Section 3, contaminated soil was discovered at Avalon School in 2001. Shortly after the LBUSD voluntary relocated classes for approximately three weeks. Thereafter, for the last 20 years, Avalon School has been open and occupied by students, staff, and visitors.



Expert Report of Gary Hokkanen

In March 2012, the DTSC issued an Imminent and Substantial Endangerment Determination and Order and Remedial Action Order to the Santa Catalina Island Company, City of Avalon, and the Long Beach Unified School District for the Avalon K-12 School Site.  The Order required the parties to conduct a series of response actions.  The goal of the Order is to cleanup the Site in order for it to continue to operate as a K-12 school and be safe for students, staff, and visitors.  All of the work conducted on behalf of the LBUSD, the City of Avalon, and the Island Company has been done to achieve the goal of continued safe use of Avalon School.

As described in Section 3, the work performed at Avalon School under the Order is largely complete.  A Remedial Investigation was conducted in 2014 "to delineate the nature and extent of COCs previously identified at the site, evaluate if other COPCs that had not been previously evaluated were present at the site, assess potential impacts associated with historical activities, and provide additional sampling in areas where prior sampling was limited or had not been conducted".  Based on the results of the Remedial Investigation a supplemental investigation was performed.  In the approval letter for the Supplemental Investigation, DTSC stated "DTSC concurs with the conclusions and recommendations of the SRI Report; based on the results of all previous investigations, the nature and extent of contaminants of concern have been sufficiently delineated to evaluate the potential health risks at the Site and potential remedial actions. DTSC agrees that a scoping meeting should be held with all the Responsible Parties and their representatives to discuss development of the Human Health Risk Assessment and Feasibility Study."  This approval allowed the parties to take the next steps as required by the 2012 Order.

A Remedial Action Plan for the School and Warehouse Properties was submitted to the DTSC in July 2019 and was approved in August 2019.  The RAP recommended "hot spot" soil excavation and removal up to five feet at locations were soil concentrations exceeded the cleanup goals for the School (OU-1) and Ballfield (OU-2A) areas.  The recommended alternative for the Warehouse Property (OU-2B) was capping-in-place and institutional controls.

The DTSC published a Community Update on the RAP in July 2019 that stated, "The goal of the RAP is to restore and protect the environment and protect public health at the Site under the regulatory authority of DTSC".

Phase 1 of the RAP was implemented for OU1 and OU2A in August 2019.  A RACR was issued in March 2020.  In the approval letter for the RACR, DTSC recommended the preparation of a land use covenant and a soil management plan to "protect students, staff, workers, and the community from potential exposure to impacted soil remaining in place below ground surface."

Phase 2 of the RAP is scheduled to be implemented in 2022.  Phase 2 includes excavation of soil in paved areas, where there is no exposure to the soil.  The selected remedy for OU2B, not part of Avalon School, is in the process of implementation.



A Soil Management Plan was submitted to the DTSC in 2020 that is intended to "Protect the students, construction workers, parents, faculty and school staff, including facilities and maintenance and operations employees, and third parties, including utility or emergency workers, that occupy the Site during future soil disturbance activities." The Soil Management Plan will be used for any future modernization, excavation or construction activities that may take place at Avalon School.

In addition, a Land Use Covenant and Agreement was executed between LBUSD and DTSC and was recorded in June 2021. The Land Use Covenant was determined by DTSC to be reasonably necessary "to protect present or future human health or safety or the environment as a result of the presence on the land of hazardous materials as defined in Health and Safety Code section 25260".

Since Phase 1 of the RAP to eliminate COCs in unpaved areas has been completed, there is no exposure to impacted soil at Avalon School. Once the implementation of remediation described in the RAP is complete, the DTSC is expected to approve completion of the actions required in the March 2012 Order. This will allow Avalon School to continue to be a safe place for students, staff, workers, and visitors. The Soil Management Plan is in place to protect anyone occupying Avalon School during any future modernization, excavation or construction activities that may take place at Avalon School. In addition, the Land Use Covenant will "protect present or future human health or safety."



Expert Report of Gary Hokkanen

## 7. SIGNATURE

The opinions in this report are based on my education, training, years of experience in environmental consulting, and the materials listed in Exhibit A. I may revise these opinions as additional documents, testimony, or discovery responses become available.

23 November 2021

_____        _____

Gary Hokkanen, MS                                      Date

Vice President



Expert Report of Gary Hokkanen

**EXHIBIT A**



Expert Report of Gary Hokkanen

## Documents Considered

Advanced Technology Laboratories, 2001.  Letter to Block Environmental RE: Avalon School, 30-155-01.  August 1.

County of Los Angeles, 2021.  Land Use Covenant and Agreement, Environmental Restrictions, County of Los Angeles, Assessor Parcel Number: 7480-002-907, Avalon K-12 School Property, Site Code: 404868.  June 2.

CTL Environmental Services, 1998.  Subsurface Soil and Groundwater Investigation Report, Wilson High School, 4400 East 10th Street, Long Beach, California, RWQCB ID No. 908040207.  February 20.

Dagdigian, Jeffrey V., 2021.  Expert Report of Jeffrey V. Dagdigian, Ph.D., Long Beach Unified School District vs. Santa Catalina Island Company and City of Avalon, Case No. 2:19-cv-01139-JFW-AS.  November.

Department of Toxic Substances Control, 1996.  Supplemental Guidance for Human Health Multimedia Risk, Assessments of Hazardous Waste Sites and Permitted Facilities.  August.

Department of Toxic Substances Control, 1999a.  Preliminary Endangerment Assessment Guidance Manual.  January.

Department of Toxic Substances Control, 1999b.  Schools White Paper – Prepared by the California Department of Toxic Substances Control (DTSC).  October 14.

Department of Toxic Substances Control, 2000.  Environmental Oversight Agreement, Peter H. Burnett Elementary School, 565 East Hill Street, Long Beach, California 90806.  August 14.



Expert Report of Gary Hokkanen

Department of Toxic Substances Control, 2001a.  Letter to James Poper RE: Avalon Schools Modernization Project, Avalon, California.  August 23.

Department of Toxic Substances Control, 2001b.  Fact Sheet.  Soil Investigation at the Avalon School, Avalon, California.  September.

Department of Toxic Substances Control, 2001c.  Fact Sheet #2.  Soil Sampling For Avalon School.  September.

Department of Toxic Substances Control, 2001d.  Letter to Kevin Barre RE: Review of Initial Surface Sampling Data, The Avalon Schools, Avalon, California.  September 27.

Department of Toxic Substances Control, 2001e.  Voluntary Cleanup Agreement, Avalon Schools, 200 Falls Canyon Road, Avalon, California 90704.  October.

Department of Toxic Substances Control, 2001f.  Agenda for Community Meeting, Avalon School.  October 2.

Department of Toxic Substances Control, 2002a.  Administrative Record, The Avalon Schools, Long Beach Unified School District, Avalon, Los Angeles County.  March 1.

Department of Toxic Substances Control, 2002b.  Fact Sheet: Environmental Investigation Results.  June.

Department of Toxic Substances Control, 2002c.  Approval of Remedial Investigation Report, Avalon School, 200 Falls Canyon, Avalon (Site Code 304334-11).  July 9.

Department of Toxic Substances Control, 2002d.  Agenda, Community Meeting, Avalon School.  July 17.

Department of Toxic Substances Control, 2002e.  Approval of Feasibility Study Report, Avalon Schools, 200 Falls Canyon Road, Avalon (Site Code 304334-11).  October 8.



Expert Report of Gary Hokkanen

Department of Toxic Substances Control, 2004.  Public Participation Plan, Avalon School Site, Remedial Action Plan (RAP), Avalon, CA.  June.

Department of Toxic Substances Control, 2005a.  Transcript of Proceedings, Public Hearing on the Draft Remedial Action Plan, Avalon School.  April 20.

Department of Toxic Substances Control, 2005b.  Remedial Action Plan Approval, Avalon School, 200 Falls Canyon Road, Avalon (Site Code 304334).  June 13.

Department of Toxic Substances Control, 2006a.  Review of Draft Remedial Action Completion Report, Avalon Schools, 200 Falls Canyon Road, Avalon (Site Code 304334).  January 27.

Department of Toxic Substances Control, 2006b.  Interim Guidance, Evaluation of School Sites With Potential Soil Contamination as a Result of Lead From Lead-Based Paint, Organochlorine Pesticides From Termiticides and Polychlorinated Biphenyls From Electrical Transformers.  Revised June 9.

Department of Toxic Substances Control, 2006c.  Remedial Design Document Approval, Avalon School, 200 Falls Canyon Road, Avalon (Site Code 304334).  June 22.

Department of Toxic Substances Control, 2006d.  Fact Sheet: Update on Cleanup Activities at the Avalon School Campus.  July.

Department of Toxic Substances Control, 2007a.  Review of Draft Remedial Action Completion Report, Areas D & E, Avalon School Site, 200 Falls Canyon Road, Avalon (Site Code 304334).  January 19.

Department of Toxic Substances Control, 2007b.  Voluntary Cleanup Agreement, Avalon Schools, 200 Falls Canyon Road, Avalon, California 90704 (Site Code 304334-11).  April 17.



Department of Toxic Substances Control, 2009.  Environmental Oversight Agreement, Proposed Early College Academic And Technology School (ECATS), 7025 E. Parkcrest Street, Long Beach, California 90808, Site Code Number: 404837-11.  October 20.

Department of Toxic Substances Control, 2012.  Imminent and Substantial Endangerment Determination and Order and Remedial Action Order, Avalon K-12 School Property and the Westerly Adjacent Property, City of Avalon, Los Angeles County.  March 5.

Department of Toxic Substances Control, 2014a.  School Cleanup Agreement, Long Beach Polytechnic High School Auditorium, 1600 Atlantic Avenue, Long Beach, California 90813, Site Code Number: 404893-11.  February 18.

Department of Toxic Substances Control, 2014b.  Email to Kris Lutton (Leighton):  Avalon Remedial excavation.  August 10.

Department of Toxic Substances Control, 2015a.  Voluntary Cleanup Agreement, Newcomb Academy, 3351 Val Verde Avenue, Long Beach, California 90808, Site Code: 404869-11.  April 27.

Department of Toxic Substances Control, 2015b.  Voluntary Cleanup Agreement, Naples Bayside Academy (0.25-Acre Portion), 5537 The Toledo, Long Beach, California 90803, Site Code: 404912-11.  June 8.

Department of Toxic Substances Control, 2015c.  Approval of Supplemental Remedial Investigation Report, Avalon K-12 School and City of Avalon Property, 200 and 661 Falls Canyon Road, Avalon (Site) (Site Code 404868).  June 26.

Department of Toxic Substances Control, 2015d.  Approval of Preliminary Endangerment Assessment Equivalent Document for the Newcomb Academy School Construction Trailer Project Area, 3351 Val Verde Avenue, Long Beach, California 90808 (Site Code 404-869-11).  August 27.



Expert Report of Gary Hokkanen

Department of Toxic Substances Control, 2015e.  Preliminary Endangerment Assessment Guidance Manual.  October.

Department of Toxic Substances Control, 2015f.  Master Voluntary Cleanup Agreement, Long Beach Unified School District, School Sites, Long Beach, California, Site Code: 404908-11.  November 2.

Department of Toxic Substances Control, 2017.  Approval of Human Health Risk Assessment Report for Avalon K-12 School Property and City of Avalon Property, 200 and 661 Falls Canyon Road, Avalon (Site) (Site Code: 404868).  February 7.

Department of Toxic Substances Control, 2019a.  Review of Draft Remedial Action Plan For The Avalon K-12 School Property and City of Avalon Warehouse Property, 200 and 661 Falls Canyon Road, Avalon (Site Code: 404868).  March 8.

Department of Toxic Substances Control, 2019b.  Community Update – Proposed Cleanup Plan for Avalon K-12 School Contaminated Soil Removal & Warehouse Soil Capping Project Now Available for 30-Day Public Review & Comment.  July.

Department of Toxic Substances Control, 2019c.  Response to Comments on the Draft Remedial Action Plan, Avalon K-12 School Property and City of Avalon Warehouse Property, 200 and 661 Falls Canyon Road, Avalon (Site Code: 404868).  August 15.

Department of Toxic Substances Control, 2019d.  Approval of Remedial Action Plan, Avalon K-12 School Property and City of Avalon Warehouse Property, 200 and 661 Falls Canyon Road, Avalon (Site Code: 404868).  August 16.

Department of Toxic Substances Control, 2020a.  Approval of Draft Remedial Action Completion Report, Avalon School Property, 200 Falls Canyon Road, Avalon (Site Code: 404868).  April 15.



Expert Report of Gary Hokkanen

Department of Toxic Substances Control, 2020b.  Approval of Soil
    Management Plan for OU-1 (Main School Campus) and OU-2A (Ballfield),
    Avalon K-12 School Property, Avalon (Site Code: 404868).  August 28.

Department of Toxic Substances Control, 2021.  Conditional Approval of
    Annual Inspection Report, Avalon School Campus, 200 Falls Canyon
    Road, Avalon (Site Code: 404868).  August 20.

Dore, Dr. Christopher D., 2021.  Expert Report, Long Beach Unified School
    District vs. Santa Catalina Island Company and City of Avalon, Case No.
    2:19-cv-01139.  November 23.

EDR, 2021.  Certified Sanborn Map Report, Long Beach Polytechnic High
    School, 1600 Atlantic Avenue, Long Beach, CA 90813, July 9.

