# EXHIBIT 4

Gary Elmer Hokkanen

1                  UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3

4    LONG BEACH UNIFIED SCHOOL      )
     DISTRICT,                      )
5                                   )
                    Plaintiff,      )
6                                   )
          vs.                       )   CASE NO.
7                                   )2:19-CV-01139-JFW-AS
     SANTA CATALINA ISLAND COMPANY  )
8    and CITY OF AVALON,            )
                                    )
9                   Defendants.     )
     _____)
10                                  )
     AND ALL RELATED CROSS-ACTIONS. )
11   _____)

12

13                         - - -
                      MARCH 9, 2023
14                         - - -

15          Videotaped deposition of GARY ELMER

16   HOKKANEN held in the offices of Cooksey, Toolen,

17   Gage, Duffy & Woog, 535 Anton Boulevard, Suite 1000,

18   California, commencing at 9:17 A.M. PST, on the

19   above date before Pamela Cotten, CSR, RDR, Certified

20   Realtime Reporter, Certificate No. 4497.

21

22                         - - -

23            GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com

25

Gary Ernest Hokkanen

```
 1   A P P E A R A N C E S:

 2

 3   For the Plaintiff/Counterdefendant Long Beach
     Unified School District:
 4

 5           BEVERIDGE & DIAMOND, P.C.
             BY:  ERIKA H. SPANTON, ESQ.
 6           600 University Street, Suite 1601
             Seattle, Washington  98101-3109
 7           206.315.4800
             espanton@bdlaw.com
 8
             BEVERIDGE & DIAMOND, P.C.
 9           BY:  NOA ERVIN, ESQ.
             201 North Charles Street, Suite 2210
10           Baltimore, Maryland  21201-4150
             410.230.1300
11           nervin@bdlaw.com

12           BEVERIDGE & DIAMOND, P.C.
             BY:  RAVEN HAYES, ESQ.
13           1900 N Street, Suite 100
             Washington, DC  20036
14           202.789.6000
             Fax - 202.789.6190
15           rhayes@bdlaw.com
             (Remote Appearance)
16
             ATKINSON, ANDELSON, LOYA, RUUD & ROMO
17           BY:  SCOTT J. SACHS, ESQ.
             12800 Center Court Drive, Suite 300
18           Cerritos, California  90703
             562.653.3599
19           Fax - 562.653.3951
             ssachs@aalrr.com
20
             WFBM, LLP
21           BY:  SAGE R. KNAUFT, ESQ.
             19900 MacArthur Boulevard West, Suite 1150
22           Irvine, California  92620
             714.634.2522
23           Fax - 714.634.0686
             sknauft@wfbm.com
24           (Remote Appearance)

25
```

Gary Ernest Hokkanen

```
 1    A P P E A R A N C E S (Continued):

 2

 3    For the City of Avalon:

 4            BOOTH LLP
              BY:  PAUL D. RASMUSSEN, ESQ.
 5            11835 W. Olympic Boulevard, Suite 600E
              Los Angeles, California  90064
 6            310.641.1800
              Fax - 310.641.1818
 7            prasmussen@boothllp.com

 8

 9    For the Santa Catalina Island Company:

10            COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
              A Professional Corporation
11            BY:  GREGORY D. TRIMARCHE, ESQ.
              535 Anton Boulevard, Suite 1000
12            Costa Mesa, California  92626-1977
              714.431.1100
13            Fax - 714.431.1119
              gtrimarche@cookseylaw.com

14

15

16

17    ALSO PRESENT:

18            RONALD CESTARI, Videographer

19

20

21

22

23

24

25
```

[This Page Was Left Blank Intentionally]

Gary Ernest Hokkanen

| | | | |
|---|---|---|---|
| 09:32:13 | 1 | A | Same answer. |
| | 2 | Q | And Littlefield? |
| | 3 | A | Same answer. |
| | 4 | Q | Who helped you write the expert report? |
| 09:32:25 | 5 | A | I wrote the expert report. |
| | 6 | Q | Did anyone review or provide feedback on |

7    draft versions of your expert report?

