# Exhibit A

Expert Report of Gary Hokkanen

# Gary Hokkanen
## Principal Hydrogeologist

Mr. Hokkanen has more than 40 years of experience in the investigation and remediation of contaminated property, with a focus on soil and groundwater contamination. His combined educational background in Engineering and Hydrogeology has been applied to all phases of environmental investigation and remediation. Mr. Hokkanen also is recognized as a top technical expert, with a reputation for providing attorneys with technical expertise in both the Remedial Investigation/Feasibility Study (RI/FS) process and litigation matters. He has been retained as an expert in litigation matters over the past 15 years. His RI/FS support has involved characterization of groundwater flow systems; analysis of contaminant fate and transport; development of feasibility studies; selection and design of soil, groundwater, and sediment remedial actions; agency negotiations; and technical observation of work performed by potentially responsible parties (PRPs).

Mr. Hokkanen has worked on and developed expert opinions relating to a wide variety of sites, including wood-treatment plants, dry cleaner facilities, landfills, manufacturing facilities, fuel-transfer facilities, oilfields, and disposal sites. Contaminants present at these sites have included chlorinated solvents, hydrocarbons, polycyclic aromatic hydrocarbons (PAHs), PFCs (PFOA, PFOS), TCP, MTBE, perchlorate, PCBs, pentachlorophenol, volatile organic compounds (VOCs), methyl tertiary- butyl ether, pesticides, and metals. The expert opinions provided by Mr. Hokkanen have involved cost allocation, remediation evaluation, standard of care, fate and transport of contaminants in groundwater, National Contingency Plan (NCP) compliance, and contaminant source identification.

## Representative Experience

### PRIOR TESTIMONY

**Mr. Hokkanen has testified at trial or by deposition as an expert in the following cases:**

- *Carney Products v. B.J. Carney and Company*, Eastern District ofWashington, Case No.  CS 00-377-FVS (2004) (deposition)

- *Pacific Sound Resources, et al. v. BNSF, et al.*, Western District ofWashington, Case No.  C04-1654L (2006) (deposition)



**Education**

- M.S. Hydrogeology, University of Waterloo, Waterloo, Ontario, Canada
- B.S. Civil Engineering, University of Minnesota, Minneapolis, Minnesota

**Affiliations**

- California Groundwater Association
- National Groundwater Association

**Professional Profile**

- Time with EKI: 2 years
- Total Years of Experience: 40



Expert Report of Gary Hokkanen

- *Flint Hills Resources v. Shell Oil Company*, Arbitration (2007)(deposition and arbitration hearing testimony)

- *Maionchi, et al. v. Union Pacific Corporation, et al.,* Northern Districtof California, Case No. C 03 0647 JF (2007) (deposition)

- *Pacific Sound Resources, et al. v. BNSF, et al.*, Superior Court of Washington, Case No. 02-2-27778-1 SEA (2007) (deposition)

- *NJDEP, et al. v. Higgins Disposal, Inc. et al.,* Superior Court of New Jersey, Docket No. SOM-L-1885-04 (2008) (deposition)

- *Makallon Atlanta Huntington Beach, LLC v. Chevron Land and Development Company, et al.,* Superior Court of the State of California, Case No. 06CC06961 (2009) (deposition)

- *Amethyst Partners USA, LLC; Richard Stromberg vs. Marcus & Millichap; Brent Hogan; Matthew Sullivan; Emerson Apartments, LLC; Daniel Tripathi; Ian Knox; Michael Pesci; Joe B. Cooper IV; Clint Lukens, et al.*, Superior Court of the State of California For the County of Los Angeles Central District, Case No. BC397241 (2009) (deposition)

- *NJDEP, et al. v. Essex Chemical Corporation,* Superior Court of New Jersey, Docket No.: MID-L- 5685-07 (2010) (deposition and court testimony)

- *NJDEP, et al. v. Union Carbide Corporation,* Superior Court of New Jersey, Docket No.: MID-L-5632-07 (2010) (deposition and court testimony)

- *NJDEP, et al. v. General Electric Corporation,* Superior Court of New Jersey, Docket No.: CAM-L- 3338-07 (2010) (deposition)

- *Wells Fargo Bank, N.A., as Trustee for the Clara Poppic Trust, v. Kenneth G. Renz; Estate of Jackson R. Dennison; Estate of Wiley Umstead; Kazuko Umstead; Won Jae Yi aka Michael Yi; Nan Y. Park; Guan Huang; Ying Zhang and Sui Song; Hoyt Corporation, a Massachusetts Corporation*, United States District Court, Northern District of California, Case No.: CV 08-02561 SBA (2011) (deposition)

- *City of Modesto, et al., vs. The Dow Chemical Company, et al*., Superior Court of California, County of San Francisco, No. 999345 (2011) (court testimony)



Expert Report of Gary Hokkanen

- *Doris Alexander, et al., v. Exxon, et al.*, Los Angeles Superior Court, Case No. BC435640 (2012) (deposition)

- *Ron Block, et al., vs. Daniel Helix, et al*., Superior Court of the State of California, County of ContraCosta, Case No. MSC05-01725 (2012) (deposition)

- *Orange County Water District v. Sabic Innovative Plastics US, LLC, et al.,* Superior Court  of the State of California In and For the County of Orange, Case No. 30-2008-00078246- CU-TT-CXS (2013) (deposition)

- *Bakercorp vs. J and S Development Corporation, et al.,* Superior Court of California, County of Contra Costa, Case No. MSC-10-02755 (2015) (deposition)

- *Heim v. The Estate of Donald T, Heim, Maxine Heim, et al.,* U.S. District Court, California NorthernDistrict, Case No. CV-10-03816 (2015) (deposition)

