# EXHIBIT 5

| | |
|---|---|
| **From:** | Paul Rasmussen <prasmussen@boothllp.com> |
| **Sent:** | Thursday, March 2, 2023 5:31 PM |
| **To:** | Gary J. Smith; Joshua H. Van Eaton; William J. Enoch; Michael F. Vitris; Erika H. Spanton; Sage Knauft; Scott J. Sachs |
| **Cc:** | Josh Levine; Greg Trimarche |
| **Subject:** | LBUSD v SCICO/COA - Hokkanen Document Production |

**[EXTERNAL SENDER: Use caution with links/attachments]**

Counsel,

Pursuant to Section 3 of the Joint Stipulation Regarding Expert Witness Depositions, please find the link below consisting of Gary Hokkanen's document production (HOK00000001-HOK00000042).  Based on our correspondence of February 28, 2023, it is our understanding that the District now has everything referenced in Exhibit A to Gary Hokkanen's November 23, 2021 Expert Report. This production contains a revised spreadsheet responsive to Section 3.a., fee agreements responsive to Section 3.b., and invoices responsive to Section 3.c.

  https://www.dropbox.com/sh/bu983j10hl6tqz9/AABYHbodalT9bGbwhwlgfILqa?dl=0

Please let us know if there is an issue with accessing the documents.

Thanks,
Paul

PAUL D. RASMUSSEN, ESQ.
Partner



11835 W. OLYMPIC BLVD., SUITE 600E
LOS ANGELES, CA 90064
**Email** prasmussen@boothllp.com
**Direct** 424.320.3988
**Main** 310.641.1800
**Fax** 310.641.1818
**Web** www.boothllp.com