EEC Environmental, 2012.  Draft Site Conceptual Model for Avalon K-12
    School Property and City of Avalon Warehouse Property, 200 and 661
    Falls Canyon Road, Avalon, California 90704 (Site Code 404868).  August
    17.

EEC Environmental, 2014.  Remedial Investigation Report for Avalon K-12
    School Property and City of Avalon Warehouse Property, 200 and 661
    Falls Canyon Road, Avalon, California 90704 (Site Code 404868).  July 15.

EEC Environmental, 2015.  DRAFT Supplemental Remedial Investigation
    Report for Avalon K-12 School Property and City of Avalon Warehouse
    Property, 200 and 661 Falls Canyon Road, Avalon, California 90704 (Site
    Code 404868).  March 23.

EEC Environmental, 2016.  Human Health Risk Assessment Work Plan,
    Avalon K-12 School Property and City of Avalon Warehouse Property,
    200 and 661 Falls Canyon Road, Avalon, California 90704 (Site Code
    404868).  February 19.

EEC Environmental, 2017.  Human Health Risk Assessment Report, Avalon
    K-12 School Property and City of Avalon Warehouse Property, 200 and



Expert Report of Gary Hokkanen

661 Falls Canyon Road, Avalon, California 90704 (Site Code 404868). January 13.

Geosyntec Consultants, 2017.  Proposed Remedial Approach Avalon School Property.  May 19.

GSI Environmental, 2019a.  Response to Comments, Avalon K-12 School Property and City of Avalon Warehouse Property, Avalon, Los Angeles County, DTSC Site Code: 404868.  May 8.

GSI Environmental, 2019b.  Draft Remedial Action Plan, Avalon K-12 School Property and City of Avalon Warehouse Property, 200 and 661 Falls Canyon Road, Avalon, California.  July 5.

GSI Environmental, 2020.  Remedial Action Plan Completion Report, OU-1 and OU-2A Phase 1 RAP Implementation, Avalon K-12 School Property, 200 Falls Canyon Road, Avalon, California.  February 26.

Leighton Consulting, Inc., 2012.  Phase I Environmental Site Assessment Addendum and Housekeeping Excavation Report at Newcomb Academy, 3351 Val Verde, Long Beach, California.  June 29.

Leighton Consulting, Inc., 2014a.  Email to Jose Diaz (DTSC): Avalon Remedial excavation.  August 8.

Leighton Consulting, Inc., 2014b.  Supplemental Site Investigation Report, Long Beach Unified School District, Long Beach Polytechnic High School, Auditorium AB 300 Project, 1600 Atlantic Avenue, Long Beach, California 90813, DTSC Site Code: 404893.  October 24.

Leighton Consulting, Inc., 2015a.  Time Critical Removal Action Completion Report, Southwestern Part of Western Ball Field Slope Area, Avalon K-12 School, 200 Falls Canyon Road, Avalon, Santa Catalina Island, Los Angeles County, California 90039.  May 15.

Leighton Consulting, Inc., 2015b.  Preliminary Endangerment Assessment Equivalent Document, Long Beach Unified School District, Future



Expert Report of Gary Hokkanen

Newcomb Academy School, Construction Trailer Project Area, 3351 Val Verde Avenue, Long Beach, California 90808, DTSC Site Code: 60001576. June 22.

Leighton Consulting, Inc., 2015c.  Response to DTSC Comments, Woodrow Wilson Classical High School – Bleacher Project Area, Long Beach School District.  July 20.

Leighton Consulting, Inc., 2015d.  Additional Subsurface Investigation Workplan, Avalon K-12 School, 200 Falls Canyon Road, Avalon, Santa Catalina Island, California 90039.  DTSC Site Code 304334.  August 4.

Leighton Consulting, Inc., 2015e.  Phase I Environmental Site Assessment Report, Hill Middle School Gymnasium Project, Portion of APN 7239-018-900, 1100 Iroquois Avenue, Long Beach, California 90815. September 25.

Leighton Consulting, Inc., 2015f.  Phase I Environmental Site Assessment Report, Renaissance High School For the Arts, Major Renovation Project, Portion of APN 7273-016-901, 235 East 8th Street, Long Beach, California 90813.  October 13.

Leighton Consulting, Inc., 2015g.  Revised Phase I Construction Response Completion Report – Buildings 800, 850, 900, and 950, Jordan High School, 6500 Atlantic Avenue, Long Beach, Los Angeles County, California.  November 5.

Leighton Consulting, Inc., 2015h.  Final Preliminary Endangerment Assessment Equivalent Document, Long Beach Unified School District, Naples Bayside Academy, 5537 The Toledo, Long Beach, California 90803, DTSC Site Code: 404912-11.  November 18.

Leighton Consulting, Inc., 2015i.  Additional Subsurface Investigation, Avalon K-12 School, 200 Falls Canyon Road, Avalon, Santa Catalina Island, California 90039.  DTSC Site Code 304334.  December 11.



Expert Report of Gary Hokkanen

Leighton Consulting, Inc., 2016.  Phase II Environmental Site Assessment Report, Renaissance High School For The Arts, Major Renovation Project, Portions of APN 7273-016-901, 235 East 8th Street, Long Beach, California 90813.  October 18.

Leighton Consulting, Inc., 2017.  Supplemental Site Investigation Report, Renaissance High School For The Arts Major Renovation Project, Portions of APN 7273-016-901, 235 East 8th Street, Long Beach, California 90813.  October 4.

Leighton Consulting, Inc., 2018.  Final Draft, Construction Response Completion Report, Building 750, Jordan High School, 6500 Atlantic Avenue, Long Beach, Los Angeles County, California.  February 27.

Leighton Consulting, Inc., 2020a.  Soil Management Plan for OU-1 (Main School Campus) & OU-2A (Ballfield), Avalon K-12 School Property, 200 Falls Canyon Road, Avalon, California 90704.  June 30 (revised August 6).

Leighton Consulting, Inc., 2020b.  Phase I Environmental Site Assessment Report, John C. Fremont Elementary School, 4000 East 4th Street, Long Beach, California.  November 25.

Littlefield, Douglas R., 2021.  Avalon's Falls Canyon Utilities and Its School Campus: Late 1800s Through 1960s.  November.

Long Beach Board of Education, 1949.  Specifications For Field House For Avalon Senior High School.

Long Beach Unified School District, 2021a.  Incinerator Photo Index Spreadsheet for Defendants.

Long Beach Unified School District, 2021b.  LBUSD_LP00448638, LBUSD_LP00448639, LBUSD_LP00448640, LBUSD_LP00448641, LBUSD_LP00448642, LBUSD_LP00448643, LBUSD_LP00448644, LBUSD_LP00448645, LBUSD_LP00448646, LBUSD_LP00448647, LBUSD_LP00448648, LBUSD_LP00448649, LBUSD_LP00448650,



Expert Report of Gary Hokkanen

LBUSD_LP00448651, LBUSD_LP00448652, LBUSD_LP00448653,
LBUSD_LP00448654, LBUSD_LP00448655, LBUSD_LP00448656,
LBUSD_LP00448657, LBUSD_LP00448661, LBUSD_LP00448662,
LBUSD_LP00448663, LBUSD_LP00448664, LBUSD_LP00448665,
LBUSD_LP00448666, LBUSD_LP00448667, LBUSD_LP00448668,
LBUSD_LP00448670, LBUSD_LP00448671, LBUSD_LP00448672,
LBUSD_LP00448727, LBUSD_LP00448728, LBUSD_LP00448729,
LBUSD_LP00448730, LBUSD_LP00448731

Mission Geoscience, Inc., 2007a.  Supplemental Site Investigation
Workplan, Avalon K-2 School, 200 Falls Canyon Road, City of Avalon, Isla
Santa Catalina, California.  July 5.

Mission Geoscience, Inc., 2007b.  Technical Memorandum to Amend the 7-
5-2007 SSI Workplan, Stage II Soil Sampling and Analysis For Dioxin, Lead
and Other Chemicals Of Potential Concern During the Supplemental Site
Investigation, Avalon K-2 School, 200 Falls Canyon Road, City of Avalon,
Isla Santa Catalina, California.  July 30.

Mission Geoscience, Inc., 2008a.  Supplemental Site Investigation, Avalon K-
12 School, 200 Falls Canyon Road, City of Avalon, Isla Santa Catalina,
California.  January 31.

Mission Geoscience, Inc., 2008b.  Time-Critical Removal Action Workplan
Addendum For Characterization and Remediation of Coke In Western
Ball Field, Avalon K-12 School, 200 Falls Canyon Road, City of Avalon, Isla
Santa Catalina, California.  February 25.

Mission Geoscience, Inc., 2008c.  Technical Memorandum, For the
Characterization and Remediation of Coke In Western Ball Field Soils In
Accordance With DTSC-Approved Remedial Action Plan, Avalon K-12
School, 200 Falls Canyon Road, City of Avalon, Isla Santa Catalina, CA.
February 26.

Mission Geoscience, Inc., 2008d.  Technical Memo: Import Fill Soil
Evaluation – Riley Pond, Avalon K-12 School – Ballfield Slope



Expert Report of Gary Hokkanen

Remediation, 200 Falls Canyon Road, City of Avalon, Isla Santa Catalina, CA.  December 22.

Mission Geoscience, Inc., 2009a.  Response to DTSC-HERD Review of MISSION's Updated Human Health Risk Assessment (HHRA), Avalon K-12 School - 200 Falls Canyon Road, Avalon, Catalina Island, CA.  April 27.

Mission Geoscience, Inc., 2009b.  Remedial Action Completion Report, Including Both Characterization and Remediation of Coke and PAH-Affected Soils In The Western Ball Field Slope, Avalon K-12 School, 200 Falls Canyon Road, City of Avalon, Isla Santa Catalina, California. September 30.

Mission Geoscience, Inc., 2010.  Revised Technical Memorandum, Boys/Girls Locker Room Courtyard Area, Soil Removal, Resurfacing, and Drainage Improvement, Avalon K-12 School, 200 Falls Canyon Road, City of Avalon, Isla Santa Catalina, CA.  March 29.

Mission Geoscience, Inc., 2011.  Removal Action Completion Report, Boys/Girls Locker Room Courtyard Area, Avalon K-12 School, 200 Falls Canyon Road, City of Avalon, Isla Santa Catalina, California.  February 2.

Ninyo & Moore, 2011.  Phase I Environmental Site Assessment, Jordan High School, 6500 Atlantic Avenue, Long Beach, California.  October 31.

Ninyo & Moore, 2012.  Preliminary Environmental Assessment Sampling Results, Jordan High School, 6500 Atlantic Avenue, Long Beach, California.  July 23.

Petra, 2009.  Revised Limited Phase II Investigation, Proposed Early College Academic and Technical School (ECATS), 7025 E. Parkcrest Street, Long Beach, California.  December 21.

SoundEarth Strategies, 2017.  Construction Response Report, Sato Academy of Mathematics and Science, 1100 Iroquois Avenue, Long Beach, California.  November 6 (revised December 15).



Expert Report of Gary Hokkanen

Terraphase Engineering, 2020a.  Soil Pre-Characterization and Housekeeping Soil Excavation, Fremont Elementary School, 4000 East 4th Street, Long Beach, CA 90814.  May 13.

Terraphase Engineering, 2020b.  LBUSD Fremont ES Buildings 1000 and 2000 Crawlspaces Sampling, Fremont Elementary School, 4000 East 4th Street, Long Beach, CA 90814.  September 18.

Terraphase Engineering, 2021a.  Environmental Assessment Report, Fremont Elementary, 4000 East 4th Street, Long Beach, California.  June 3.

Terraphase Engineering, 2021b.  Phase I Supplemental Site Investigation Report, Fremont Elementary, 4000 East 4th Street, Long Beach, California.  August 25.

United States Environmental Protection Agency, 1987.  A Compendium of Superfund Field Operations Methods:  Volume 1.  EPA/540/P-87/001a.  August.

United States Environmental Protection Agency, 1988a.  CERCLA Compliance with Other Laws Manual:  Interim Final.  EPA/540/G-89/006.  August.

United States Environmental Protection Agency, 1988b.  Guidance for Conducting Remedial Investigations and Feasibility Studies Under CERCLA. Interim Final.  EPA/540/G-89/004.  October.

United States Environmental Protection Agency, 1989a.  CERCLA Compliance with Other Laws Manual:  Part II.  Clean Air Act and Other Environmental Statutes and State Requirements.  EPA/G-89-006.

United States Environmental Protection Agency, 1989b.  Risk Assessment Guidance for Superfund, Volume I, Human Health Evaluation Manual (Part A).  EPA/540/1-89/002.  December.



Expert Report of Gary Hokkanen

United States Environmental Protection Agency, 1991.  Risk Assessment Guidance for Superfund: Volume I – Human Health Evaluation Manual (Part B, Development of Risk-based Preliminary Remediation Goals). December.

United States Environmental Protection Agency, 1992.  Community Relations in Superfund:  A Handbook.  EPA/540/R-92/009.  January.

United States Environmental Protection Agency, 2002.  Guidance for Quality Assurance Project Plans.  EPA QA/G-5.  EPA/240/R-02/009. December.

United States Environmental Protection Agency, 2008.  Polycyclic Aromatic Hydrocarbons (PAHs).  Office of Solid Waste, Washington DC 20460. January.

United States Environmental Protection Agency, 2016.  Superfund Community Involvement Handbook.  January.

URS, 1999.  Environmental Site Assessment Report, Edison Elementary School, 625 Maine Avenue, Long Beach, California.  December 28.