8       A    I believe I may have showed them to

9    counsel, but other than that, no.

09:32:45   10       Q    With the exception of the corrected cost

11    figures and amended Exhibit C to your November 23

12    report produced on March 2nd of 2023, have any of

13    your opinions expressed in your November 23, 2021,

14    report changed since you issued your report?

09:33:03   15       A    No.

16       Q    Throughout the deposition I will refer to

17    the site.  Can we agree that the term "site"

18    includes Avalon K through 12 school property and the

19    adjacent warehouse property?

09:33:19   20       A    Yes.

21       Q    What are the three defined areas of the

22    site?

23       A    OU1, OU2A, and OU2B.

24       Q    Could you please turn to page 17 of your

09:33:36   25    report, up as Exhibit 123.

Gary Einter  Hokkanen

```
09:33:44   1      A    Is that PDF 17 or my 17?

           2      Q    Your 17.

           3      A    Okay.

           4      Q    On page 17 of your report, you define OU2D

09:33:54   5    as both the ball field and the warehouse property.

           6           Do you see that?

           7      A    That looks like a typo.

           8      Q    To confirm, you do not dispute that OU2A is

           9    the ball field, correct?

09:34:11  10      A    Correct.

          11      Q    What explains the error on page 17?

          12      A    Poor review on my part probably.

          13      Q    Throughout your report you refer to the

          14    Avalon school.  How are you defining the Avalon

09:34:28  15    school?

          16      A    I don't think I have a specific definition.

          17    It is the school that is essentially on OU1 and

          18    OU2A.

          19      Q    To confirm, so it is inclusive of OU2A and

09:34:47  20    exclusive of OU2B?

          21      A    B is not part of the school is my

          22    understanding.

          23      Q    Are there any instances in your report

          24    where you refer to Avalon school and you are

09:35:01  25    intending to refer only to OU1?
```

Gary Ernest Hokkanen

```
09:35:06    1              MR. RASMUSSEN:  Objection.  Vague.

            2    Overbroad.

            3              THE WITNESS:  I'm not certain.  If you have

            4    specific examples -- I can't remember exactly.

09:35:12    5    BY MS. SPANTON:

            6         Q    Generally speaking Avalon school, as used

            7    in your report, is inclusive of OU2A, correct?

            8         A    Yes.  It is OU1 and OU2A.

            9         Q    Thank you.

09:35:35   10              Throughout the deposition, I will be

           11    referring to order-compliance costs.  Can we agree

           12    that the terms mean costs incurred in complying with

           13    the March 2012 DTSC Imminent and Substantial

           14    Endangerment Determination in a Remedial Action

09:35:53   15    Order?

           16         A    Yes.

           17         Q    Will you be offering any opinions on any

           18    items not set forth in Opinions 1 through 4 of your

           19    November 23, 2021, expert report in this matter?

09:36:09   20         A    At this time, no.  If I'm asked to by

           21    counsel, possibly.  But I have no knowledge of

           22    anything other than what's in this expert report.

           23         Q    Will you -- you are not providing an

           24    opinion in this litigation regarding forensic

09:36:21   25    archeology issues, correct?
```

[This Page Was Left Blank Intentionally]