- *City of Los Angeles, et al., vs. County of Kern; Kern County Board of Supervisors.* Superior  Court ofthe State of California in and for the County of Tulare, Case No. VCU 242057 (2015, 2016) (deposition and court testimony)

- *AmeriPride Services Inc., a Delaware corporation, vs. Valley Industrial Services, Inc., a former California corporation, et al.*, United States District Court, Eastern District of California, CaseNo. CIV. S 00-113 MCE/EFB (2016) (deposition and court testimony)

- *Estate of Betty Goldberg and Estate of Al Goldberg, vs. Goss-Jewett Company, In., et al.,* United States District Court, Central District of California, Case No. 5:14-CV-01872-DSF (SHx) (2016) (deposition)

- *Von Duprin, LLC (Von Duprin) v. Moran Electric Services, Inc., Major Holdings, LLC, Major Tool and Machine, Inc., and Zimmer Paper Products Incorporated*, United States District Court, Southern District of Indiana, Case No. 1:16-CV-1942 (2018, 2019) (deposition and trial)

- ***Santa Clarita Valley Water Agency v. Whittaker Corporation and Does 1-10, inclusive***, United States District Court, Central District of California (Case No: 2:18-CV-6825-GW (RAOx)) and *Whittaker Corporation v. Keysor-Century Corporation and Saugus Industrial Center,* United StatesDistrict Court, Central District of California (Case No: 2:18-CU-06825-GW-RAO) (2020) (deposition).

**LITIGATION SUPPORT**

- **Expert Opinion Development, Comingled Chlorinated Solvent Plume**, Los Angeles County, California. Developed expert opinions regarding the source of chlorinated solvents (TCE, PCE, 1,1,1-TCA) from



Expert Report of Gary Hokkanen

approximately 20 former manufacturing facilities. Analyzed historical information, soil gas and groundwater data to determine which facilities were sources and which chemicals had been released. Also determined which downgradient properties were impacted from each source property.

- **Contamination Evaluation and Litigation Support, Manufacturing Facility**, Monmouth Junction, New Jersey. Retained by the New Jersey State Attorney General's Office to determine the extent of groundwater contamination at a former manufacturing facility site subject to ongoing remediation for hydrocarbons, chlorinated VOCs, and VOCs in soil and groundwater. Developed expert opinions regarding the extent of groundwater contamination over time. This case included trial testimony.

- **Expert Opinion Development, Manufacturing Facility,** Long Beach, California. Retained by DOJ attorney to develop opinions related to consistency with the NCP for a former aerospace manufacturing facility. The analysis included review of documents and costs for $150 million of investigation and remediation costs. Contaminants at this large manufacturing facility included chlorinated solvents, hydrocarbons, and metals. Determined that a large portion of the investigation and remediation work performed under oversight of the California State Water Resources Control Board was not consistent with the NCP.

- **Expert Report Development, Landfill,** Sayreville, New Jersey. Retained to develop expert opinions regarding the source and extent of groundwater contamination at a solid waste landfill. Examined historical waste practices and evaluated the implemented remediation at the landfill. Developed estimates of the volume of impacted groundwater over time to support a claim of natural resource damages. The primary contaminants were chlorinated solvents.

- **Source Identification and Cost-Recovery Support**, Emeryville, California. Retained by one of several owners of a parcel undergoing remediation and redevelopment. Contaminants at the property include chlorinated VOCs, VOCs, and metals. Existing data collected at the Site were used to develop expert opinions regarding sources of contamination and to develop an allocation approach.

- **Expert Opinion Development, Multiple Source Chlorinated Solvent Plume**, Los Angeles County, California. Developed expert opinions regarding the source of chlorinated solvents in public supply wells. Analyzed groundwater data from over 200 groundwater monitoring wells to determine the fate and transport of chlorinated solvents from two primary potential sources. Analyzed the groundwater flow and transport pathways in the vicinity of the potential sources.

- **Expert Opinion Development and Court Testimony, Comingled Chlorinated Solvent Plume**, Sacramento, California. Developed expert opinions and provided court testimony regarding the contribution of two properties to a chlorinated solvent plume. The opinions included an analysis of soil, soil gas and groundwater data from the two properties. A cost allocation was developed.

- **Expert Opinion Development and Court Testimony, Biosolids Application,** Bakersfield, California. Developed expert opinions and provided court testimony regarding the potential for the application of biosolids at a 4500-acre farm to impact groundwater. Expert opinions were initially provided in a declaration. A program to collect soil and groundwater data was developed and implemented. The field program examined the migration of metals and PFC compounds (PFOA and PFOS) through the soil column



Expert Report of Gary Hokkanen

to the water table. Opinions regarding the transport of PFOA and PFOS in the vadose zone were developed. Additional opinions were developed and provided in deposition and court testimony.

- **Technical Review and Litigation Support, Wood-Treatment Facility,** Illinois. Retained by the attorneys of the Principal Responsible Party to provide technical review and support for litigation with the current landowner for this NPL site. Technical issues involved the origin of creosote-related organic compounds, and the fate and transport of polycyclic aromatic hydrocarbon (PAH) and inorganic compounds in groundwater. Performed an extensive review and analysis of wood-treating operations, and of the origin, uses, and characteristics of the creosote. Collaborated with attorneys to prepare for trial and developed a technical strategy and questions for depositions of opposing experts.

- **Cost Allocation, Chlorinated Solvent Site**, San Jose, California. Retained by attorneys to review the soil and groundwater cleanup conducted at a chlorinated solvent release site. The purchaser of the property had performed an RI and a soil and groundwater cleanup. Developed opinions regarding the cost-effectiveness and adequacy of the cleanup and consistency with State of California Guidance.