URS, 2001a.  Health and Safety Plan, Avalon K-12 Soil Investigation and Sampling, Avalon, California.  September 10.

URS, 2001b.  Technical Memorandum: Sampling and Analysis Plan for Avalon School, Avalon, California.  September 10.

URS, 2001c.  Excavation Management Workplan, Avalon Elementary – Jr. & Sr. High School, 200 Falls Canyon Road, Avalon, California.  November.

URS, 2001d.  Remedial Investigation Work Plan For Avalon School, 200 Falls Canyon Road, Avalon, California 90704.  December.

URS, 2002a.  Addendum to Remedial Investigation Work Plan, Avalon School, 200 Falls Canyon Road, Avalon, California.  January 17.



Expert Report of Gary Hokkanen

URS, 2002b.  Remedial Investigation Report For The Avalon School, 200 Falls Canyon Road, Avalon, California 90704.  June.

URS, 2002c.  Letter to Robbie Morris RE: Scope of Work for the Supplemental Investigation of Arsenic For the Avalon School, Avalon, California.  June 24.

URS, 2002d.  Feasibility Study For The Avalon School, 200 Falls Canyon Road, Avalon, California 90704.  September.

URS, 2003.  Revised Remedial Action Plan For Avalon School, 200 Falls Canyon Road, Avalon, California 90704.  August.

URS, 2005a.  Revised Remedial Design Plan, Avalon School, 200 Falls Canyon Road, Avalon, California 90704.  June.

URS, 2005b.  Remedial Design Plan, Areas A, B and C, Avalon School, 200 Falls Canyon Road, Avalon, California 90704.  December 5.

URS, 2005c.  Remedial Action Completion Report, Areas A, B and C, Avalon School, 200 Falls Canyon Road, Avalon, California 90704.  December 6.

URS, 2006a.  Remedial Design Plan, Areas D and E, Avalon School, 200 Falls Canyon Road, Avalon, California 90704.  May.

URS, 2006b.  Remedial Action Completion Report, Areas D and E, Avalon School, 200 Falls Canyon Road, Avalon, California 90704.  November 20.

Washburn, Stephen T., 2021.  Expert Report, Stephen T. Washburn, Long Beach Unified School District vs Santa Catalina Island Company and City of Avalon, Case 2:119-cv-01139.  November.



Expert Report of Gary Hokkanen

**EXHIBIT B**



Expert Report of Gary Hokkanen

# Gary Hokkanen
## Principal Hydrogeologist

Mr. Hokkanen has more than 40 years of experience in the investigation and remediation of contaminated property, with a focus on soil and groundwater contamination. His combined educational background in Engineering and Hydrogeology has been applied to all phases of environmental investigation and remediation. Mr. Hokkanen also is recognized as a top technical expert, with a reputation for providing attorneys with technical expertise in both the Remedial Investigation/Feasibility Study (RI/FS) process and litigation matters. He has been retained as an expert in litigation matters over the past 15 years. His RI/FS support has involved characterization of groundwater flow systems; analysis of contaminant fate and transport; development of feasibility studies; selection and design of soil, groundwater, and sediment remedial actions; agency negotiations; and technical observation of work performed by potentially responsible parties (PRPs).

Mr. Hokkanen has worked on and developed expert opinions relating to a wide variety of sites, including wood-treatment plants, dry cleaner facilities, landfills, manufacturing facilities, fuel-transfer facilities, oilfields, and disposal sites. Contaminants present at these sites have included chlorinated solvents, hydrocarbons, polycyclic aromatic hydrocarbons (PAHs), PFCs (PFOA, PFOS), TCP, MTBE, perchlorate, PCBs, pentachlorophenol, volatile organic compounds (VOCs), methyl tertiary- butyl ether, pesticides, and metals. The expert opinions provided by Mr. Hokkanen have involved cost allocation, remediation evaluation, standard of care, fate and transport of contaminants in groundwater, National Contingency Plan (NCP) compliance, and contaminant source identification.



**Education**

- M.S. Hydrogeology, University of Waterloo, Waterloo, Ontario, Canada
- B.S. Civil Engineering, University of Minnesota, Minneapolis, Minnesota

**Affiliations**

- California Groundwater Association
- National Groundwater Association

**Professional Profile**

- Time with EKI: 2 years
- Total Years of Experience: 40

## Representative Experience

**PRIOR TESTIMONY**

**Mr. Hokkanen has testified at trial or by deposition as an expert in the following cases:**

- *Carney Products v. B.J. Carney and Company*, Eastern District of Washington, Case No. CS 00-377-FVS (2004) (deposition)

- *Pacific Sound Resources, et al. v. BNSF, et al.*, Western District of Washington, Case No. C04-1654L (2006) (deposition)



Expert Report of Gary Hokkanen

- *Flint Hills Resources v. Shell Oil Company*, Arbitration (2007)(deposition and arbitration hearing testimony)

- *Maionchi, et al. v. Union Pacific Corporation, et al.*, Northern District of California, Case No. C 03 0647 JF (2007) (deposition)

- *Pacific Sound Resources, et al. v. BNSF, et al.*, Superior Court of Washington, Case No. 02-2-27778-1 SEA (2007) (deposition)

- *NJDEP, et al. v. Higgins Disposal, Inc. et al.*, Superior Court of New Jersey, Docket No. SOM-L-1885-04 (2008) (deposition)

- *Makallon Atlanta Huntington Beach, LLC v. Chevron Land and Development Company, et al.*, Superior Court of the State of California, Case No. 06CC06961 (2009) (deposition)

- *Amethyst Partners USA, LLC; Richard Stromberg vs. Marcus & Millichap; Brent Hogan; Matthew Sullivan; Emerson Apartments, LLC; Daniel Tripathi; Ian Knox; Michael Pesci; Joe B. Cooper IV; Clint Lukens, et al.*, Superior Court of the State of California For the County of Los Angeles Central District, Case No. BC397241 (2009) (deposition)

- *NJDEP, et al. v. Essex Chemical Corporation,* Superior Court of New Jersey, Docket No.: MID-L-5685-07 (2010) (deposition and court testimony)

- *NJDEP, et al. v. Union Carbide Corporation,* Superior Court of New Jersey, Docket No.: MID-L-5632-07 (2010) (deposition and court testimony)

- *NJDEP, et al. v. General Electric Corporation,* Superior Court of New Jersey, Docket No.: CAM-L-3338-07 (2010) (deposition)

- *Wells Fargo Bank, N.A., as Trustee for the Clara Poppic Trust, v. Kenneth G. Renz; Estate of Jackson R. Dennison; Estate of Wiley Umstead; Kazuko Umstead; Won Jae Yi aka Michael Yi; Nan Y. Park; Guan Huang; Ying Zhang and Sui Song; Hoyt Corporation, a Massachusetts Corporation*, United States District Court, Northern District of California, Case No.: CV 08-02561 SBA (2011) (deposition)

- *City of Modesto, et al., vs. The Dow Chemical Company, et al.*, Superior Court of California, County of San Francisco, No. 999345 (2011) (court testimony)



Expert Report of Gary Hokkanen

- *Doris Alexander, et al., v. Exxon, et al.*, Los Angeles Superior Court, Case No. BC435640 (2012) (deposition)

- *Ron Block, et al., vs. Daniel Helix, et al.*, Superior Court of the State of California, County of ContraCosta, Case No. MSC05-01725 (2012) (deposition)

- *Orange County Water District v. Sabic Innovative Plastics US, LLC, et al.,* Superior Court of the State of California In and For the County of Orange, Case No. 30-2008-00078246- CU-TT-CXS (2013) (deposition)

- *Bakercorp vs. J and S Development Corporation, et al.,* Superior Court of California, County of Contra Costa, Case No. MSC-10-02755 (2015) (deposition)

- *Heim v. The Estate of Donald T, Heim, Maxine Heim, et al.,* U.S. District Court, California NorthernDistrict, Case No. CV-10-03816 (2015) (deposition)

- *City of Los Angeles, et al., vs. County of Kern; Kern County Board of Supervisors.* Superior Court ofthe State of California in and for the County of Tulare, Case No. VCU 242057 (2015, 2016) (deposition and court testimony)

- *AmeriPride Services Inc., a Delaware corporation, vs. Valley Industrial Services, Inc., a former California corporation, et al.*, United States District Court, Eastern District of California, CaseNo. CIV. S 00-113 MCE/EFB (2016) (deposition and court testimony)

- *Estate of Betty Goldberg and Estate of Al Goldberg, vs. Goss-Jewett Company, In., et al.,* United States District Court, Central District of California, Case No. 5:14-CV-01872-DSF (SHx) (2016) (deposition)

- *Von Duprin, LLC (Von Duprin) v. Moran Electric Services, Inc., Major Holdings, LLC, Major Tool and Machine, Inc., and Zimmer Paper Products Incorporated*, United States District Court, Southern District of Indiana, Case No. 1:16-CV-1942 (2018, 2019) (deposition and trial)

- ***Santa Clarita Valley Water Agency v. Whittaker Corporation and Does 1-10, inclusive***, United States District Court, Central District of California (Case No: 2:18-CV-6825-GW (RAOx)) and *Whittaker Corporation v. Keysor-Century Corporation and Saugus Industrial Center,* United StatesDistrict Court, Central District of California (Case No: 2:18-CU-06825-GW-RAO) (2020) (deposition).

**LITIGATION SUPPORT**

- **Expert Opinion Development, Comingled Chlorinated Solvent Plume**, Los Angeles County, California. Developed expert opinions regarding the source of chlorinated solvents (TCE, PCE, 1,1,1-TCA) from



Expert Report of Gary Hokkanen

approximately 20 former manufacturing facilities. Analyzed historical information, soil gas and groundwater data to determine which facilities were sources and which chemicals had been released. Also determined which downgradient properties were impacted from each source property.

- **Contamination Evaluation and Litigation Support, Manufacturing Facility**, Monmouth Junction, New Jersey. Retained by the New Jersey State Attorney General's Office to determine the extent of groundwater contamination at a former manufacturing facility site subject to ongoing remediation for hydrocarbons, chlorinated VOCs, and VOCs in soil and groundwater. Developed expert opinions regarding the extent of groundwater contamination over time. This case included trial testimony.

- **Expert Opinion Development, Manufacturing Facility,** Long Beach, California. Retained by DOJ attorney to develop opinions related to consistency with the NCP for a former aerospace manufacturing facility. The analysis included review of documents and costs for $150 million of investigation and remediation costs. Contaminants at this large manufacturing facility included chlorinated solvents, hydrocarbons, and metals. Determined that a large portion of the investigation and remediation work performed under oversight of the California State Water Resources Control Board was not consistent with the NCP.

- **Expert Report Development, Landfill,** Sayreville, New Jersey. Retained to develop expert opinions regarding the source and extent of groundwater contamination at a solid waste landfill. Examined historical waste practices and evaluated the implemented remediation at the landfill. Developed estimates of the volume of impacted groundwater over time to support a claim of natural resource damages. The primary contaminants were chlorinated solvents.

- **Source Identification and Cost-Recovery Support**, Emeryville, California. Retained by one of several owners of a parcel undergoing remediation and redevelopment. Contaminants at the property include chlorinated VOCs, VOCs, and metals. Existing data collected at the Site were used to develop expert opinions regarding sources of contamination and to develop an allocation approach.

- **Expert Opinion Development, Multiple Source Chlorinated Solvent Plume**, Los Angeles County, California. Developed expert opinions regarding the source of chlorinated solvents in public supply wells. Analyzed groundwater data from over 200 groundwater monitoring wells to determine the fate and transport of chlorinated solvents from two primary potential sources. Analyzed the groundwater flow and transport pathways in the vicinity of the potential sources.

- **Expert Opinion Development and Court Testimony, Comingled Chlorinated Solvent Plume**, Sacramento, California. Developed expert opinions and provided court testimony regarding the contribution of two properties to a chlorinated solvent plume. The opinions included an analysis of soil, soil gas and groundwater data from the two properties. A cost allocation was developed.

- **Expert Opinion Development and Court Testimony, Biosolids Application,** Bakersfield, California. Developed expert opinions and provided court testimony regarding the potential for the application of biosolids at a 4500-acre farm to impact groundwater. Expert opinions were initially provided in a declaration. A program to collect soil and groundwater data was developed and implemented. The field program examined the migration of metals and PFC compounds (PFOA and PFOS) through the soil column



Expert Report of Gary Hokkanen

to the water table. Opinions regarding the transport of PFOA and PFOS in the vadose zone were developed. Additional opinions were developed and provided in deposition and court testimony.

- **Technical Review and Litigation Support, Wood-Treatment Facility,** Illinois. Retained by the attorneys of the Principal Responsible Party to provide technical review and support for litigation with the current landowner for this NPL site. Technical issues involved the origin of creosote-related organic compounds, and the fate and transport of polycyclic aromatic hydrocarbon (PAH) and inorganic compounds in groundwater. Performed an extensive review and analysis of wood-treating operations, and of the origin, uses, and characteristics of the creosote. Collaborated with attorneys to prepare for trial and developed a technical strategy and questions for depositions of opposing experts.

- **Cost Allocation, Chlorinated Solvent Site**, San Jose, California. Retained by attorneys to review the soil and groundwater cleanup conducted at a chlorinated solvent release site. The purchaser of the property had performed an RI and a soil and groundwater cleanup. Developed opinions regarding the cost-effectiveness and adequacy of the cleanup and consistency with State of California Guidance.