Gary Tanner   Hokkanen

| | | |
|---|---|---|
| 09:59:05 | 1 | Q    How did you handle a situation where an |
| | 2 | invoice included both order-compliance costs and |
| | 3 | nonorder-compliance costs? |
| | 4 | A    Such as?  If you could explain that. |
| 09:59:16 | 5 | Q    Absolutely.  If the Amount column is |
| | 6 | invoice costs, how did you handle the situation |
| | 7 | where an invoice -- only a subset of that invoice |
| | 8 | reflected order-compliance costs? |
| | 9 | A    Could you give me an example?  I'm not |
| 09:59:32 | 10 | quite sure what you mean. |
| | 11 | Q    Sure.  Absolutely. |
| | 12 | If an invoice comes in and it is for both |
| | 13 | order-compliance costs and nonorder-compliance |
| | 14 | costs. |
| 09:59:40 | 15 | A    Right.  I know what words you used. |
| | 16 | Q    Yes.  So -- |
| | 17 | A    Could you give me an example of a |
| | 18 | nonorder-compliance cost? |
| | 19 | Q    Litigation services.  How did you reflect |
| 09:59:53 | 20 | your distinction between the order-compliance costs |
| | 21 | and nonorder-compliance costs in your exhibit? |
| | 22 | MR. RASMUSSEN:  Objection.  Vague and |
| | 23 | overbroad. |
| | 24 | THE WITNESS:  Well, first of all, it was |
| 10:00:03 | 25 | really hard to tell if there were |

Gary Talbot Hokkanen

```
10:00:05   1    nonorder-compliance costs.  It wasn't really

           2    explained much, and I did not break that out.

           3    BY MS. SPANTON:

           4        Q    Okay.  Are you aware that Mr. Brody did

10:00:16   5    break those numbers out?

           6            MR. RASMUSSEN:  Objection.  Vague.

           7            THE WITNESS:  It has been a while since I

           8    looked at his document.  I'm not aware of that, no.

           9    BY MS. SPANTON:

10:00:32  10        Q    Looking to the District column in your

          11    report, could you please explain in detail how you

          12    determined exactly what cost to put in that column.

          13            MR. RASMUSSEN:  Objection.  Vague and

          14    overbroad.

10:00:48  15            THE WITNESS:  Those were -- that was the

          16    amount of the invoice.  If you are referring to the

          17    column labeled LBUSD --

          18    BY MS. SPANTON:

          19        Q    Correct.

10:00:56  20        A    -- that's the amount of the invoice.

          21        Q    In all instances?

          22        A    No.  It was -- there were -- if it was just

          23    paid for by the District, then the total amount of

          24    the invoice went in there.  There were periods when

10:01:14  25    the costs were split between the parties.  So then I
```

[This Page Was Left Blank Intentionally]

Gary Hutter - Hokkanen

```
10:16:55   1   BY MS. SPANTON:

           2       Q    If you look to Bates stamp number 39, it is

           3   listed on that page.

           4            MR. RASMUSSEN:  The problem is there's no

10:17:06   5   heading columns on the other pages, just the first

           6   one.  It is scrolling back.

           7            THE WITNESS:  I believe it is column -- it

           8   is listed in column OU1 and OU2A.

           9   BY MS. SPANTON:

10:17:25  10       Q    So you represented under penalty of perjury

          11   that the -- this invoice amount is attributed -- is

          12   an order-compliance cost, correct?

          13       A    Well, let me go back and say that what this

          14   exhibit is is a compilation of the invoices that I

10:17:55  15   received from counsel.  The -- I did not represent

          16   one way or the other whether this was a compliance

          17   cost because this was not included in my opinion.

          18       Q    Is it your testimony that the OU -- wait.

          19   Scroll over.  The OU1, OU2A column of amended

10:18:26  20   Exhibit C is not a representation of

          21   order-compliance costs?

          22            MR. TRIMARCHE:  I'll sorry, would you read

          23   that back, please.

          24            (Record read as follows:

10:19:01  25            "Question:  Is it your testimony
```

[This Page Was Left Blank Intentionally]

Gary Trotter - Hokkanen

```
10:54:16    1              If you look at the bold paragraph, the

            2    first paragraph.

            3        A     Yes.

            4        Q     You reference invoices.  Which invoices are

10:54:23    5    you referring to here?

            6        A     These are invoices where the City of Avalon

            7    and/or the Island Company paid part of the invoice

            8    listed in my exhibit.

            9        Q     Are the invoices limited to just EEC and

10:54:49   10    GSI invoices?

           11        A     I'll go look.

           12              I'm seeing some DTSC invoices were paid

           13    for -- I don't know.  Hang on.  I'm sorry.

           14              Yes, EEC and GSI.

10:55:42   15        Q     Is this paragraph still an accurate

           16    description of your Opinion 2 in this matter?

           17        A     The numbers change when I added the six

           18    invoices.  So they went up a bit.

           19        Q     Could you please state the exact numbers

10:55:59   20    for the record that they should be.

           21        A     The City, with the added six invoices, is

           22    761,487.75.

           23              And for the Island Company it is

           24    874,303.77.

10:56:24   25        Q     And how did you determine those numbers
```