- **Rebuttal Expert Report Development, Drum Site – Chlorinated Solvent Plume,** Somerset County, New Jersey. Retained by the New Jersey Attorney General's Office to prepare a Rebuttal Expert Report for an NCP compliance case involving chlorinated solvents in fractured bedrock. The site was a National Priority List (NPL) site where the RI/FS process had led to construction of a large groundwater pump and treat system. Approximately $25 million has been spent on investigation and remediation at the site since the work began in the mid-1980s. Development of the Rebuttal Expert Report included review of over 400 technical documents and numerous depositions, extensive analysis of two Expert Reports, research of specific technical and U.S. Environmental Protection Agency (EPA) policy issues, and development of the technical arguments that composed the Rebuttal Expert Report.  Issues involved the analysis and design of the extraction system and the design capacity of the above ground treatment system.

- **Expert Report Development, Chlorinated Solvent Plume, Former Chemical Plant, Middlesex**, New Jersey. Retained to develop expert opinions regarding the source and extent of chlorinated solvent groundwater contamination in fractured bedrock related to a former chemical and manufacturing plant that operated for over 80 years. Developed opinions related to the numerous sources of groundwater contamination and the timing of releases from those sources and developed estimates of the volume of contaminated groundwater over time. The case included both deposition and court testimony.

- **Expert Opinion Development, Comingled Chlorinated Solvent Plume**, Indianapolis, Indiana. Retained to develop opinions related to consistency with the NCP for a comingled chlorinated solvent plume created by several adjacent manufacturing facilities. A downgradient facility was seeking cost recovery from the upgradient facilities. The remedial investigation and remediation were being performed under an Indiana Department of Environmental Management voluntary cleanup program. Testified in deposition that some requirements in the NCP were not met in the previous work at the Site under the State voluntary cleanup program.

- **Expert Opinion Development, Comingled Chlorinated Solvent Plume**, Orange County Water District South Basin, Irvine, California. Developed expert opinions and deposition testimony regarding the potential contribution from a manufacturing facility to groundwater and implications to deeper groundwater



Expert Report of Gary Hokkanen

impacts. This facility overlies a chlorinated solvent plume from upgradient sources. Opinions related to the relative contribution to the comingled plume and the potential to impact underlying aquifers. Analysis included a review of a groundwater extraction system and capture zones.

- **Cost Allocation, Chlorinated Solvent Site**, San Jose, California. Retained by attorneys to review the soil and groundwater cleanup conducted at a chlorinated solvent release site. The purchaser of the property had performed an RI and a soil and groundwater cleanup. Developed opinions regarding the cost-effectiveness and adequacy of the cleanup and consistency with State of California Guidance.

- **Expert Opinion Development, Manufacturing Facility,** Irvine, California. Retained by one of the defendants in a large chlorinated solvent groundwater matter. Client was one of many PRPs sue by the local water district. Developed opinions regarding the adequacy of proposed groundwater cleanup alternatives, the sources and timing of chlorinated solvent releases, and the adequacy of the characterization of the groundwater flow and contaminant transport concepts developed by an opposing expert for allocation. Presented and defended expert opinions in deposition. Assisted in allocation mediation negotiations.

- **Litigation Support and RI/FS Observation, Former Wood-Treatment Facility,** St. Maries, Idaho. Retained by the attorneys of a former owner of a dismantled wood-treatment facility operating as a butt treatment plant that used creosote to treat utility poles. Treatment plant operations resulted in contamination of soil, groundwater, and river sediments. Provided technical review of the administrative (RI/FS) process, and expert work for the litigation process. Technical observation of the RI/FS process involved review of all technical documents generated for this EPA Region 10 lead site. Technical issues involved the creosote free-product migration pathway, the source and timing of creosote discharge to the adjacent river, the extent of sediment contamination, and the appropriate approach to site remediation.

  The litigation process involved cost allocation issues with the current property owner and claims against insurance policies. Allocation issues included the time period and method of the release of creosote, migration of creosote in the subsurface, standard of care issues, compliance with the NCP, and historical changes in site conditions that resulted in increased investigation and remediation costs. Support of the litigation process included conducting a comprehensive assessment of soil, groundwater, free product, and sediment data. Data, including radioisotopes in sediments, were collected for litigation purposes. The analysis resulted in preparation of two Expert Reports and a Rebuttal Expert Report. Was deposed in this case, which subsequently was settled.

- **Expert Opinion Development, Fuel Transfer Facility**, Ferrysburg, Michigan. Retained to provide expert opinions regarding the liability of various owners and operators of an active fuel transfer facility. The matter involved the degree of responsibility of past owners and operators for contamination of soil and groundwater by released fuels. Developed an Expert Report and was deposed in this matter. Provided testimony regarding the expert opinions formulated in this case.

- **Expert Opinion Development, Solid Waste Landfill,** St. Cloud, Minnesota. Retained to develop expert opinions regarding the source and extent of groundwater contamination related to a solid waste landfill. Examined the evolution of the landfill, waste records, and groundwater data. Contaminants included chlorinated VOCs, VOCs, and metals.



Expert Report of Gary Hokkanen

- **Expert Opinion Development, Wood-Treatment Facility**, Seattle, Washington. Retained to develop expert opinions regarding liability and allocation at a large NPL Superfund site that had operated as a wood-treatment facility from 1909 until 1994. Approximately $50 million has been spent on investigation and cleanup at the site to date. The administrative and litigation processes were divided into an offshore sediment portion and an upland portion. Development of the Expert Report for the offshore sediment portion of the case included review of 15 years of technical documents and depositions, and analysis of sediment contamination to develop an allocation strategy. A similar review was conducted for the upland portion. An Expert Report was prepared for both portions of the case.