- **Rebuttal Expert Report Development, Drum Site – Chlorinated Solvent Plume,** Somerset County, New Jersey. Retained by the New Jersey Attorney General's Office to prepare a Rebuttal Expert Report for an NCP compliance case involving chlorinated solvents in fractured bedrock. The site was a National Priority List (NPL) site where the RI/FS process had led to construction of a large groundwater pump and treat system. Approximately $25 million has been spent on investigation and remediation at the site since the work began in the mid-1980s. Development of the Rebuttal Expert Report included review of over 400 technical documents and numerous depositions, extensive analysis of two Expert Reports, research of specific technical and U.S. Environmental Protection Agency (EPA) policy issues, and development of the technical arguments that composed the Rebuttal Expert Report. Issues involved the analysis and design of the extraction system and the design capacity of the above ground treatment system.

- **Expert Report Development, Chlorinated Solvent Plume, Former Chemical Plant, Middlesex**, New Jersey. Retained to develop expert opinions regarding the source and extent of chlorinated solvent groundwater contamination in fractured bedrock related to a former chemical and manufacturing plant that operated for over 80 years. Developed opinions related to the numerous sources of groundwater contamination and the timing of releases from those sources and developed estimates of the volume of contaminated groundwater over time. The case included both deposition and court testimony.

- **Expert Opinion Development, Comingled Chlorinated Solvent Plume**, Indianapolis, Indiana. Retained to develop opinions related to consistency with the NCP for a comingled chlorinated solvent plume created by several adjacent manufacturing facilities. A downgradient facility was seeking cost recovery from the upgradient facilities. The remedial investigation and remediation were being performed under an Indiana Department of Environmental Management voluntary cleanup program. Testified in deposition that some requirements in the NCP were not met in the previous work at the Site under the State voluntary cleanup program.

- **Expert Opinion Development, Comingled Chlorinated Solvent Plume**, Orange County Water District South Basin, Irvine, California. Developed expert opinions and deposition testimony regarding the potential contribution from a manufacturing facility to groundwater and implications to deeper groundwater



Expert Report of Gary Hokkanen

impacts. This facility overlies a chlorinated solvent plume from upgradient sources. Opinions related to the relative contribution to the comingled plume and the potential to impact underlying aquifers. Analysis included a review of a groundwater extraction system and capture zones.

- **Cost Allocation, Chlorinated Solvent Site**, San Jose, California. Retained by attorneys to review the soil and groundwater cleanup conducted at a chlorinated solvent release site. The purchaser of the property had performed an RI and a soil and groundwater cleanup. Developed opinions regarding the cost-effectiveness and adequacy of the cleanup and consistency with State of California Guidance.

- **Expert Opinion Development, Manufacturing Facility,** Irvine, California. Retained by one of the defendants in a large chlorinated solvent groundwater matter. Client was one of many PRPs sue by the local water district. Developed opinions regarding the adequacy of proposed groundwater cleanup alternatives, the sources and timing of chlorinated solvent releases, and the adequacy of the characterization of the groundwater flow and contaminant transport concepts developed by an opposing expert for allocation. Presented and defended expert opinions in deposition. Assisted in allocation mediation negotiations.

- **Litigation Support and RI/FS Observation, Former Wood-Treatment Facility,** St. Maries, Idaho. Retained by the attorneys of a former owner of a dismantled wood-treatment facility operating as a butt treatment plant that used creosote to treat utility poles. Treatment plant operations resulted in contamination of soil, groundwater, and river sediments. Provided technical review of the administrative (RI/FS) process, and expert work for the litigation process. Technical observation of the RI/FS process involved review of all technical documents generated for this EPA Region 10 lead site. Technical issues involved the creosote free-product migration pathway, the source and timing of creosote discharge to the adjacent river, the extent of sediment contamination, and the appropriate approach to site remediation.

  The litigation process involved cost allocation issues with the current property owner and claims against insurance policies. Allocation issues included the time period and method of the release of creosote, migration of creosote in the subsurface, standard of care issues, compliance with the NCP, and historical changes in site conditions that resulted in increased investigation and remediation costs. Support of the litigation process included conducting a comprehensive assessment of soil, groundwater, free product, and sediment data. Data, including radioisotopes in sediments, were collected for litigation purposes. The analysis resulted in preparation of two Expert Reports and a Rebuttal Expert Report. Was deposed in this case, which subsequently was settled.

- **Expert Opinion Development, Fuel Transfer Facility**, Ferrysburg, Michigan. Retained to provide expert opinions regarding the liability of various owners and operators of an active fuel transfer facility. The matter involved the degree of responsibility of past owners and operators for contamination of soil and groundwater by released fuels. Developed an Expert Report and was deposed in this matter. Provided testimony regarding the expert opinions formulated in this case.

- **Expert Opinion Development, Solid Waste Landfill,** St. Cloud, Minnesota. Retained to develop expert opinions regarding the source and extent of groundwater contamination related to a solid waste landfill. Examined the evolution of the landfill, waste records, and groundwater data. Contaminants included chlorinated VOCs, VOCs, and metals.



Expert Report of Gary Hokkanen

- **Expert Opinion Development, Wood-Treatment Facility**, Seattle, Washington. Retained to develop expert opinions regarding liability and allocation at a large NPL Superfund site that had operated as a wood-treatment facility from 1909 until 1994. Approximately $50 million has been spent on investigation and cleanup at the site to date. The administrative and litigation processes were divided into an offshore sediment portion and an upland portion. Development of the Expert Report for the offshore sediment portion of the case included review of 15 years of technical documents and depositions, and analysis of sediment contamination to develop an allocation strategy. A similar review was conducted for the upland portion. An Expert Report was prepared for both portions of the case.

- **Rebuttal Opinion Development, Former Mine,** Washington. Retained to develop rebuttal opinions regarding a former mine in northeast Washington. Issues related to attributing waste generation among several operators of the mine and allocating costs for remediation of the waste areas.

- **Source Identification and Cost-Recovery Support**, Suburban Neighborhood, Pleasant Hill, California. Retained to determine the source of groundwater contamination impacting homes in a suburban neighborhood. Contaminants included hydrocarbons, methyl tertiary-butyl ether, and chlorinated VOCs. Cost-recovery action included development of expert opinions regarding the source of contamination, and liability allocation.

- **Expert Opinion Development, Former Oil Field,** Huntington Beach, California. Retained to develop expert opinions related to soil remediation at this former oil field. An RI and remediation were performed in an area of elevated lead and hydrocarbon concentrations in soil. Rendered opinions regarding whether the standard of care had been met in the performance of the work.

- **Expert Opinion Development, Manufacturing Facility,** Gardena, California. Retained by attorneys of previous owner of this manufacturing facility to develop expert opinions regarding the costs incurred by the current owner in the investigation and remediation of chlorinated solvent contamination and their consistency with the NCP. Determined that some of the investigation and remediation costs were not necessary response costs and were not consistent with the NCP.

- **Expert Opinion Development, Dry Cleaner Facility**, Fairfield, California. Retained to develop expert opinions regarding the source of PCE and degradation compounds in soil, soil gas, and groundwater at this dry cleaner facility. Presented opinions regarding the dry cleaner's contribution to the area wide PCE plume to a large PRP group in mediation. Presented opinions to the California Water Quality Control Board regarding dry cleaner's contribution to the area wide PCE plume, which resulted in a no contribution decision from the Water Board.

- **Expert Opinion Development, Dry Cleaning Facility**, Berkeley, California. Retained by attorneys to develop expert opinions regarding the source of tetrachloroethene (PCE) in soil and groundwater at this active dry-cleaning facility. Expert opinions involved the source of PCE releases, the mechanism of these releases to the subsurface, the potential contribution of other parties to the PCE releases, the fate and transport of PCE in the subsurface and compliance with the NCP of the previous work at the Site.

- **Expert Opinion Development, Dry Cleaner Facility**, Modesto, California. Developed expert opinions regarding the potential impact of a PCE plume from a dry cleaner on a City of Modesto water supply well.



Expert Report of Gary Hokkanen

Examined the groundwater flow system, the fate and transport of the PCE plume and the capture zone of the water supply well. Provided testimony in an evidentiary hearing in San Francisco.

- **Expert Opinion Development, Dry Cleaner Facility**, Watsonville, California. Developed expert opinions regarding the sources of PCE and daughter products in soil, soil gas, and groundwater at this dry cleaner facility. Examined historical PCE handling and disposal practices at the facility, the integrity of drains and sewer lines and the relative contribution of the facility and the City of Watsonville sewer system.

- **Expert Opinion Development, Dry Cleaner Facility**, Santa Barbara, California. Developed expert opinions regarding the sources of PCE and daughter products in soil and groundwater at this dry cleaner supply facility. Opinions involved an examination of historical storage of PCE, PCE delivery practices, and an upgradient dry cleaner.

- **Expert Opinion Development, Dry Cleaner Facility**, Buena Park, California. Developed expert opinions regarding the presence of PCE and degradation compounds in soil and groundwater at this dry cleaner facility, and the source of these contaminants in the subsurface, for use in cost allocation proceedings.

- **Technical and Litigation Support, Former Wood-Treatment Facility**, Madera, California. Retained by the attorneys for one of the property owners of this former wood-treatment facility that used pentachlorophenol to pressure-treat utility poles. Provided technical review of the RI/FS process conducted by another property owner on a portion of the property. Also provided observation for the investigation, FS, remedial design, and construction processes for remediation of impacted soil on another portion of the property.

  The remediation consisted primarily of excavating impacted soil. Prior to initiation of excavation, gained approval from the State agency to use a pentachlorophenol field-testing tool and statistical methods to determine impacted soil areas. Excavated soil was placed into an on-site containment vault used by both property owners. Coordinated the design and construction of the containment vault with the cleanup of adjoining parcels and arranged with the other PRP to place excavated soil in the containment vault.

  Also performed a complete technical review of soil and groundwater investigations, risk assessments, FSs, and remediation alternatives, including allocation issues, to develop expert opinions in support of litigation. Participated in mediation sessions, made presentations to the insurance carriers, and provided a videotaped presentation of expert opinions that was used in the negotiations.

- **Litigation Support and Declaration, Solid Waste Landfill**, Turlock, California. Retained to provide litigation support and develop expert opinions regarding the previous investigation and remediation at this closed unlined solid waste landfill. Examined historical landfill development, historical waste management practices, the adequacy of the remedial investigation and groundwater remediation system. Contaminants included chlorinated VOCs, VOCs, and metals. Provided declaration for the settlement process.

- **Expert Report Development, Gas Station**, San Diego, California. Developed an Expert Report regarding the source and the fate and transport of gasoline additives at an active remediation site. Contaminants included hydrocarbons and methyl tertiary-butyl ether. Issues involved the appearance of gasoline additives in cross-gradient monitoring wells and identifying the responsible parties.



Expert Report of Gary Hokkanen

**REMEDIAL INVESTIGATION/FEASIBILITY STUDY AND REMEDIATION**

- **Remedial Investigation, Chlorinated Solvent Plume, Manufacturing Facility**, Sacramento, California. Conducted an RI of soil and groundwater contamination by VOCs associated with historical chlorinated solvent releases at this manufacturing facility. A complex groundwater flow system and plume were analyzed. Developed a remediation approach for the impacts that was approved by the State regulatory agency.

- **Remedial Investigation, Former Solvent Distribution Facility,** Omaha, Nebraska. Conducted an RI for soil and groundwater contamination by chlorinated solvents at this former solvent distribution facility site characterized by a complex groundwater flow system. Technical issues included determining source areas and delineating the contribution from and responsibility of an adjoining property. The investigation identified historical source areas and demonstrated that the adjoining property was a contributing factor to existing groundwater contamination.

- **Investigation and Remediation, Dry Cleaner**, San Jose, California. Directed the investigation of a dry cleaner that has operated since the 1960's. Soil, soil gas, and groundwater was impacted with PCE. A SVE Pilot Test was conducted to determine the suitability of this technology at the site. Additional off-site groundwater has not been conducted to date.

- **Remediation Approach Reassessment, Former Wood-Treatment Facility**, Salisbury, Maryland. Performed a critical reassessment of the remediation approach for this 200-plus-acre former wood-treatment facility site that was used to pressure-treat utility poles with creosote. A large area of impacted groundwater was present at the site, with approximately 1 to 2 million gallons of creosote present on a clay confining layer. An FS featuring a large pump and treat system previously had been approved by the State environmental agency. After an extensive cost analysis, the client established a new remediation goal for the site that involved no extraction or treatment of groundwater, and minimal long-term operation and maintenance. Developed a containment approach that included a 6,100-foot-long, 60-foot-deep cement bentonite slurry wall. A hydraulic gate was designed on the down-gradient side of the barrier to handle the release of water from the enclosed area. Decision analysis was used in the design of the barrier to account for difficult geotechnical conditions at the site. Groundwater modeling showed that careful management of the water balance for the site would make pumping and treatment unnecessary. Conducted negotiations with the State that resulted in acceptance of this new approach. Remediation also included limited DNAPL extraction, construction of both tidal and non-tidal wetlands, phytoremediation, rerouting of an impacted stream, and air sparging down-gradient of the hydraulic gate. The completed project received a State award for Environmental Excellence.

- **Investigation, Former Automotive Manufacturing Facility,** Ironwood, Michigan. Directed an investigation at a wood by-product-recovery facility involving groundwater contamination by coal tar derivatives. Soil and groundwater had been impacted by PAH compounds from facility operations. Methane generated from impacted soil and groundwater accumulated in residential basements, creating significant safety issues. The groundwater impact from a waste disposal area was characterized.