Gary Hilner   Hokkanen

| | | |
|---|---|---|
| 10:56:26 | 1 | just now? |
| | 2 | A   They are listed at the bottom of my |
| | 3 | exhibit. |
| | 4 | Q   Which exhibit? |
| 10:56:32 | 5 | A   The amended Exhibit C. |
| | 6 | Q   So to clarify for the record, all the costs |
| | 7 | listed in -- at least for the invoices that are |
| | 8 | listed under the City and Island Company columns, |
| | 9 | are order-compliance costs? |
| 10:56:56 | 10 | A   That's my understanding, yes. |
| | 11 | Q   Earlier you stated that Exhibit C also |
| | 12 | potentially includes nonorder-compliance costs.  How |
| | 13 | could one determine which are order-compliance costs |
| | 14 | and not order-compliance costs? |
| 10:57:23 | 15 | MR. RASMUSSEN:  Objection.  Vague. |
| | 16 | Overbroad. |
| | 17 | BY MS. SPANTON: |
| | 18 | Q   Looking at your exhibit. |
| | 19 | A   Well, I did not make that assessment.  The |
| 10:57:31 | 20 | assessment I made that's stated in my Opinion 3 |
| | 21 | related to compliance costs for the City and Island |
| | 22 | Company.  I did not make any opinion outside of |
| | 23 | that. |
| | 24 | Q   In Section 6.2 of your opinion, in the |
| 10:58:16 | 25 | second paragraph you state: |

[This Page Was Left Blank Intentionally]

Gary Trhler   Hokkanen

| | | |
|---|---|---|
| 11:01:49 | 1 | up the site in order for it to |
| | 2 | continue to operate as a K through 12 |
| | 3 | school and be safe for students, |
| | 4 | staff, and visitors." |
| 11:01:58 | 5 | Do you see that section of your report? |
| | 6 | A    Yes. |
| | 7 | Q    Agree or disagree, the March 2012 DTSC |
| | 8 | order includes the City warehouse property? |
| | 9 | A    Yes. |
| 11:02:08 | 10 | Q    Safe use of the Avalon school is not the |
| | 11 | only goal of site cleanup, correct? |
| | 12 | A    It states human health and the environment. |
| | 13 | So the environment would be also protected, yes. |
| | 14 | Q    Agree or disagree, the goals of the site |
| 11:02:23 | 15 | cleanup include safe use of the City warehouse |
| | 16 | property? |
| | 17 | A    That's part of the order, yes. |
| | 18 | Q    On Section 6.4, you also state: |
| | 19 | "Once the implementation of |
| 11:02:44 | 20 | remediation described in the RAP is |
| | 21 | complete, the DTSC is expected to |
| | 22 | approve completion of actions required |
| | 23 | under the order." |
| | 24 | How are you qualified to offer an opinion |
| 11:02:59 | 25 | on how DTSC might exercise its decision-making |

Gary Hiller  Hokkanen

11:03:04    1    authority?

            2        A    Good question.  I don't know what DTSC is

            3    going to do.  That is my expectation based on my

            4    experience working with DTSC in the past.  If they

11:03:13    5    do so or not, you're right, I don't know.  But

            6    that's my expectation.

            7        Q    Is it speculative to opine on a matter

            8    squarely within DTSC's domain?