- **Rebuttal Opinion Development, Former Mine,** Washington. Retained to develop rebuttal opinions regarding a former mine in northeast Washington. Issues related to attributing waste generation among several operators of the mine and allocating costs for remediation of the waste areas.

- **Source Identification and Cost-Recovery Support**, Suburban Neighborhood, Pleasant Hill, California. Retained to determine the source of groundwater contamination impacting homes in a suburban neighborhood. Contaminants included hydrocarbons, methyl tertiary-butyl ether, and chlorinated VOCs. Cost-recovery action included development of expert opinions regarding the source of contamination, and liability allocation.

- **Expert Opinion Development, Former Oil Field,** Huntington Beach, California. Retained to develop expert opinions related to soil remediation at this former oil field. An RI and remediation were performed in an area of elevated lead and hydrocarbon concentrations in soil. Rendered opinions regarding whether the standard of care had been met in the performance of the work.

- **Expert Opinion Development, Manufacturing Facility,** Gardena, California. Retained by attorneys of previous owner of this manufacturing facility to develop expert opinions regarding the costs incurred by the current owner in the investigation and remediation of chlorinated solvent contamination and their consistency with the NCP. Determined that some of the investigation and remediation costs were not necessary response costs and were not consistent with the NCP.

- **Expert Opinion Development, Dry Cleaner Facility**, Fairfield, California. Retained to develop expert opinions regarding the source of PCE and degradation compounds in soil, soil gas, and groundwater at this dry cleaner facility. Presented opinions regarding the dry cleaner's contribution to the area wide PCE plume to a large PRP group in mediation. Presented opinions to the California Water Quality Control Board regarding dry cleaner's contribution to the area wide PCE plume, which resulted in a no contribution decision from the Water Board.

- **Expert Opinion Development, Dry Cleaning Facility**, Berkeley, California. Retained by attorneys to develop expert opinions regarding the source of tetrachloroethene (PCE) in soil and groundwater at this active dry-cleaning facility. Expert opinions involved the source of PCE releases, the mechanism of these releases to the subsurface, the potential contribution of other parties to the PCE releases, the fate and transport of PCE in the subsurface and compliance with the NCP of the previous work at the Site.

- **Expert Opinion Development, Dry Cleaner Facility**, Modesto, California. Developed expert opinions regarding the potential impact of a PCE plume from a dry cleaner on a City of Modesto water supply well.



Expert Report of Gary Hokkanen

Examined the groundwater flow system, the fate and transport of the PCE plume and the capture zone of the water supply well. Provided testimony in an evidentiary hearing in San Francisco.

- **Expert Opinion Development, Dry Cleaner Facility**, Watsonville, California. Developed expert opinions regarding the sources of PCE and daughter products in soil, soil gas, and groundwater at this dry cleaner facility. Examined historical PCE handling and disposal practices at the facility, the integrity of drains and sewer lines and the relative contribution of the facility and the City of Watsonville sewer system.

- **Expert Opinion Development, Dry Cleaner Facility**, Santa Barbara, California. Developed expert opinions regarding the sources of PCE and daughter products in soil and groundwater at this dry cleaner supply facility. Opinions involved an examination of historical storage of PCE, PCE delivery practices, and an upgradient dry cleaner.

- **Expert Opinion Development, Dry Cleaner Facility**, Buena Park, California. Developed expert opinions regarding the presence of PCE and degradation compounds in soil and groundwater at this dry cleaner facility, and the source of these contaminants in the subsurface, for use in cost allocation proceedings.

- **Technical and Litigation Support, Former Wood-Treatment Facility**, Madera, California. Retained by the attorneys for one of the property owners of this former wood-treatment facility that used pentachlorophenol to pressure-treat utility poles. Provided technical review of the RI/FS process conducted by another property owner on a portion of the property. Also provided observation for the investigation, FS, remedial design, and construction processes for remediation of impacted soil on another portion of the property.

  The remediation consisted primarily of excavating impacted soil. Prior to initiation of excavation, gained approval from the State agency to use a pentachlorophenol field-testing tool and statistical methods to determine impacted soil areas. Excavated soil was placed into an on-site containment vault used by both property owners. Coordinated the design and construction of the containment vault with the cleanup of adjoining parcels and arranged with the other PRP to place excavated soil in the containment vault.

  Also performed a complete technical review of soil and groundwater investigations, risk assessments, FSs, and remediation alternatives, including allocation issues, to develop expert opinions in support of litigation. Participated in mediation sessions, made presentations to the insurance carriers, and provided a videotaped presentation of expert opinions that was used in the negotiations.

- **Litigation Support and Declaration, Solid Waste Landfill,** Turlock, California. Retained to provide litigation support and develop expert opinions regarding the previous investigation and remediation at this closed unlined solid waste landfill. Examined historical landfill development, historical waste management practices, the adequacy of the remedial investigation and groundwater remediation system. Contaminants included chlorinated VOCs, VOCs, and metals. Provided declaration for the settlement process.

- **Expert Report Development, Gas Station**, San Diego, California. Developed an Expert Report regarding the source and the fate and transport of gasoline additives at an active remediation site. Contaminants included hydrocarbons and methyl tertiary-butyl ether. Issues involved the appearance of gasoline additives in cross-gradient monitoring wells and identifying the responsible parties.



Expert Report of Gary Hokkanen

**REMEDIAL INVESTIGATION/FEASIBILITY STUDY AND REMEDIATION**

- **Remedial Investigation, Chlorinated Solvent Plume, Manufacturing Facility**, Sacramento, California. Conducted an RI of soil and groundwater contamination by VOCs associated with historical chlorinated solvent releases at this manufacturing facility. A complex groundwater flow system and plume were analyzed. Developed a remediation approach for the impacts that was approved by the State regulatory agency.