Expert Report of Gary Hokkanen

- **FS and Remediation, Former Wood-Treatment Facility**, Cass Lake, Minnesota. Conducted an FS for impacted groundwater at this NPL site, a former wood-treatment facility that used creosote and pentachlorophenol for approximately 50 years. Determined the most cost- effective groundwater remediation alternative for two separate locations. Designed two groundwater pump-out systems and a central carbon treatment system. As part of the hydraulic design of the pump-out systems, performed a modeling study to analyze the capture zone for different well configurations to minimize flow rates. Developed and implemented an approach to verify the capture zones in the field after system start-up. Developed portions of the plans and specifications and oversaw construction and operation systems. Technical Observation, State Superfund Landfill, Bemidji, Minnesota. Provided observation for the characterization of the plume at this closed landfill. A large municipal water supply well- field potentially was impacted by the plume from the site. Analytic element groundwater modeling was used to assess the potential impact of the plume on the well-field. Developed recommendations for pumping from the well-field to protect water quality. Also evaluated remedial alternatives for associated groundwater contamination from the landfill.

- **Remediation System Technical Observation, Former Industrial Disposal Site,** Plumstead Township, New Jersey. Retained to assume responsibility for technical observation of an existing remediation system that was not meeting remedial goals for chlorinated and nonchlorinated VOCs. EPA requested major changes and additions to the existing system, including a fully enclosed physical barrier keyed into a semi-confining layer, a pump-out and treatment system, and re-injection of treated water. EPA also questioned the integrity of the aquifer underlying the semi-confining layer. Performed an extensive analysis of system hydraulics and satisfied EPA that the system was working properly after minor adjustments, and that the underlying aquifer was protected. Numerous technical issues regarding system performance were raised by EPA. Through a series of technical analyses and meetings with EPA, showed that the system was meeting remedial goals. Analyzed numerous changes to the existing system to improve performance and reduce operating costs.

- **RI/FS and Remediation, Former Coal Gasification Plant,** Fairbault, Minnesota. Conducted an RI/FS and remediation of soil and groundwater contamination resulting from coal tar wastes at this state Superfund site. Technical issues included determining historical sources, the level and extent of soil and groundwater impacts, the impact of groundwater discharge to the adjacent river, sediment contamination, and the impact of the site on municipal water supply wells. Conducted an analysis of hydrogeological information and used the results to determine that the hydraulic relationship between the site and the municipal water supply wells did not present a problem. Remediation selection negotiations with the State environmental agency resulted in removal of surficial coal tar, and No Action on impacted soil and groundwater based on risk analysis.

- **RI/FS and Remediation, Solvent Disposal Site,** Cokato, Minnesota. Conducted an RI/FS and remediation at this solvent disposal site. The RI involved characterization of source areas, the level and extent of soil impact, and the extent of groundwater impact of release in underlying fractured till. Demonstrated that the groundwater impact did not require active remediation, and that off-site private wells would not become impacted in the future. Soil impact was accurately characterized, and



Expert Report of Gary Hokkanen

a remediation approach involving excavation and on-site low-temperature thermal treatment was developed. Successfully remediated soil and received a closure letter from the State environmental agency. Technical Review, Solvent Distribution Facility, Indiana. Provided technical review of a Resource Conservation and Recovery Act Facility Investigation (RFI) at this solvent distribution manufacturing facility. An RFI had been imposed that involved 12 solid waste management units, including current and past waste-handling areas. Project work involved characterization of the groundwater plume that developed from the solid waste management units. A technical case that combined geochemical data and modeling was successfully presented to EPA for natural attenuation of the plume.

- **RI/FS, Solvent Distribution Facility**, Minneapolis, Minnesota. Retained by attorneys to perform an RI/FS for this active solvent distribution facility. The work involved investigation of historical source areas and the level and extent of soil and groundwater impacted by chlorinated solvents, and negotiations with the State regulatory agency. Based on this work, a remedial approach was developed and implemented for the site.

- **Investigation, Solvent Distribution Facility**, Minneapolis, Minnesota. Retained by outside counsel to conduct an investigation at this solvent distribution facility. Project work included identification of historical source areas and the level and extent of soil and groundwater impact, determination of the presence of the chlorinated solvent dense nonaqueous-phase liquid (DNAPL) and the contribution of off-site sources, and development of a remediation approach. Negotiated a successful resolution with the State environmental agency.

- **Technical Review, Defense Contractor NPL Site**, Denver, Colorado. Conducted an extensive technical review of groundwater impact by chlorinated solvents at this Defense Contractor NPL site, triggered by a 5-year review process. Based on the review and analysis of the effectiveness of the groundwater remediation system, changes in the system resulted in concurrence by the State agency that the system was meeting remedial goals.

- **Hydrological Analysis, Operating Manufacturing Facility**, Illinois. Performed a hydrological analysis of an existing groundwater pump-out system that was not operating properly. The system consisted of three trenches where groundwater was removed from a central sump in each trench. Used chemical and hydrological information along with groundwater flow modeling to modify and optimize system operation, resulting in substantial cost savings. Conducted investigations of the impact of the site on an underlying bedrock unit and down-gradient receptors. Based on the analysis performed, these receptors were determined to be protected by the remediation system.

- **Investigation, Industrial Dry-Cleaning Facility,** Minneapolis, Minnesota. Directed an investigation of a release of PCE at this operating dry-cleaning facility under a Voluntary Investigation and Cleanup Program. Conducted a soil gas survey using Geoprobe equipment, and placed soil borings and monitoring wells based on the Geoprobe data. Mapped the extent of impact from PCE in soil and groundwater.

- **RI and Remediation, Industrial Dry Cleaner,** Minneapolis, Minnesota. Retained by attorneys to conduct an RI and remediation of a release of PCE at this industrial dry cleaner facility. The RI



Expert Report of Gary Hokkanen

identified the source of the release, and the extent of the impact in soil, the vadose zone, and groundwater. Developed a remediation approach that was approved by the State environmental regulatory agency.

- **Hydrogeologic Investigation, Solid Waste Landfill,** Elk River, Minnesota. Conducted a hydrogeologic investigation at this active solid waste landfill when groundwater monitoring limits were exceeded. Additional monitoring wells were constructed, and an analysis of the local groundwater flow system and the fate and transport of detected compounds was performed. Elevated levels of contaminants were detected at several up-gradient wells. An analysis of the impacts of soil gas on concentrations of VOCs detected in monitoring wells showed that the impacts were not caused by releases from the landfill.

- **Investigation and Remediation, Foundry and Electroplating Sites,** Ontario, Canada. Conducted an investigation and remediation at two heavy-metal foundry and electroplating plant sites where extensive soil contamination by lead, arsenic, copper, and zinc was discovered. A hydrogeologic and geochemical characterization of these sites demonstrated that the limited groundwater impact was not a risk. Impacted soil at both sites was mixed with concrete and retained on site.

- **RI/FS, Active Landfill,** Inver Grove Heights, Minnesota. Directed the completion of an RI and the development of an FS for this active NPL landfill. The key technical concern was chlorinated hydrocarbons in a 100-foot-thick unsaturated zone and in the underlying unconfined aquifer. Renegotiated the Consent Order with the State agency to provide a suitable mechanism to complete the RI and proceed with remediation. Extensive monitoring of bedrock aquifers was required to develop a suitable understanding of the extent of impacted groundwater and develop a remediation approach. The use of flow modeling in the RI of bedrock aquifers resulted in considerable cost savings to the client. An in-situ bioremediation approach was developed in the FS.

- **Technical Review and Conceptual Design, Active Wood-Treatment Site,** South Carolina. Conducted a technical review of a Corrective Measures Study (CMS) for an active wood- treatment site that involved soil and groundwater impacts by PAHs, pentachlorophenol, dioxin, and metals, where DNAPL also is present. The CMS recommended physical containment of the DNAPL area, and retention of an existing groundwater extraction system. The CMS was structured to allow the client to conduct future evaluation of the feasibility of bioremediation to replace the groundwater extraction system. Developed a conceptual design for a physical barrier system. Used groundwater modeling to examine barrier configurations and the hydraulic responses of various designs. Based on the modeling, selected an open barrier configuration, and designed a water-level monitoring system.

- **Technical Review and Expert Witness Support, Manufacturing Facility,** Red Wing, Minnesota. Retained by an attorney to provide technical review and expert witness support for insurance litigation at this State Superfund site with VOC-contaminated groundwater. Issues involved interpretation of groundwater flow, fate and transport of chlorinated solvents, and timing of releases.

- **Remedial Investigation, Former Warehouse and Truck Maintenance Facility,** Fairfield, California. Conducted an RI for soil and groundwater contamination by hydrocarbons and chlorinated solvents at



Expert Report of Gary Hokkanen

this former warehouse and truck maintenance facility. Worked with the local regulatory agency to obtain a closure letter for this Site.

- **Phase I and II Environmental Assessments, Manufacturing Facility**, Bakersfield, California. Performed an Environmental Assessment, including sample collection, for the buyer of this manufacturing facility. Conducted a Phase II Assessment that included collection and analysis of soil and groundwater samples with a gas chromatograph equipped Geoprobe.

- **Investigation and Assessment, Major Landfill,** Phoenix, Arizona. Oversaw the initial investigation and assessment of a sizeable landfill to place the site on the original NPL. Worked with the State of Arizona in the compilation and analysis of available information on the history of and impacts created by this landfill, which was adjacent to a major intermittent-flowing river. The impacts associated with the landfill included a significant groundwater plume, methane impacts, and impacts on the river resulting from the washing away of portions of the landfill during major flow events. Remedial Investigation, Brine Injection Wells, Bakersfield, California. Conducted an RI to determine the impact of brine injection wells on groundwater. The RI included an examination of well construction and maintenance records, brine injection history, regulatory compliance, groundwater quality, and well integrity.

- **Expert Technical Observation, Former Wood-Treatment Facility,** Houston, Texas. Provided expert technical observation on groundwater issues at this former creosote plant. Observation involved an extensive review of geologic, hydrogeologic, water quality, and DNAPL data. Data interpretation was complicated by the presence of fractured bedrock near the surface.

- **RI and Cleanup Action, Multiple Service Stations,** Various Minnesota Locations. Managed the investigation and cleanup action at approximately 10 retail service station sites for a major oil company. The work included environmental observation of tank excavations, observation of impacted soil excavation and treatment, RI of soil and groundwater, remedial alternative selection, and observation of remediation system design and implementation.

- **RI and Cleanup, Multiple Service Station and Bulk Fuel Sites,** Various Minnesota Sites. Managed investigation and cleanup projects at several retail service stations under contract to the State environmental agency. Project work involved preparing investigation work plans, directing field work and report preparation, interpreting data, recommending corrective actions, and overseeing corrective action design and implementation. Participated in public meetings and negotiations with Responsible Parties.

- **Environmental Observation, Telephone Switching Stations,** Four-State Area. Managed the environmental observation of tank excavations at approximately 15 telephone switching stations across four states. One diesel fuel tank used as a fuel supply typically was present at each switching station. Project work involved observation of the tank-excavating contractor, field-screening of excavated soil for hydrocarbons, observation of impacted soil removal, and coordination of removal and treatment of impacted soil. Performed additional investigation and remediation activities as needed.

- **Investigation and Cleanup, Former Gasoline Station,** Royalton, Minnesota. Directed an investigation and remediation of an underground storage tank site in the Minnesota Voluntary Investigation and



Expert Report of Gary Hokkanen

Cleanup Program. A former gasoline station was present on the site of a major property development. Leaking underground tanks at the site were removed, and soil and groundwater remediation was conducted.

- **RI, Oil Refinery,** Rosemount, Minnesota. Retained by attorneys to conduct an RI of a release from the main refinery and tank farm at this property. The State environmental agency requested an unreasonable level of soil cleanup at the refinery, based on a leaching model. Successfully negotiated reasonable cleanup levels based on an independent analysis of the relationship between soil concentrations and groundwater conditions.

- **Site Characterization, Nuclear Waste Repository,** Hanford, Washington. Conducted a review and provided critical assessment of numerous documents characterizing groundwater flow conditions and the fate and transport of contaminants in a fractured bedrock system. The site was being characterized for development of an underground nuclear waste repository. Investigation and FS, Former Steel Plant, Duluth, Minnesota. Conducted an extensive investigation and performed an FS at a large, closed steel plant on the NPL. The project involved complete characterization of waste disposal areas at the site, and the impact from each identified area. Soil and groundwater impacts were evaluated, including groundwater flow in a clay system. The primary compounds of concern were PAHs from coal tar from the plant's coke batteries. The coal tar and associated impacted material were present in deposits 15 feet deep in a ravine adjacent to the plant, where extensive coal tar deposits were identified. The FS included identification of and remedial alternative selection for approximately 14 operable units. A comprehensive remediation approach for these operable units was approved by the State environmental agency

- **RI, Active Rail Yard,** Superior, Wisconsin. Conducted an RI of soil and groundwater impacts from historical releases at an active rail yard and locomotive repair facility site impacted by fuel products and solvents from past operations. The RI included identification and characterization of historical source areas, and characterization of the impact on underlying aquifers.

- **Investigation, Former Coal Gasification Plant,** Des Moines, Iowa. Conducted an investigation of a former coal gasification plant located adjacent to a major river. EPA Region 7 was directing the investigation and cleanup of this Superfund site. Determined the extent of soil, groundwater, and sediment contamination.