            9            MR. RASMUSSEN:  Objection.  Vague.

11:03:28   10            THE WITNESS:  Based on my review of the

           11    various back-and-forth between DTSC and the party,

           12    my read of those documents is that if they

           13    successfully completed this last phase of the

           14    hot-spot removal, that that would -- that would

11:03:44   15    basically satisfy the requirements of the order.  If

           16    they approve that, again, I don't know that.  Based

           17    on my 40-plus years of experience, I would expect

           18    they would.  I don't know.

           19    BY MS. SPANTON:

11:04:11   20        Q    Is your read based on anything other than

           21    your 40-plus years of experience?

           22        A    I think, as I stated -- based on my reading

           23    of the order and the documents, this was the last

           24    step to complete to comply with the order.  So it is

11:04:31   25    based on the order itself and the process that's

[This Page Was Left Blank Intentionally]

Gary Hiller - Hokkanen

```
11:35:57    1    you what year they were built.

            2        Q    Could you do so if you reviewed your

            3    report?

            4        A    It is not stated in my report, no.

11:36:08    5        Q    And which school buildings at the site were

            6    built after 1978?

            7        A    I don't know.

            8        Q    Would you be able to tell by looking at

            9    your report?

11:36:19   10        A    No.

           11        Q    Is there any direct evidence of lead-based

           12    paint being used in any school building at the site?

           13        A    I don't believe I've seen documents to

           14    that -- to answer that.  I don't know.

11:36:37   15        Q    Any direct evidence of weathering,

           16    scraping, chipping lead-based paint for any of the

           17    school buildings at the site?

           18        A    I don't recall.

           19        Q    What is the expected natural baseline for

11:36:54   20    lead in Southern California soils?

           21        A    I've seen studies to that effect.  This is

           22    going from memory.  Again, I don't remember

           23    specifically.  I think it is around 10 milligrams

           24    per kilogram, but I'm not sure.

11:37:13   25        Q    Understood.
```

Gary Hanner Hokkanen

```
11:37:19   1              On Section 4, page 9 of your report you

           2    state, "Lead impacts may also be due to other

           3    construction-related lead products."

           4              What is your authority for that statement?

11:37:40   5        A    Personal knowledge of lead-based solders

           6    and that sort of thing.  It likely, again, came from

           7    the 2006 DTSC document.  I don't recall

           8    specifically.

           9        Q    Can you please provide a couple examples --

11:37:56  10    additional examples of construction-related products

          11    that could have lead?

          12        A    The only one I'm recalling sitting here

          13    right now is the one I just stated.

          14        Q    Is there any direct evidence of

11:38:10  15    construction-related lead products being used at the

          16    site?

          17        A    I don't know.  I didn't do that analysis.

          18        Q    You state on that same page, I believe the

          19    next sentence -- no.  Two sentences down.  "OCPs

11:38:37  20    were commonly used for termite control around school

          21    buildings."

          22              What does OCP stand for?

          23        A    Organic chlorine pesticides, I believe,

          24    from memory.  Organochlorine pesticides I think is

11:38:55  25    what OCP stands for.
```

[This Page Was Left Blank Intentionally]

Gary Hiller Hokkanen

```
11:47:46   1   report, Exhibit 124, and go down to page 9.

           2           It says, "Ash generated by incinerators

           3   burning trash contain PAHs and dioxins/furans."

           4           Do you see that?

11:48:14   5   A    Yes.

           6   Q    Page 9.  What's your authority for that

           7   statement?

           8   A    That's me.  I've run into this -- I've done

           9   a lot of work with PAHs, dioxin, furans.  I've

11:48:30  10   looked at the sources of these chemicals, and that's

          11   my personal knowledge.

          12   Q    What is the pathway for ash generated by

          13   incinerators to get into soil?

          14   A    Several ways, one is through the stack.  If

11:48:45  15   an incinerator distributes -- it can distribute

          16   these amongst other chemicals.  And also just the

          17   physical distribution of ash material.

          18   Q    Are you aware of any pathway for

          19   contaminants released from an incinerator to get

11:49:12  20   under a building that's in existence at the time of

          21   use?

          22   A    It depends on the circumstances.

          23   Q    What would a pathway be --

          24           MR. RASMUSSEN:  Objection.  Vague.

          25   ///
```

[This Page Was Left Blank Intentionally]

Gary Miller  Hokkanen

16:00:03   1   of soil what chemicals, what contaminants were

           2   detected.  I made a correlation between that and

           3   what's detected at the Avalon school.  I haven't

           4   looked at specific sources.  That wasn't part of my

16:00:19   5   scope at Avalon, or the other schools, quite

           6   frankly.