- **Remedial Investigation, Former Solvent Distribution Facility,** Omaha, Nebraska. Conducted an RI for soil and groundwater contamination by chlorinated solvents at this former solvent distribution facility site characterized by a complex groundwater flow system. Technical issues included determining source areas and delineating the contribution from and responsibility of an adjoining property. The investigation identified historical source areas and demonstrated that the adjoining property was a contributing factor to existing groundwater contamination.

- **Investigation and Remediation, Dry Cleaner**, San Jose, California. Directed the investigation of a dry cleaner that has operated since the 1960's. Soil, soil gas, and groundwater was impacted with PCE. A SVE Pilot Test was conducted to determine the suitability of this technology at the site. Additional off-site groundwater has not been conducted to date.

- **Remediation Approach Reassessment, Former Wood-Treatment Facility**, Salisbury, Maryland. Performed a critical reassessment of the remediation approach for this 200-plus-acre former wood-treatment facility site that was used to pressure-treat utility poles with creosote. A large area of impacted groundwater was present at the site, with approximately 1 to 2 million gallons of creosote present on a clay confining layer. An FS featuring a large pump and treat system previously had been approved by the State environmental agency. After an extensive cost analysis, the client established a new remediation goal for the site that involved no extraction or treatment of groundwater, and minimal long-term operation and maintenance. Developed a containment approach that included a 6,100-foot-long, 60-foot-deep cement bentonite slurry wall. A hydraulic gate was designed on the down-gradient side of the barrier to handle the release of water from the enclosed area. Decision analysis was used in the design of the barrier to account for difficult geotechnical conditions at the site. Groundwater modeling showed that careful management of the water balance for the site would make pumping and treatment unnecessary. Conducted negotiations with the State that resulted in acceptance of this new approach. Remediation also included limited DNAPL extraction, construction of both tidal and non-tidal wetlands, phytoremediation, rerouting of an impacted stream, and air sparging down-gradient of the hydraulic gate. The completed project received a State award for Environmental Excellence.

- **Investigation, Former Automotive Manufacturing Facility,** Ironwood, Michigan. Directed an investigation at a wood by-product-recovery facility involving groundwater contamination by coal tar derivatives. Soil and groundwater had been impacted by PAH compounds from facility operations. Methane generated from impacted soil and groundwater accumulated in residential basements, creating significant safety issues. The groundwater impact from a waste disposal area was characterized.



Expert Report of Gary Hokkanen

- **FS and Remediation, Former Wood-Treatment Facility**, Cass Lake, Minnesota. Conducted an FS for impacted groundwater at this NPL site, a former wood-treatment facility that used creosote and pentachlorophenol for approximately 50 years. Determined the most cost- effective groundwater remediation alternative for two separate locations. Designed two groundwater pump-out systems and a central carbon treatment system. As part of the hydraulic design of the pump-out systems, performed a modeling study to analyze the capture zone for different well configurations to minimize flow rates. Developed and implemented an approach to verify the capture zones in the field after system start-up. Developed portions of the plans and specifications and oversaw construction and operation systems. Technical Observation, State Superfund Landfill, Bemidji, Minnesota. Provided observation for the characterization of the plume at this closed landfill. A large municipal water supply well- field potentially was impacted by the plume from the site. Analytic element groundwater modeling was used to assess the potential impact of the plume on the well-field. Developed recommendations for pumping from the well-field to protect water quality. Also evaluated remedial alternatives for associated groundwater contamination from the landfill.

- **Remediation System Technical Observation, Former Industrial Disposal Site,** Plumstead Township, New Jersey. Retained to assume responsibility for technical observation of an existing remediation system that was not meeting remedial goals for chlorinated and nonchlorinated VOCs. EPA requested major changes and additions to the existing system, including a fully enclosed physical barrier keyed into a semi-confining layer, a pump-out and treatment system, and re-injection of treated water. EPA also questioned the integrity of the aquifer underlying the semi-confining layer. Performed an extensive analysis of system hydraulics and satisfied EPA that the system was working properly after minor adjustments, and that the underlying aquifer was protected. Numerous technical issues regarding system performance were raised by EPA. Through a series of technical analyses and meetings with EPA, showed that the system was meeting remedial goals. Analyzed numerous changes to the existing system to improve performance and reduce operating costs.

- **RI/FS and Remediation, Former Coal Gasification Plant,** Fairbault, Minnesota. Conducted an RI/FS and remediation of soil and groundwater contamination resulting from coal tar wastes at this state Superfund site. Technical issues included determining historical sources, the level and extent of soil and groundwater impacts, the impact of groundwater discharge to the adjacent river, sediment contamination, and the impact of the site on municipal water supply wells. Conducted an analysis of hydrogeological information and used the results to determine that the hydraulic relationship between the site and the municipal water supply wells did not present a problem. Remediation selection negotiations with the State environmental agency resulted in removal of surficial coal tar, and No Action on impacted soil and groundwater based on risk analysis.

- **RI/FS and Remediation, Solvent Disposal Site,** Cokato, Minnesota. Conducted an RI/FS and remediation at this solvent disposal site. The RI involved characterization of source areas, the level and extent of soil impact, and the extent of groundwater impact of release in underlying fractured till. Demonstrated that the groundwater impact did not require active remediation, and that off-site private wells would not become impacted in the future. Soil impact was accurately characterized, and



Expert Report of Gary Hokkanen

a remediation approach involving excavation and on-site low-temperature thermal treatment was developed. Successfully remediated soil and received a closure letter from the State environmental agency. Technical Review, Solvent Distribution Facility, Indiana. Provided technical review of a Resource Conservation and Recovery Act Facility Investigation (RFI) at this solvent distribution manufacturing facility. An RFI had been imposed that involved 12 solid waste management units, including current and past waste-handling areas. Project work involved characterization of the groundwater plume that developed from the solid waste management units. A technical case that combined geochemical data and modeling was successfully presented to EPA for natural attenuation of the plume.