- **Environmental Management, Starch Manufacturing Facility,** Cedar Rapids, Iowa. Retained by attorneys to manage several environmental investigation/remediation projects and environmental initiatives for a specialty starch manufacturing facility. The work involved several RI/FS projects, management of the facility's supply well system, including reconstruction of a 1500-foot-deep well, development of a comprehensive environmental management program, collaboration with plant environmental staff on compliance issues, and assisting with plant expansion through property purchases. The main supply well for the facility was impacted with benzene and ethylbenzene, which an extensive analysis showed had an off-site source. The well was photo-logged to determine an appropriate redesign effort to enable the plant to maintain operations. A sleeve was placed and secured in the existing well to restrict water in the impacted aquifer from entering the supply



Expert Report of Gary Hokkanen

well. The largest RI/FS project involved soil and groundwater contamination by PAH compounds from heavy fuel oils. A risk assessment was performed to support the recommendations of the FS. Based on the risk assessment, a remediation approach was developed that called for soil remediation only if site construction activities required contaminated soil removal.

- **Expert Review and Technical Support, Former Wood-Treatment Facility,** Charleston, South Carolina. Provided expert review and technical support for a natural attenuation remedy at aformer creosote wood-treatment facility. EPA Region 4 previously approved a remedy for remediation of creosote and impacted groundwater. Project work included negotiating with EPA to allow a natural attenuation remedy. Made an extensive technical case to show that natural attenuation would meet remedial goals. The result of this work was a change in the Record of Decision for the site.

- **RI, Former Wood-Treatment Facility,** Crystal, Minnesota. Retained by attorneys to conduct an RI of this former creosote wood-treatment facility. The investigation included delineating the extent of impacted soil, impacted groundwater, and creosote DNAPL. Through the installationof a series of soil borings, DNAPL was found to be pooled in a geologic low below the water table at a depth of approximately 60 feet below ground surface.

- **Investigation, Wood Products Facility,** Long Prairie, Minnesota. Conducted an investigation of a former butt treatment operation at this wood products facility. The investigation identifiedthe previously unknown location of the facility, and the extent of soil and groundwater impacts.

- **Technical Observation, Former Wood-Treatment Facility,** Youngstown, Ohio. Provided technical observation for the investigation and assessment work performed by another consultant at aformer wood-treatment facility impacted by PAHs and creosote DNAPL. The observation work resulted in an improved investigation and approach to the FS process.

- **Soil and Groundwater Investigation, Tape Manufacturing Facility**, Illinois. Directed an investigation of soil and groundwater conditions at a tape manufacturing facility in the vicinity of a solvent tank farm. The work was conducted under a Voluntary Cleanup Program.The critical element at the site was establishing appropriate cleanup levels, which weresuccessfully negotiated with the State regulatory agency.

- **Hydrological Analysis and Remediation, Manufacturing Facility**, Illinois. An extensive plume developed from discharges from this active manufacturing facility to an on-site lagoon. Conducted a hydrological analysis of the groundwater plume and developed a remedial approach for groundwater contamination based on the results from the analysis. Also designed and provided observation for construction of a new high-capacity production wellfor the facility.

- **Investigation and Analysis, Manufacturing Facility,** Wisconsin. Conducted a hydrological investigation and analysis of an extensive groundwater plume. The plume was impacting used aquifers, and the water supply wells of local residents.

- **Investigation and Analysis, Food Manufacturer,** Wisconsin. Retained by attorneys to investigatea release from wastewater ponds that resulted in elevated concentrations of nitrate in groundwater.



Expert Report of Gary Hokkanen

Performed geochemical and hydrological analyses to identify the level of risk associated with the release.

- **Phase I and II Investigations, Sports Center,** Blaine, Minnesota. Conducted a Phase I and a Phase II Investigation of a property that was being acquired to expand this sports center facility. Analysis of the information resulted in a successful acquisition. Remediation of soil contamination was conducted prior to use of the property.

- **RI/FS, Manufacturing Facility,** St. Paul, Minnesota. Conducted an RI/FS for a chlorinated solvent release at a manufacturing facility. Completed the characterization of the release and negotiated a cleanup strategy with the State regulatory agency.

- **RI, Circuit Board Manufacturing Facility,** Plymouth, Minnesota. Retained by attorneys to conduct an RI of a release from a circuit board production line. Convinced the State regulatory agency that the impact of the release was small, and that the release could not migrate. Received a No Further Action letter for the client.

- **Investigation and Remediation, Manufacturing Facility,** Brooklyn Center, Minnesota. Conducted an investigation and developed a remediation strategy for an abandoned manufacturing facility. Soil and groundwater had been impacted by historical discharges of solvents to a septic system. The groundwater impact created by these historical releases was characterized. A remediation approach was developed that included future redevelopment of the site.

- **Transport Modeling, Manufacturing Facility,** Minnesota. Releases of PAH compounds from unlined waste lagoons at this facility created the potential to impact the underlying aquifer. Simulated the transport of PAH compounds in the vadose zone under the waste lagoons. Developed a transport model using a combination of site-specific and literature values to simulate the migration of PAH compounds in the thick unsaturated zone underlying the site. A transport model was developed to simulate the migration of the PAH compounds in the thick unsaturated zone underlying the site. A combination of site-specific values and literature values were used in the model. The results showed that the underlying aquifer would not be impacted above regulatory levels.

- **Hydrogeologic Investigation and Analysis, Open Pit Mine Development,** Montana. Performed a comprehensive hydrogeologic investigation and analysis at an open pit mine development. The assessment was in support of permit applications required for the development.



Expert Report of Gary Hokkanen

## Presentations and Publications

**Publications**

Frind, E.O., and G.E. Hokkanen. 1987. "Stimulation of the Borden Plume Using the AlternatingDirection Galerkin Technique." *Water Resources Research.* 23 (no. 5): 918-930.

Hokkanen, G.E. 1984. *Application of the Alternating Direction Galerkin Technique to the Simulation of Contaminant Transport at the Borden Landfill.* Master of Science Thesis, Department of Earth Sciences, University of Waterloo.

———. 2006. "DNAPL Sites – The Technical and Legal Challenges." *ABA Superfund and Natural Resources Damages Litigation Committee Newsletter.* 3 (no. 1).

**Presentations**

"Dry Cleaner Claims and Questions About Cities and Their Sewers." 2015 Environmental and Emerging Claim Manager Conference. 2015.



Expert Report of Gary Hokkanen

**EXHIBIT C**



## 2012-Present    INVOICES

| COMPANY NAME | INVOICE # | INVOICE DATE | AMOUNT | LBUSD | CITY | ISLAND CO | OU1, OU2A,B | OU1, OU2A | OU1 | OU2A |
|---|---|---|---|---|---|---|---|---|---|---|
| | 739869 | 9/21/2015 | $6,110.00 | $6,110.00 | | | | $6,110.00 | | |
| | 750033 | 11/10/2015 | $390.00 | $390.00 | | | | $390.00 | | |
| | 756593 | 12/14/2015 | $2,080.00 | $2,080.00 | | | | $2,080.00 | | |
| | 781724 | 5/6/2016 | $650.00 | $650.00 | | | | $650.00 | | |
| | 804062 | 9/7/2016 | $780.00 | $780.00 | | | | $780.00 | | |
| | 809474 | 10/17/2016 | $780.00 | $780.00 | | | | $780.00 | | |
| | 816114 | 11/16/2016 | $945.00 | $945.00 | | | | $945.00 | | |
| | 819349 | 12/8/2016 | $405.00 | $405.00 | | | | $405.00 | | |
| | 825018 | 1/12/2017 | $135.00 | $135.00 | | | | $135.00 | | |
| | 829681 | 2/8/2017 | $405.00 | $405.00 | | | | $405.00 | | |
| | 834238 | 3/8/2017 | $540.00 | $540.00 | | | | $540.00 | | |
| | 839140 | 4/10/2017 | $540.00 | $540.00 | | | | $540.00 | | |
| | 843778 | 5/8/2017 | $270.00 | $270.00 | | | | $270.00 | | |
| | 851070 | 6/14/2017 | $243.00 | $243.00 | | | | $243.00 | | |
| | 854827 | 8/3/2017 | $6,682.50 | $6,682.50 | | | | $6,682.50 | | |
| | 860330 | 8/11/2017 | $4,860.00 | $4,860.00 | | | | $4,860.00 | | |
| | 865751 | 9/8/2017 | $4,590.00 | $4,590.00 | | | | $4,590.00 | | |
| | 870728 | 10/10/2017 | $4,850.00 | $4,850.00 | | | | $4,850.00 | | |
| | 876304 | 11/9/2017 | $6,075.00 | $6,075.00 | | | | $6,075.00 | | |
| | 0882570 | 12/14/2017 | $5,130.00 | $5,130.00 | | | | $5,130.00 | | |
| | 0885529 | 1/10/2018 | $4,050.00 | $4,050.00 | | | | $4,050.00 | | |
| Arcadis | 0891945 | 2/9/2018 | $5,400.00 | $5,400.00 | | | | $5,400.00 | | |
| | 0900722 | 3/12/2018 | $4,590.00 | $4,590.00 | | | | $4,590.00 | | |
| | 900722 | 4/5/2018 | $5,547.50 | $5,547.50 | | | | $5,547.50 | | |
| | 0903713 | 5/15/2018 | $5,400.00 | $5,400.00 | | | | $5,400.00 | | |
| | 0912367 | 6/11/2018 | $9,835.00 | $9,835.00 | | | | $9,835.00 | | |
| | 918552 | 7/13/2018 | $5,400.00 | $5,400.00 | | | | $5,400.00 | | |
| | 922298 | 8/8/2018 | $5,400.00 | $5,400.00 | | | | $5,400.00 | | |
| | 927965 | 9/10/2018 | $5,670.00 | $5,670.00 | | | | $5,670.00 | | |
| | 934753 | 10/12/2018 | $4,660.00 | $4,660.00 | | | | $4,660.00 | | |
| | 939965 | 11/12/2018 | $6,210.00 | $6,210.00 | | | | $6,210.00 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 943813 | 12/7/2018 | $4,792.50 | $4,792.50 | | | | $4,792.50 | |
| | 952915 | 1/18/2019 | $4,050.00 | $4,050.00 | | | | $4,050.00 | |
| | 955582 | 2/7/2019 | $5,130.00 | $5,130.00 | | | | $5,130.00 | |
| | 960604 | 3/7/2019 | $3,510.00 | $3,510.00 | | | | $3,510.00 | |
| | 963545 | 4/5/2019 | $3,780.00 | $3,780.00 | | | | $3,780.00 | |
| | 973298 | 5/14/2019 | $7,020.00 | $7,020.00 | | | | $7,020.00 | |
| | 979942 | 6/17/2019 | $11,340.00 | $11,340.00 | | | | $11,340.00 | |
| | 982793 | 7/1/2019 | $9,720.00 | $9,720.00 | | | | $9,720.00 | |
| | 34121533 | 9/17/2019 | $11,880.00 | $11,880.00 | | | | $11,880.00 | |
| | TOTAL | | $169,845.50 | | | | | | |
| DTSC | 12SM0057 | 8/28/2012 | $302.90 | $302.90 | | | $302.90 | | |
| | 13SM2001 | 12/4/2013 | $134.28 | $134.28 | | | $134.28 | | |
| | 14SM1589 | 11/20/2014 | $3,394.92 | $3,394.92 | | | | $3,394.92 | |
| | 14SM2636 | 2/18/2015 | $266.39 | $266.39 | | | | $266.39 | |
| | 14SM4799 | 5/6/2015 | $2,130.68 | $2,130.68 | | | $2,130.68 | | |
| | 15SM0538 | 9/1/2015 | $541.25 | $541.25 | | | | | $541.25 |
| | 15SM1396 | 3/2/2016 | $3,192.24 | $3,192.24 | | | | $3,192.24 | |
| | 15SM2804 | 5/18/2016 | $1,260.26 | $1,260.26 | | | $1,260.26 | | |
| | TOTAL | | $11,222.92 | | | | | | |
| Dynamic Imaging | 838843 | 5/14/2012 | $258.06 | $258.06 | | | | $258.06 | |
| | TOTAL | | $258.06 | | | | | | |
| Island Express Helicopters | P155494ADVPAY | 4/15/2016 | $1,980.00 | $1,980.00 | | | | $1,980.00 | |
| | TOTAL | | $1,980.00 | | | | | | |
| Jordahl | RETENTION | 12/12/2014 | $14,050.00 | $14,050.00 | | | | | $14,050.00 |
| | 8263.01 PP#1 | 11/26/2014 | $266,950.00 | $266,950.00 | | | | | $266,950.00 |
| | 8238.01 PP#1 | 1/14/2013 | $58,500.00 | $58,500.00 | | | | | $58,500.00 |
| | 8238.01 PP#2 RET | 6/1/2013 | $6,500.00 | $6,500.00 | | | | | $6,500.00 |
| | TOTAL | | $346,000.00 | | | | | | |
| Nossaman | 426589 | 5/8/2014 | $5,777.10 | $5,777.10 | | | | $5,777.10 | |
| | 413793 | 6/24/2013 | $4,296.53 | $4,296.53 | | | | $4,296.53 | |
| | 415033 | 7/26/2013 | $15,013.01 | $15,013.01 | | | | $15,013.01 | |
| | 420461 | 11/25/2013 | $9,136.00 | $9,136.00 | | | | $9,136.00 | |
| | 416169 | 8/26/2013 | $3,065.00 | $3,065.00 | | | | $3,065.00 | |
| | 431957 | 9/30/2014 | $437.50 | $437.50 | | | | $437.50 | |