           7           In reading Washburn's report and

           8   Dagdigian -- I'm not pronouncing his name correctly,

           9   sorry -- they did a very detailed analysis of the

16:00:34  10   soil data and all kinds of things.  They concluded

          11   that the PAHs particularly on the OU1A property --

          12   OU2A, excuse me -- were likely, at least in part,

          13   associated with the old manufactured-gas plant site.

          14   I didn't say that.  I have no reason to believe that

16:00:55  15   based on their analysis that that's not the case.

          16       Q    Since I asked you last, have you discussed

          17   your testimony or your expert report with anyone

          18   during breaks today?

          19       A    No, not specifically, no.  We talked about

16:01:13  20   timing and all kinds of things.  We talked about

          21   softball too, a little bit, I think.

          22       Q    Is your analysis that because other schools

          23   may have operated incinerators on a site for some

          24   period of time where some but not identical

16:01:38  25   contaminants of concern were located, that means

Gary Hamer - Hokkanen

```
16:01:41   1   that Avalon school operated an incinerator for some

           2   period of time, that that incinerator is the source

           3   of contaminants of concern at the Avalon property?

           4        A    That's not my opinion, no.  If you read my

16:01:56   5   opinion, what I say is -- and I'll clarify and

           6   expand, I looked at other schools to see what

           7   contaminants were detected in soil sampling.  I

           8   didn't attribute sources where these contaminants

           9   came from.  As we discussed in detail, some of the

16:02:13  10   consultants did; sometimes they didn't.  The

          11   correlation I made was between contaminants found at

          12   other schools and these contaminants, or COCs, found

          13   at Avalon school.  I don't attribute where they came

          14   from.  I just simply made the correlation between

16:02:28  15   these different schools.

          16        Q    Your statement in your report that these

          17   contaminants are likely associated with school

          18   activities, are you -- is that the correlation you

          19   are referring to?

16:02:52  20        A    In part.  I mean, there are other -- from

          21   reading the reports for the other experts, there's

          22   other -- other potential sources.  There's burning

          23   of, you know -- the area where there was burning of

          24   buildings.  There's other potential sources.  That's

16:03:10  25   why they use the word likely.
```

Gary Hamer  Hokkanen

```
16:03:14   1              Background concentrations from exhaust.

           2   PAHs are in exhaust.  There are other sources, but

           3   likely the school is part of the source of those

           4   contaminants.

16:03:29   5        Q    I thought you weren't opining on the source

           6   of those contaminants.

           7        A    I'm simply saying it was likely school

           8   activities.  I'm not being specific about what those

           9   school activities are.  My -- again, the opinion is

16:03:43  10   based on looking at the correlation of the

          11   contaminants we see at other schools and what we see

          12   at this school.  I'm not drawing conclusions about

          13   sources and incinerator and what have you.

          14        Q    So it is not your testimony that school

16:04:02  15   activities are a potential source of contaminants at

          16   the Avalon property?

          17              MR. RASMUSSEN:  Objection.  Misstates his

          18   testimony.

          19              THE WITNESS:  That's exactly what I say in

16:04:11  20   Opinion 1, that there's -- it is likely that they

          21   are a source of contaminants.

          22   BY MS. SPANTON:

          23        Q    So you are providing testimony on potential

          24   sources of contaminants at OU1 and OU2A?

16:04:23  25        A    Just as far as I go in that opinion.
```

[This Page Was Left Blank Intentionally]

16:09:16  1      Q    Did you compare the distribution of lead at

2    the other sites throughout the sites with the

3    distribution of lead at OU1 or OU2A?