- **RI/FS, Solvent Distribution Facility**, Minneapolis, Minnesota. Retained by attorneys to perform an RI/FS for this active solvent distribution facility. The work involved investigation of historical source areas and the level and extent of soil and groundwater impacted by chlorinated solvents, and negotiations with the State regulatory agency. Based on this work, a remedial approach was developed and implemented for the site.

- **Investigation, Solvent Distribution Facility**, Minneapolis, Minnesota. Retained by outside counsel to conduct an investigation at this solvent distribution facility. Project work included identification of historical source areas and the level and extent of soil and groundwater impact, determination of the presence of the chlorinated solvent dense nonaqueous-phase liquid (DNAPL) and the contribution of off-site sources, and development of a remediation approach. Negotiated a successful resolution with the State environmental agency.

- **Technical Review, Defense Contractor NPL Site**, Denver, Colorado. Conducted an extensive technical review of groundwater impact by chlorinated solvents at this Defense Contractor NPL site, triggered by a 5-year review process. Based on the review and analysis of the effectiveness of the groundwater remediation system, changes in the system resulted in concurrence by the State agency that the system was meeting remedial goals.

- **Hydrological Analysis, Operating Manufacturing Facility**, Illinois. Performed a hydrological analysis of an existing groundwater pump-out system that was not operating properly. The system consisted of three trenches where groundwater was removed from a central sump in each trench. Used chemical and hydrological information along with groundwater flow modeling to modify and optimize system operation, resulting in substantial cost savings. Conducted investigations of the impact of the site on an underlying bedrock unit and down-gradient receptors. Based on the analysis performed, these receptors were determined to be protected by the remediation system.

- **Investigation, Industrial Dry-Cleaning Facility,** Minneapolis, Minnesota. Directed an investigation of a release of PCE at this operating dry-cleaning facility under a Voluntary Investigation and Cleanup Program. Conducted a soil gas survey using Geoprobe equipment, and placed soil borings and monitoring wells based on the Geoprobe data. Mapped the extent of impact from PCE in soil and groundwater.

- **RI and Remediation, Industrial Dry Cleaner,** Minneapolis, Minnesota. Retained by attorneys to conduct an RI and remediation of a release of PCE at this industrial dry cleaner facility. The RI



Expert Report of Gary Hokkanen

identified the source of the release, and the extent of the impact in soil, the vadose zone, and groundwater. Developed a remediation approach that was approved by the State environmental regulatory agency.

- **Hydrogeologic Investigation, Solid Waste Landfill,** Elk River, Minnesota. Conducted a hydrogeologic investigation at this active solid waste landfill when groundwater monitoring limits were exceeded. Additional monitoring wells were constructed, and an analysis of the local groundwater flow system and the fate and transport of detected compounds was performed. Elevated levels of contaminants were detected at several up-gradient wells. An analysis of the impacts of soil gas on concentrations of VOCs detected in monitoring wells showed that the impacts were not caused by releases from the landfill.

- **Investigation and Remediation, Foundry and Electroplating Sites,** Ontario, Canada. Conducted an investigation and remediation at two heavy-metal foundry and electroplating plant sites where extensive soil contamination by lead, arsenic, copper, and zinc was discovered. A hydrogeologic and geochemical characterization of these sites demonstrated that the limited groundwater impact was not a risk. Impacted soil at both sites was mixed with concrete and retained on site.

- **RI/FS, Active Landfill,** Inver Grove Heights, Minnesota. Directed the completion of an RI and the development of an FS for this active NPL landfill. The key technical concern was chlorinated hydrocarbons in a 100-foot-thick unsaturated zone and in the underlying unconfined aquifer. Renegotiated the Consent Order with the State agency to provide a suitable mechanism to complete the RI and proceed with remediation. Extensive monitoring of bedrock aquifers was required to develop a suitable understanding of the extent of impacted groundwater and develop a remediation approach. The use of flow modeling in the RI of bedrock aquifers resulted in considerable cost savings to the client. An in-situ bioremediation approach was developed in the FS.

- **Technical Review and Conceptual Design, Active Wood-Treatment Site,** South Carolina. Conducted a technical review of a Corrective Measures Study (CMS) for an active wood- treatment site that involved soil and groundwater impacts by PAHs, pentachlorophenol, dioxin, and metals, where DNAPL also is present. The CMS recommended physical containment of the DNAPL area, and retention of an existing groundwater extraction system. The CMS was structured to allow the client to conduct future evaluation of the feasibility of bioremediation to replace the groundwater extraction system. Developed a conceptual design for a physical barrier system. Used groundwater modeling to examine barrier configurations and the hydraulic responses of various designs. Based on the modeling, selected an open barrier configuration, and designed a water-level monitoring system.

- **Technical Review and Expert Witness Support, Manufacturing Facility,** Red Wing, Minnesota. Retained by an attorney to provide technical review and expert witness support for insurance litigation at this State Superfund site with VOC-contaminated groundwater. Issues involved interpretation of groundwater flow, fate and transport of chlorinated solvents, and timing of releases.