| | 419201 | 10/30/2013 | $12,020.10 | $12,020.10 | | | | | $12,020.10 | |
| | 422829 | 1/30/2014 | $750.00 | $750.00 | | | | | $750.00 | |
| | | TOTAL | $50,495.24 | | | | | | | |
| Pencoe | 16845 | 5/11/2012 | $63.64 | 63.64 | | | | $63.64 | | |
| | | TOTAL | $63.64 | | | | | | | |
| Stuart & Assoc | 4387 | 5/1/2012 | $5,700.00 | $5,700.00 | | | | $5,700.00 | | |
| | 4400 | 6/1/2012 | $5,700.00 | $5,700.00 | | | | $5,700.00 | | |
| | 4413 | 7/1/2012 | $5,700.00 | $5,700.00 | | | | $5,700.00 | | |
| | | TOTAL | $17,100.00 | | | | | | | |
| | 11283 | 5/18/2012 | $29,227.78 | $9,742.59 | $9,742.59 | $9,742.59 | $29,227.78 | | | |
| | 11338 | 6/14/2012 | $61,256.16 | $20,418.72 | $20,418.72 | $20,418.72 | $61,256.16 | | | |
| | 11379 | 7/12/2012 | $40,456.72 | $13,485.57 | $13,485.57 | $13,485.57 | $40,456.72 | | | |
| | 11458 | 8/13/2012 | $57,030.32 | $19,010.10 | $19,010.10 | $19,010.10 | $57,030.32 | | | |
| | 11536 | 9/20/2012 | $48,871.13 | $16,290.38 | $16,290.38 | $16,290.38 | $48,871.13 | | | |
| | 11626 | 10/29/2012 | $8,857.74 | $2,952.58 | $2,952.58 | $2,952.58 | | $8,857.74 | | |
| | 11724 | 11/27/2012 | $22,881.61 | $7,627.20 | $7,627.20 | $7,627.20 | | $22,881.61 | | |
| | 11888 | 3/6/2013 | $235,154.29 | $78,384.77 | $78,384.77 | $78,384.77 | | $235,154.29 | | |
| | 11962 | 3/25/2013 | $28,683.65 | $9,561.22 | $9,561.22 | $9,561.22 | | $28,683.65 | | |
| | 12034 | 3/10/2013 | $62,496.99 | $20,832.33 | $20,832.33 | $20,832.33 | | $62,496.99 | | |
| | 12130 | 5/30/2013 | $108,550.12 | $36,183.37 | $36,183.37 | $36,183.37 | | $108,550.12 | | |
| | 12187 | 6/21/2013 | $82,341.52 | $27,447.17 | $27,447.17 | $27,447.17 | | $82,341.52 | | |
| | 12250 | 7/12/2013 | $34,598.75 | $11,532.92 | $11,532.92 | $11,532.92 | | $34,598.75 | | |
| | 12315 | 8/27/2013 | $23,397.38 | $7,799.13 | $7,799.13 | $7,799.13 | | $23,397.38 | | |
| | 12404 | 9/13/2013 | $14,577.50 | $4,859.17 | $4,859.17 | $4,859.17 | | $14,577.50 | | |
| | 12500 | 10/18/2013 | $38,979.46 | $12,993.15 | $12,993.15 | $12,993.15 | | $38,979.46 | | |
| | 12571 | 11/21/2013 | $6,881.99 | $2,294.00 | $2,294.00 | $2,294.00 | $6,881.99 | | | |
| | 11817 | 1/30/2013 | $67,209.83 | $22,403.28 | $22,403.28 | $22,403.28 | | $67,209.83 | | |
| | 12700 | 1/2/2014 | $10,412.53 | $3,470.84 | $3,470.84 | $3,470.84 | $10,412.53 | | | |
| | 12847 | 2/20/2014 | $18,499.03 | $6,166.34 | $6,166.34 | $6,166.34 | | | | $18,499.03 |
| | 12958 | 3/27/2014 | $55,412.81 | $18,470.94 | $18,470.94 | $18,470.94 | | $55,412.81 | | |
| | 13005 | 4/23/2014 | $24,954.96 | $8,318.32 | $8,318.32 | $8,318.32 | | $24,954.96 | | |
| | 13091 | 5/22/2019 | $15,446.05 | $5,148.68 | $5,148.68 | $5,148.68 | | $15,446.05 | | |
| | 13219 | 6/27/2014 | $17,908.97 | $5,969.66 | $5,969.66 | $5,969.66 | | $17,908.97 | | |
| | 13261 | 7/23/2014 | $10,066.30 | $3,355.43 | $3,355.43 | $3,355.43 | | $10,066.30 | | |

| | 13370 | 8/29/2014 | $25,132.49 | $8,377.50 | $8,377.50 | $8,377.50 | | $25,132.49 | |
|---|---|---|---|---|---|---|---|---|---|
| | 13529 | 10/22/2014 | $7,557.64 | $2,519.22 | $2,519.22 | $2,519.22 | | $7,557.64 | |
| | 13626 | 12/4/2014 | $15,766.25 | $5,255.42 | $5,255.42 | $5,255.42 | | $15,766.25 | |
| | 13669 | 12/23/2014 | $24,406.30 | $8,135.43 | $8,135.43 | $8,135.43 | | $24,406.30 | |
| | 13725 | 1/28/2015 | $17,130.09 | $5,710.03 | $5,710.03 | $5,710.03 | | $17,130.09 | |
| | 13772 | 2/19/2015 | $3,167.50 | $1,055.83 | $1,055.83 | $1,055.83 | | $3,167.50 | |
| | 13907 | 3/27/2015 | $16,467.49 | $5,489.16 | $5,489.16 | $5,489.16 | | $16,467.49 | |
| | 13966 | 4/16/2015 | $7,263.75 | $2,421.25 | $2,421.25 | $2,421.25 | | $7,263.75 | |
| | 14260 | 7/10/2015 | $5,074.25 | $1,691.42 | $1,691.42 | $1,691.42 | | $5,074.25 | |
| | 14333 | 8/20/2015 | $4,403.25 | $1,467.75 | $1,467.75 | $1,467.75 | $4,403.25 | | |
| | 14389 | 9/16/2015 | $1,601.80 | $533.93 | $533.93 | $533.93 | $1,601.80 | | |
| | 14482 | 10/16/2015 | $8,631.75 | $2,877.25 | $2,877.25 | $2,877.25 | | $8,631.75 | |
| | 14625 | 11/19/2015 | $1,284.68 | $428.23 | $428.23 | $428.23 | $1,284.68 | | |
| | 14681 | 12/18/2015 | $8,801.81 | $2,933.94 | $2,933.94 | $2,933.94 | $8,801.81 | | |
| | 14742 | 1/15/2016 | $7,834.90 | $2,611.63 | $2,611.63 | $2,611.63 | $7,834.90 | | |
| | 14843 | 2/22/2016 | $9,144.25 | $3,048.08 | $3,048.08 | $3,048.08 | $9,144.25 | | |
| | 14919 | 3/17/2016 | $1,643.75 | $547.92 | $547.92 | $547.92 | $1,643.75 | | |
| | 15011 | 5/2/2016 | $33,030.68 | $11,010.23 | $11,010.23 | $11,010.23 | $33,030.68 | | |
| | 15088 | 5/26/2016 | $24,398.75 | $8,132.92 | $8,132.92 | $8,132.92 | $24,398.75 | | |
| | 15183 | 6/27/2016 | $40,006.95 | $13,335.65 | $13,335.65 | $13,335.65 | $40,006.95 | | |
| | 15263 | 8/1/2016 | $13,936.25 | $4,645.42 | $4,645.42 | $4,645.42 | $13,936.25 | | |
| | 15522 | 10/27/2016 | $28,523.10 | $9,507.70 | $9,507.70 | $9,507.70 | $28,523.10 | | |
| EEC | 15707 | 12/15/2016 | $20,319.67 | $6,773.23 | $6,773.23 | $6,773.23 | $20,319.67 | | |
| | 15801 | 1/31/2017 | $28,059.86 | $9,353.28 | $9,353.28 | $9,353.28 | $28,059.86 | | |
| | 15984 | 3/24/2017 | $25,798.79 | $8,599.60 | $8,599.60 | $8,599.60 | $25,798.79 | | |
| | 16244 | 6/22/2017 | $20,761.25 | $6,920.42 | $6,920.42 | $6,920.42 | $20,761.25 | | |
| | 16351 | 7/27/2017 | $9,353.52 | $3,117.84 | $3,117.84 | $3,117.84 | $9,353.52 | | |
| | 16520 | 9/25/2017 | $8,761.45 | $2,920.46 | $2,920.46 | $2,920.46 | | $8,761.45 | |
| | | TOTAL | $1,542,415.81 | | | | | | |
| | 18871 | 9/30/2017 | $176,809.37 | $58,936.46 | $58,936.46 | $58,936.46 | | $176,809.37 | |
| | 18873 | 10/5/2017 | $13,770.60 | $4,590.20 | $4,590.20 | $4,590.20 | | $13,770.60 | |
| | 19106 | 11/30/2017 | $21,348.75 | $7,116.25 | $7,116.25 | $7,116.25 | | $21,348.75 | |
| | 19224 | 12/22/2017 | $8,861.47 | $2,953.82 | $2,953.82 | $2,953.82 | | $8,861.47 | |
| | 19431 | 1/30/2018 | $16,637.02 | $5,545.67 | $5,545.67 | $5,545.67 | | $16,637.02 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19609 | 2/27/2018 | $67,273.53 | $22,424.51 | $22,424.51 | $22,424.51 | | $67,273.53 | |
| 19752 | 3/29/2018 | $44,199.18 | $14,733.06 | $14,733.06 | $14,733.06 | | $44,199.18 | |
| 19838 | 4/19/2018 | $12,705.29 | $4,235.10 | $4,235.10 | $4,235.10 | | $12,705.29 | |
| 20634 | 5/22/2018 | $12,593.72 | $4,197.91 | $4,197.91 | $4,197.91 | | $12,593.72 | |
| 20870 | 6/29/2018 | $14,681.88 | $4,893.96 | $4,893.96 | $4,893.96 | | $14,681.88 | |
| 20996 | 7/18/2018 | $1,924.80 | $641.60 | $641.60 | $641.60 | | $1,924.80 | |
| 21247 | 8/23/2018 | $8,284.71 | $2,761.57 | $2,761.57 | $2,761.57 | | $8,284.71 | |
| 21398 | 9/17/2018 | $1,302.50 | $434.17 | $434.17 | $434.17 | $1,302.50 | | |
| 21554 | 9/28/2018 | $9,312.71 | $3,104.24 | $3,104.24 | $3,104.24 | | $9,312.71 | |
| 21797 | 12/5/2018 | $4,963.50 | $1,654.50 | $1,654.50 | $1,654.50 | $4,963.50 | | |
| 22014 | 1/10/2019 | $7,450.50 | $2,483.50 | $2,483.50 | $2,483.50 | $7,450.50 | | |
| 22177 | 2/6/2019 | $26,054.66 | $8,684.89 | $8,684.89 | $8,684.89 | $26,054.66 | | |
| 22232 | 2/18/2019 | $912.50 | $304.17 | $304.17 | $304.17 | $912.50 | | |
| 22548 | 3/19/2018 | $6,916.51 | $2,305.50 | $2,305.50 | $2,305.50 | $6,916.51 | | |
| 22662 | 4/16/2019 | $1,081.25 | $360.42 | $360.42 | $360.42 | $1,081.25 | | |
| 39348 | 6/11/2019 | $5,186.50 | $1,728.83 | $1,728.83 | $1,728.83 | | $5,186.50 | |
| 23142 | 7/2/2019 | $13,419.11 | $4,473.04 | $4,473.04 | $4,473.04 | | $13,419.11 | |
| 23297 | 8/17/2019 | $35,625.07 | $11,875.02 | $11,875.02 | $11,875.02 | | $35,625.07 | |
| 23745 | 10/2/2019 | $48,386.00 | $16,128.67 | $16,128.67 | $16,128.67 | | $48,386.00 | |
| 23834 | 10/17/2019 | $38,274.06 | $12,758.02 | $12,758.02 | $12,758.02 | | $38,274.06 | |
| 23831 | 10/17/2019 | $144,475.54 | $72,237.77 | | $72,237.77 | | $144,475.54 | |
| 24128 | 12/11/2019 | $7,570.50 | $3,785.25 | | $3,785.25 | | $7,570.50 | |
| 25130 | 4/10/2020 | $3,005.27 | $1,001.76 | $1,001.76 | $1,001.76 | | $3,005.27 | |
| 26075 | 8/18/2020 | $9,064.21 | $3,021.40 | $3,021.40 | $3,021.40 | | $9,064.21 | |
| 26487 | 10/16/2020 | $17,888.73 | $5,962.91 | $5,962.91 | $5,962.91 | | $17,888.73 | |
| | TOTAL | $779,979.44 | | | | | | |
| LCI0022455 | 5/22/2012 | $10,404.56 | $10,404.56 | | | | $10,404.56 | |
| LCI0022639 | 6/7/2012 | $12,299.40 | $12,299.40 | | | | $12,299.40 | |
| LCI0022835 | 7/11/2012 | $8,824.00 | $8,824.00 | | | | $8,824.00 | |
| LCI0023063 | 8/13/2012 | $6,411.00 | $6,411.00 | | | | $6,411.00 | |
| LCI0023158 | 8/24/2012 | $1,759.00 | $1,759.00 | | | | $1,759.00 | |
| LCI0023297 | 9/20/2012 | $8,451.00 | $8,451.00 | | | | $8,451.00 | |
| LCI0023354 | 9/24/2012 | $1,641.00 | $1,641.00 | | | | $1,641.00 | |
| 10084 | 11/26/2012 | $800.00 | $800.00 | | | | $800.00 | |