4      A    Well, generally that would be hard because

16:09:28  5    there was very limited sampling at a number of these

6    schools.  It was basically -- not completely, some

7    of the schools they did a little more extensive

8    sampling, but typically it was in a very limited

9    area and they -- part of the DTSC school program is

16:09:44  10    when you are doing construction on an existing

11    building, you need to do environmental sampling

12    right in that specific location.  So making the

13    correlation in terms of distribution, that would --

14    that was hard to do.

16:10:01  15      Q    Did you compare the concentration of PAHs

16    or dioxins and furans at schools with available data

17    to OU1 or OU2A?

18      A    No.  And I think I have answered that

19    several times before, Counsel.

16:10:19  20      Q    Same answer for arsenic?

21      A    Yes.

22      Q    Okay.  Did you perform any statistical

23    analysis?

24      A    No.

16:10:31  25      Q    And did you compare any of the

[This Page Was Left Blank Intentionally]

Gary Hamer - Hokkanen

```
16:26:12    1    find dioxin, that will tell you something.  But

            2    that's not what happened.  Almost none of these

            3    incinerator schools were analyzed for dioxin.

            4        Q    Would you agree that different sets of

16:26:26    5    contaminants of concern at different sites can be

            6    indicative of different contamination sources?

            7        A    Yeah, that's possible.

            8        Q    Do any of the other District schools

            9    identified in your report have the same makeup of

16:26:46   10    contaminants of concern as the Avalon property?  So,

           11    to be clear, the same identical four contaminants of

           12    concern?

           13        A    I looked at that.  I think Fremont has all

           14    four of the contaminants because they did quite

16:27:04   15    extensive sampling there.  It is hard to say with a

           16    lot of -- most of the other schools they either did

           17    no sampling or very, very limited sampling, but I

           18    believe Fremont had all four of the COCs that we see

           19    at Avalon.

16:27:19   20        Q    And only the four COCs we see at Avalon, or

           21    were there other contaminants of concern?

           22        A    Well, I think they found TPH there also and

           23    asbestos.

           24        Q    Okay.  Are you aware of any other school

16:27:33   25    sites where there were the four contaminants of
```

Gary Hamer  Hokkanen

```
16:27:35   1   concern and only the four contaminants of concern we

           2   see at Avalon?

           3       A    Well, I don't believe so.  And primarily

           4   because dioxin was analyzed at two schools about

16:27:49   5   three samples.  Very hard to draw a correlation if

           6   you don't analyze for it.

           7       Q    What exactly is the justification for

           8   drawing a correlation between two sites with

           9   different contaminants of concern?

16:28:06  10       A    I don't understand your question.  I'll try

          11   to, if you could restate it.

          12       Q    Yep.  I was hoping you could just help me

          13   understand if two sites have very different

          14   contaminants of concern --

16:28:20  15       A    Uh-huh.

          16       Q    -- what is the justification for drawing

          17   any correlation between the two sites as to --

          18            MR. RASMUSSEN:  Objection.

          19   BY MS. SPANTON:

16:28:30  20       Q    -- potential sources of those

          21   contamination?

          22            MR. RASMUSSEN:  Assumes facts.

          23            MR. TRIMARCHE:  And I'll object that it is

          24   vague and confusing and going beyond the scope of

16:28:37  25   his opinions.
```

[This Page Was Left Blank Intentionally]

Gary Hmer - Hokkanen

16:36:12    1    BY MS. SPANTON:

            2        Q    Thank you.

            3             Section 6.3.  This is your -- you opine

            4    that evidence indicates that contaminants of concern

16:36:33    5    detected in soil at Avalon school are the result of

            6    school activities and not activities attributed to

            7    the City of Avalon or the Island Company.

            8             And to confirm, Avalon school as used here

            9    is referring to OU1 and OU2A, correct?

16:36:48   10        A    Yes.