- **Remedial Investigation, Former Warehouse and Truck Maintenance Facility,** Fairfield, California. Conducted an RI for soil and groundwater contamination by hydrocarbons and chlorinated solvents at



Expert Report of Gary Hokkanen

this former warehouse and truck maintenance facility. Worked with the local regulatory agency to obtain a closure letter for this Site.

- **Phase I and II Environmental Assessments, Manufacturing Facility**, Bakersfield, California. Performed an Environmental Assessment, including sample collection, for the buyer of this manufacturing facility. Conducted a Phase II Assessment that included collection and analysis of soil and groundwater samples with a gas chromatograph equipped Geoprobe.

- **Investigation and Assessment, Major Landfill,** Phoenix, Arizona. Oversaw the initial investigation and assessment of a sizeable landfill to place the site on the original NPL. Worked with the State of Arizona in the compilation and analysis of available information on the history of and impacts created by this landfill, which was adjacent to a major intermittent-flowing river. The impacts associated with the landfill included a significant groundwater plume, methane impacts, and impacts on the river resulting from the washing away of portions of the landfill during major flow events. Remedial Investigation, Brine Injection Wells, Bakersfield, California. Conducted an RI to determine the impact of brine injection wells on groundwater. The RI included an examination of well construction and maintenance records, brine injection history, regulatory compliance, groundwater quality, and well integrity.

- **Expert Technical Observation, Former Wood-Treatment Facility,** Houston, Texas. Provided expert technical observation on groundwater issues at this former creosote plant. Observation involved an extensive review of geologic, hydrogeologic, water quality, and DNAPL data. Data interpretation was complicated by the presence of fractured bedrock near the surface.

- **RI and Cleanup Action, Multiple Service Stations,** Various Minnesota Locations. Managed the investigation and cleanup action at approximately 10 retail service station sites for a major oil company. The work included environmental observation of tank excavations, observation of impacted soil excavation and treatment, RI of soil and groundwater, remedial alternative selection, and observation of remediation system design and implementation.

- **RI and Cleanup, Multiple Service Station and Bulk Fuel Sites,** Various Minnesota Sites. Managed investigation and cleanup projects at several retail service stations under contract to the State environmental agency. Project work involved preparing investigation work plans, directing field work and report preparation, interpreting data, recommending corrective actions, and overseeing corrective action design and implementation. Participated in public meetings and negotiations with Responsible Parties.

- **Environmental Observation, Telephone Switching Stations,** Four-State Area. Managed the environmental observation of tank excavations at approximately 15 telephone switching stations across four states. One diesel fuel tank used as a fuel supply typically was present at each switching station. Project work involved observation of the tank-excavating contractor, field-screening of excavated soil for hydrocarbons, observation of impacted soil removal, and coordination of removal and treatment of impacted soil. Performed additional investigation and remediation activities as needed.

- **Investigation and Cleanup, Former Gasoline Station,** Royalton, Minnesota. Directed an investigation and remediation of an underground storage tank site in the Minnesota Voluntary Investigation and



Expert Report of Gary Hokkanen

Cleanup Program. A former gasoline station was present on the site of a major property development. Leaking underground tanks at the site were removed, and soil and groundwater remediation was conducted.

- **RI, Oil Refinery,** Rosemount, Minnesota. Retained by attorneys to conduct an RI of a release from the main refinery and tank farm at this property. The State environmental agency requested an unreasonable level of soil cleanup at the refinery, based on a leaching model. Successfully negotiated reasonable cleanup levels based on an independent analysis of the relationship between soil concentrations and groundwater conditions.

- **Site Characterization, Nuclear Waste Repository,** Hanford, Washington. Conducted a review and provided critical assessment of numerous documents characterizing groundwater flow conditions and the fate and transport of contaminants in a fractured bedrock system. The site was being characterized for development of an underground nuclear waste repository. Investigation and FS, Former Steel Plant, Duluth, Minnesota. Conducted an extensive investigation and performed an FS at a large, closed steel plant on the NPL. The project involved complete characterization of waste disposal areas at the site, and the impact from each identified area. Soil and groundwater impacts were evaluated, including groundwater flow in a clay system. The primary compounds of concern were PAHs from coal tar from the plant's coke batteries. The coal tar and associated impacted material were present in deposits 15 feet deep in a ravine adjacent to the plant, where extensive coal tar deposits were identified. The FS included identification of and remedial alternative selection for approximately 14 operable units. A comprehensive remediation approach for these operable units was approved by the State environmental agency

- **RI, Active Rail Yard,** Superior, Wisconsin. Conducted an RI of soil and groundwater impacts from historical releases at an active rail yard and locomotive repair facility site impacted by fuel products and solvents from past operations. The RI included identification and characterization of historical source areas, and characterization of the impact on underlying aquifers.

- **Investigation, Former Coal Gasification Plant,** Des Moines, Iowa. Conducted an investigation of a former coal gasification plant located adjacent to a major river. EPA Region 7 was directing the investigation and cleanup of this Superfund site. Determined the extent of soil, groundwater, and sediment contamination.

- **Environmental Management, Starch Manufacturing Facility,** Cedar Rapids, Iowa. Retained by attorneys to manage several environmental investigation/remediation projects and environmental initiatives for a specialty starch manufacturing facility. The work involved several RI/FS projects, management of the facility's supply well system, including reconstruction of a 1500-foot-deep well, development of a comprehensive environmental management program, collaboration with plant environmental staff on compliance issues, and assisting with plant expansion through property purchases. The main supply well for the facility was impacted with benzene and ethylbenzene, which an extensive analysis showed had an off-site source. The well was photo-logged to determine an appropriate redesign effort to enable the plant to maintain operations. A sleeve was placed and secured in the existing well to restrict water in the impacted aquifer from entering the supply



Expert Report of Gary Hokkanen

well. The largest RI/FS project involved soil and groundwater contamination by PAH compounds from heavy fuel oils. A risk assessment was performed to support the recommendations of the FS. Based on the risk assessment, a remediation approach was developed that called for soil remediation only if site construction activities required contaminated soil removal.