GSI

| 10296 | 12/18/2012 | $3,213.00 | $3,213.00 | | | | $3,213.00 | | |
| 10317 | 12/18/2012 | $3,257.00 | $3,257.00 | | | | $3,257.00 | | |
| 10570 | 1/14/2013 | $8,220.10 | $8,220.10 | | | | $8,220.10 | | |
| 10571 | 1/14/2013 | $205.50 | $205.50 | | | | $205.50 | | |
| 11051 | 2/21/2013 | $153.92 | $153.92 | | | | $153.92 | | |
| 11109 | 2/28/2013 | $3,453.15 | $3,453.15 | | | | $3,453.15 | | |
| 11170 | 3/12/2013 | $2,681.50 | $2,681.50 | | | | $2,681.50 | | |
| 11533 | 4/17/2013 | $4,487.72 | $4,487.72 | | | | $4,487.72 | | |
| 11771 | 5/16/2013 | $10,185.76 | $10,185.76 | | | | $10,185.76 | | |
| 12161 | 6/24/2013 | $2,039.50 | $2,039.50 | | | | $2,039.50 | | |
| 12302 | 7/13/2013 | $755.00 | $755.00 | | | | $755.00 | | |
| 12627 | 8/8/2013 | $6,400.00 | $6,400.00 | | | | $6,400.00 | | |
| 13021 | 9/19/2013 | $1,377.50 | $1,377.50 | | | | $1,377.50 | | |
| 13620 | 11/19/2013 | $870.00 | $870.00 | | | | $870.00 | | |
| 13939 | 12/18/2013 | $3,916.00 | $3,916.00 | | | | $3,916.00 | | |
| 14217 | 1/22/2014 | $5,832.50 | $5,832.50 | | | | $5,832.50 | | |
| 15179 | 4/22/2014 | $4,989.75 | $4,989.75 | | | | $4,989.75 | | |
| 15594 | 5/30/2014 | $9,016.50 | $9,016.50 | | | | $9,016.50 | | |
| 15596 | 5/30/2014 | $8,386.00 | $8,386.00 | | | | $8,386.00 | | |
| 14131 | 1/15/2014 | $3,828.76 | $3,828.76 | | | | $3,828.76 | | |
| 15014 | 4/9/2014 | $12,415.50 | $12,415.50 | | | | $12,415.50 | | |
| 15360 | 5/9/2014 | $14,860.75 | $14,860.75 | | | | $14,860.75 | | |
| 15706 | 6/13/2014 | $1,451.75 | $1,451.75 | | | | $1,451.75 | | |
| 16128 | 7/24/2014 | $2,279.45 | $2,279.45 | | | | $2,279.45 | | |
| 16036 | 7/16/2014 | $4,062.05 | $4,062.05 | | | | $4,062.05 | | |
| 16180 | 7/29/2014 | $16,053.50 | $16,053.50 | | | | $16,053.50 | | |
| 16585 | 9/8/2019 | $18,041.60 | $18,041.60 | | | | $18,041.60 | | |
| 16586 | 9/9/2014 | $12,127.83 | $12,127.83 | | | | $12,127.83 | | |
| 16826 | 9/29/2014 | $9,980.47 | $9,980.47 | | | | | | $9,980.47 |
| 16832 | 9/29/2014 | $37,650.80 | $37,650.80 | | | | | | $37,650.80 |
| 17077 | 10/23/2014 | $1,225.00 | $1,225.00 | | | | | | $1,225.00 |
| 17079 | 10/23/2014 | $557.50 | $557.50 | | | | $557.50 | | |
| 17058 | 10/22/2014 | $107,102.96 | $107,102.96 | | | | | | $107,102.96 |
| 17357 | 11/18/2014 | $2,694.25 | $2,694.25 | | | | | | $2,694.25 |

| Name | No. | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 17734 | 12/24/2014 | $3,420.75 | $3,420.75 | | | | | | $3,420.75 |
| | 17739 | 12/24/2014 | $363.75 | $363.75 | | | | $363.75 | | |
| | 17869 | 1/14/2015 | $15,391.51 | $15,391.51 | | | | | | $15,391.51 |
| | 18230 | 2/15/2015 | $10,498.40 | $10,498.40 | | | | | | $10,498.40 |
| | 18237 | 2/15/2015 | $3,200.00 | $3,200.00 | | | | $3,200.00 | | |
| | 18574 | 3/20/2015 | $1,103.75 | $1,103.75 | | | | $1,103.75 | | |
| | 18869 | 4/20/2015 | $1,624.50 | $1,624.50 | | | | $1,624.50 | | |
| | 19256 | 5/27/2015 | $564.19 | $564.19 | | | | | | $564.19 |
| | 19298 | 5/29/2015 | $872.50 | $872.50 | | | | $872.50 | | |
| | 19457 | 6/16/2015 | $2,820.00 | $2,820.00 | | | | $2,820.00 | | |
| | 19465 | 6/17/2015 | $3,974.25 | $3,974.25 | | | | | | $3,974.25 |
| | 20130 | 8/17/2015 | $5,494.35 | $5,494.35 | | | | $5,494.35 | | |
| | 20448 | 9/17/2015 | $1,650.00 | $1,650.00 | | | | $1,650.00 | | |
| | 20541 | 9/23/2015 | $84,202.84 | $84,202.84 | | | | | $84,202.84 | |
| | 20716 | 10/15/2015 | $27,115.63 | $27,115.63 | | | | | $27,115.63 | |
| | 20814 | 10/21/2015 | $502.00 | $502.00 | | | | $502.00 | | |
| | 21165 | 11/19/2015 | $1,586.50 | $1,586.50 | | | | $1,586.50 | | |
| | 21440 | 12/16/2015 | $2,938.00 | $2,938.00 | | | | $2,938.00 | | |
| | 21528 | 12/23/2015 | $24,988.88 | $24,988.88 | | | | | $24,988.88 | |
| | 21774 | 1/20/2016 | $4,209.40 | $4,209.40 | | | | | $4,209.40 | |
| Leighton | 21783 | 1/20/2016 | $867.00 | $867.00 | | | | $867.00 | | |
| | 22106 | 2/23/2016 | $1,728.60 | $1,728.60 | | | | | $1,728.60 | |
| | 22371 | 3/23/2016 | $170.00 | $170.00 | | | $170.00 | | | |
| | 22695 | 4/26/2016 | $714.00 | $714.00 | | | $714.00 | | | |
| | 22719 | 4/27/2016 | $563.00 | $563.00 | | | $563.00 | | | |
| | 22991 | 5/23/2016 | $192.40 | $192.40 | | | $192.40 | | | |
| | 23401 | 6/29/2016 | $731.00 | $731.00 | | | $731.00 | | | |
| | 23460 | 7/7/2016 | $1,717.00 | $1,717.00 | | | $1,717.00 | | | |
| | 23461 | 7/7/2016 | $3,762.00 | $3,762.00 | | | $3,762.00 | | | |
| | 24003 | 8/25/2016 | $2,818.50 | $2,818.50 | | | $2,818.50 | | | |
| | 24356 | 9/28/2016 | $3,488.40 | $3,488.40 | | | $3,488.40 | | | |
| | 25386 | 12/30/2016 | $2,070.00 | $2,070.00 | | | $2,070.00 | | | |
| | 25387 | 12/30/2016 | $1,831.70 | $1,831.70 | | | $1,831.70 | | | |
| | 25559 | 1/20/2017 | $2,199.00 | $2,199.00 | | | $2,199.00 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25933 | 2/22/2017 | $1,766.20 | $1,766.20 | | | $1,766.20 | | | |
| 26266 | 3/31/2017 | $2,366.50 | $2,366.50 | | | $2,366.50 | | | |
| 26477 | 4/18/2017 | $5,954.30 | $5,954.30 | | | $5,954.30 | | | |
| 26948 | 5/31/2017 | $4,080.10 | $4,080.10 | | | $4,080.10 | | | |
| 27230 | 6/26/2017 | $12,197.70 | $12,197.70 | | | | $12,197.70 | | |
| 27313 | 7/6/2017 | $5,782.30 | $5,782.30 | | | $5,782.30 | | | |
| 27770 | 8/17/2017 | $2,800.30 | $2,800.30 | | | $2,800.30 | | | |
| 28146 | 9/21/2017 | $7,457.45 | $7,457.45 | | | | $7,457.45 | | |
| 28468 | 10/19/2017 | $3,917.00 | $3,917.00 | | | | $3,917.00 | | |
| 28892 | 11/20/2017 | $14,289.50 | $14,289.50 | | | | $14,289.50 | | |
| 29200 | 12/13/2017 | $11,454.00 | $11,454.00 | | | | $11,454.00 | | |
| 29588 | 1/11/2018 | $3,336.00 | $3,336.00 | | | | $3,336.00 | | |
| 29919 | 2/7/2018 | $4,466.00 | $4,466.00 | | | | $4,466.00 | | |
| 30428 | 3/20/2018 | $5,841.50 | $5,841.50 | | | | $5,841.50 | | |
| 30691 | 4/13/2018 | $6,633.00 | $6,633.00 | | | | $6,633.00 | | |
| 30985 | 5/14/2018 | $15,114.00 | $15,114.00 | | | | $15,114.00 | | |
| 31498 | 6/21/2018 | $4,745.16 | $4,745.16 | | | | $4,745.16 | | |
| 31651 | 7/2/2018 | $2,231.50 | $2,231.50 | | | | $2,231.50 | | |
| 32272 | 8/20/2018 | $2,631.25 | $2,631.25 | | | | $2,631.25 | | |
| 32690 | 9/19/2018 | $8,162.50 | $8,162.50 | | | | $8,162.50 | | |
| 33015 | 10/23/2018 | $9,345.00 | $9,345.00 | | | | $9,345.00 | | |
| 33412 | 11/20/2018 | $6,627.00 | $6,627.00 | | | | $6,627.00 | | |
| 33413 | 11/20/2018 | $6,983.48 | $6,983.48 | | | | | | $6,983.48 |
| 33511 | 11/29/2018 | $4,204.00 | $4,204.00 | | | | | | $4,204.00 |
| 33790 | 12/18/2018 | $9,686.92 | $9,686.92 | | | | $9,686.92 | | |
| 34176 | 1/23/2019 | $8,094.00 | $8,094.00 | | | | $8,094.00 | | |
| 34358 | 2/11/2019 | $6,734.75 | $6,734.75 | | | | $6,734.75 | | |
| 34679 | 3/8/2019 | $6,884.25 | $6,884.25 | | | | $6,884.25 | | |
| 35155 | 4/22/2019 | $13,129.00 | $13,129.00 | | | | $13,129.00 | | |
| 35443 | 5/16/2019 | $13,902.95 | $13,902.95 | | | | $13,902.95 | | |
| 35848 | 6/18/2019 | $17,851.35 | $17,851.35 | | | | $17,851.35 | | |
| 36095 | 7/3/2019 | $37,600.79 | $37,600.79 | | | | $37,600.79 | | |
| 36666 | 8/20/2019 | $19,560.61 | $19,560.61 | | | | $19,560.61 | | |
| 36812 | 8/28/2019 | $22,159.18 | $22,159.18 | | | | | | $22,159.18 |

| Vendor | Invoice/Account # | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 37065 | 9/16/2019 | $21,648.59 | $21,648.59 | | | | $21,648.59 | |
| | 37431 | 10/17/2019 | $3,606.10 | $3,606.10 | | | | $3,606.10 | |
| | 37943 | 11/20/2019 | $8,057.11 | $8,057.11 | | | | | | $8,057.11 |
| | 38242 | 12/16/2019 | $5,951.20 | $5,951.20 | | | | $5,951.20 | |
| | 38244 | 12/16/2019 | $4,152.20 | $4,152.20 | | | | $4,152.20 | |
| | TOTAL | | $945,141.07 | | | | | | |
| Avalon Freight Services | RCT92057 | 7/31/2019 | $8,662.50 | $8,662.50 | | | | $8,662.50 | |
| | RCT92547 | 8/8/2019 | $4,385.41 | $4,385.41 | | | | $4,385.41 | |
| | RCT92805 | 8/12/2019 | $9,487.50 | $9,487.50 | | | | $9,487.50 | |
| | RCT93328 | 8/19/2019 | $9,581.25 | $9,581.25 | | | | $9,581.25 | |
| | RCT94028 | 8/27/2019 | $8,512.50 | $8,512.50 | | | | $8,512.50 | |
| | TOTAL | | $40,629.16 | | | | | | |
| Waste Management | 0004553-2246-1 | 9/3/2019 | $13,746.26 | $13,746.26 | | | | $13,746.26 | |
| | 0043186-2510-2 | 9/3/2019 | $166,146.45 | $166,146.45 | | | | $166,146.45 | |
| | 0004908-2246-7 | 10/1/2019 | $1,171.66 | $1,171.66 | | | | $1,171.66 | |
| | 0043466-2510-8 | 10/1/2019 | $54,669.50 | $54,669.50 | | | | $54,669.50 | |
| | TOTAL | | $235,733.87 | | | | | | |

| | TOTALS | $2,617,942.23 | $723,449.75 | $799,472.77 | $628,556.13 | $2,717,429.12 | $195,932.83 | $598,946.63 |
|---|---|---|---|---|---|---|---|---|