           11        Q    Okay.  Could you please explain how you got

           12    from school activities as a likely source in

           13    Opinion 1 to the only source in Opinion 3?

           14             MR. TRIMARCHE:  Objection.  Misstates what

16:37:06   15    the report says.

           16             THE WITNESS:  I -- again, the first

           17    statement is based primarily on this correlation

           18    that we have been talking about in my examination of

           19    these other school sites.  Also, some of the reports

16:37:23   20    that I read as I testified to.

           21             I corrected that earlier by saying I did

           22    not look at all of the detail of the Avalon school

           23    and the soil data and such.  I looked at

           24    Mr. Washburn's and Mr. Dagdigian's reports.  They

16:37:40   25    attributed PAH contamination on the ball field area

Gary Hiller   Hokkanen

16:37:46  1   close to the former manufactured-gas plant site to

2   that.  I did not state that in here, so I corrected

3   that.

4        But it is primarily based on the

16:37:58  5   correlation I made with these other schools.

6   BY MS. SPANTON:

7        Q    Do you agree that contaminants at a site

8   can have multiple sources?

9        A    That's possible, yes.

16:38:24  10       Q    So can you please help me understand how if

11  school activities, in your opinion, are a likely

12  source of contamination that eliminates the Island

13  Company or the City of being a potential source,

14  couldn't they also have a role in the contamination?

16:38:47  15       A    And how?

16       Q    Well, my question to you is how does one

17  source eliminate a potential other source?

18       A    Well, they do in part from the

19  manufactured-gas plant site.  Other than -- other

16:39:05  20  sources that they potentially could be responsible

21  for, I didn't look at that on the Avalon school.

22  Again, this opinion is based on the correlation I

23  made with other schools and the chemicals we see

24  there with the chemicals we see here.  That's the

16:39:24  25  primary basis of that.

```
16:39:30   1        Q    The contaminants of concern detected at

           2   OU1A could be attributed to the City of Avalon or

           3   the Island Company?

           4        A    OU1A?

16:39:46   5        Q    OU1 or OU2A.

           6        A    OU2A.

           7             Again, what I found out reading the

           8   detailed analysis was the PAHs on OU2A in part are

           9   from the manufactured-gas plant site.

16:39:59  10        Q    Okay.  So just so we are clear and to avoid

          11   a lot of questions, and get you on your airplane and

          12   me as well, if you were to revise this sentence of

          13   your report, how would you correct it or how would

          14   you clarify what you intended to opine on here?

16:40:21  15        A    Well, I included the PAHs because there

          16   were PAHs found on these other school properties.

          17   But, again, reading these other reports, it appears

          18   that -- and I don't have any reason to disagree,

          19   they looked at all the details.  PAH is over on the

16:40:40  20   ball field.  A good part of that is from the

          21   manufactured-gas plant site.  I don't know all the

          22   details of how that happened, but those were the

          23   opinions and conclusion these came to.  So that

          24   would be the correction I would make.

16:40:55  25        Q    So it would be evidence indicates that the
```

[This Page Was Left Blank Intentionally]

1

2                                   CERTIFICATE

3                                       OF

4                   CERTIFIED SHORTHAND REPORTER

5

6              The undersigned Certified Shorthand
     Reporter of the State of California does hereby
7    certify:
               That the foregoing oral proceeding was
8    taken before me at the time therein set forth, at
     which time the witness was duly sworn in by me;
9              That the testimony of the witness and all
     objections made at the time of the examination were
10   recorded stenographically by me and were thereafter
     transcribed, said transcript being a true and
11   correct copy of my shorthand notes thereof;
               That the dismantling of the original
12   transcript will void the reporter's certificate.

13

14             In witness thereof, I have subscribed my

15   name this date: March 16, 2023.

16

17

18   _____

19                   PAMELA COTTEN, CSR, RDR
                     Certificate No. 4497
20                   Certified Realtime Reporter

21

22             (The foregoing certification of
     this transcript does not apply to any
     reproduction of the same by any means,
23   unless under the direct control and/or
     supervision of the certifying
24   reporter.)

25