- **Expert Review and Technical Support, Former Wood-Treatment Facility,** Charleston, South Carolina. Provided expert review and technical support for a natural attenuation remedy at a former creosote wood-treatment facility. EPA Region 4 previously approved a remedy for remediation of creosote and impacted groundwater. Project work included negotiating with EPA to allow a natural attenuation remedy. Made an extensive technical case to show that natural attenuation would meet remedial goals. The result of this work was a change in the Record of Decision for the site.

- **RI, Former Wood-Treatment Facility,** Crystal, Minnesota. Retained by attorneys to conduct an RI of this former creosote wood-treatment facility. The investigation included delineating the extent of impacted soil, impacted groundwater, and creosote DNAPL. Through the installation of a series of soil borings, DNAPL was found to be pooled in a geologic low below the water table at a depth of approximately 60 feet below ground surface.

- **Investigation, Wood Products Facility,** Long Prairie, Minnesota. Conducted an investigation of a former butt treatment operation at this wood products facility. The investigation identified the previously unknown location of the facility, and the extent of soil and groundwater impacts.

- **Technical Observation, Former Wood-Treatment Facility,** Youngstown, Ohio. Provided technical observation for the investigation and assessment work performed by another consultant at a former wood-treatment facility impacted by PAHs and creosote DNAPL. The observation work resulted in an improved investigation and approach to the FS process.

- **Soil and Groundwater Investigation, Tape Manufacturing Facility**, Illinois. Directed an investigation of soil and groundwater conditions at a tape manufacturing facility in the vicinity of a solvent tank farm. The work was conducted under a Voluntary Cleanup Program. The critical element at the site was establishing appropriate cleanup levels, which were successfully negotiated with the State regulatory agency.

- **Hydrological Analysis and Remediation, Manufacturing Facility**, Illinois. An extensive plume developed from discharges from this active manufacturing facility to an on-site lagoon. Conducted a hydrological analysis of the groundwater plume and developed a remedial approach for groundwater contamination based on the results from the analysis. Also designed and provided observation for construction of a new high-capacity production well for the facility.

- **Investigation and Analysis, Manufacturing Facility,** Wisconsin. Conducted a hydrological investigation and analysis of an extensive groundwater plume. The plume was impacting used aquifers, and the water supply wells of local residents.

- **Investigation and Analysis, Food Manufacturer,** Wisconsin. Retained by attorneys to investigate a release from wastewater ponds that resulted in elevated concentrations of nitrate in groundwater.



Expert Report of Gary Hokkanen

Performed geochemical and hydrological analyses to identify the level of risk associated with the release.

- **Phase I and II Investigations, Sports Center,** Blaine, Minnesota. Conducted a Phase I and a PhaseII Investigation of a property that was being acquired to expand this sports center facility. Analysis of the information resulted in a successful acquisition. Remediation of soilcontamination was conducted prior to use of the property.

- **RI/FS, Manufacturing Facility,** St. Paul, Minnesota. Conducted an RI/FS for a chlorinated solventrelease at a manufacturing facility. Completed the characterization of the release and negotiated a cleanup strategy with the State regulatory agency.

- **RI, Circuit Board Manufacturing Facility,** Plymouth, Minnesota. Retained by attorneys to conductan RI of a release from a circuit board production line. Convinced the State regulatory agency that the impact of the release was small, and that the release could not migrate. Received a No Further Action letter for the client.

- **Investigation and Remediation, Manufacturing Facility,** Brooklyn Center, Minnesota. Conducted an investigation and developed a remediation strategy for an abandoned manufacturing facility. Soil and groundwater had been impacted by historical discharges of solvents to a septicsystem. The groundwater impact created by these historical releases was characterized. A remediation approach was developed that included future redevelopment of the site.

- **Transport Modeling, Manufacturing Facility,** Minnesota. Releases of PAH compounds from unlined waste lagoons at this facility created the potential to impact the underlying aquifer. Simulated the transport of PAH compounds in the vadose zone under the waste lagoons. Developed a transport model using a combination of site-specific and literature values to simulate the migration of PAH compounds in the thick unsaturated zone underlying the site.A transport model was developed to simulate the migration of the PAH compounds in the thick unsaturated zone underlying the site. A combination of site-specific values and literature values were used in the model. The results showed that the underlying aquifer would not be impacted above regulatory levels.

- **Hydrogeologic Investigation and Analysis, Open Pit Mine Development,** Montana. Performed a comprehensive hydrogeologic investigation and analysis at an open pit mine development. The assessment was in support of permit applications required for the development.



Expert Report of Gary Hokkanen

## Presentations and Publications

**Publications**

Frind, E.O., and G.E. Hokkanen. 1987. "Stimulation of the Borden Plume Using the AlternatingDirection Galerkin Technique." *Water Resources Research.* 23 (no. 5): 918-930.

Hokkanen, G.E. 1984. *Application of the Alternating Direction Galerkin Technique to the Simulation of Contaminant Transport at the Borden Landfill.* Master of Science Thesis, Department of Earth Sciences, University of Waterloo.

———. 2006. "DNAPL Sites – The Technical and Legal Challenges." *ABA Superfund and Natural Resources Damages Litigation Committee Newsletter.* 3 (no. 1).

**Presentations**

"Dry Cleaner Claims and Questions About Cities and Their Sewers." 2015 Environmental and Emerging Claim Manager Conference. 2015.

