# EXHIBIT 7

Gary Elmer Hokkanen

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   LONG BEACH UNIFIED SCHOOL       )
     DISTRICT,                       )
 5                                   )
                  Plaintiff,         )
 6                                   )
           vs.                       )  CASE NO.
 7                                   ) 2:19-CV-01139-JFW-AS
     SANTA CATALINA ISLAND COMPANY   )
 8   and CITY OF AVALON,             )
                                     )
 9                Defendants.        )
     _____)
10                                   )
     AND ALL RELATED CROSS-ACTIONS.  )
11   _____)

12

13                         - - -
                      MARCH 9, 2023
14                         - - -

15        Videotaped deposition of GARY ELMER

16   HOKKANEN held in the offices of Cooksey, Toolen,

17   Gage, Duffy & Woog, 535 Anton Boulevard, Suite 1000,

18   California, commencing at 9:17 A.M. PST, on the

19   above date before Pamela Cotten, CSR, RDR, Certified

20   Realtime Reporter, Certificate No. 4497.

21

22                         - - -

23            GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com

25
```

```
09:53:34   1              THE WITNESS:  I believe this is the amended
           2      exhibit.
           3      BY MS. SPANTON:
           4          Q    Thank you.
09:53:38   5              At the top it says "2012 to Present."  This
           6      amended exhibit is current through what date?
           7          A    It was current through the last date of
           8      invoices that I received from counsel, which was, I
           9      believe -- there might have been a few in 2020,
09:54:05  10      let's see.  The last one I see is October 2020.  I
          11      think that's the most recent invoice that I see in
          12      here.
          13          Q    And when did you prepare amended Exhibit C
          14      to your report?
09:54:22  15          A    Week or two ago.
          16          Q    What are the differences between this
          17      amended Exhibit C and the original Exhibit C to your
          18      report?
          19          A    Well, Mr. Brody pointed out that I missed
09:54:40  20      several invoices.  I believe there were six
          21      invoices.  I looked into that.  Two of which I
          22      actually had and did not include.  I missed them.
          23      And four of the invoices I didn't have and added
          24      those to this exhibit.
09:55:01  25          Q    And which are the two that you had missed?
```

| | | | |
|---|---|---|---|
| 09:55:07 | 1 | A | I didn't mark them on here.  I don't recall |
| | 2 | | specifically.  I'm sorry. |
| | 3 | Q | Do you recall if it were -- if it was the |
| | 4 | | GSI Environmental invoices versus the EEC invoices? |
| 09:55:22 | 5 | A | The EEC, I believe -- I don't remember |
| | 6 | | exactly which invoices.  I believe as I went back |
| | 7 | | and looked, I had two EEC invoices.  I did not find |
| | 8 | | from what I was given by counsel the four GSI |
| | 9 | | invoices. |
| 09:55:45 | 10 | Q | So counsel provided the four GSI invoices |
| | 11 | | to you after you had prepared your original report? |
| | 12 | A | Yes. |
| | 13 | | MR. RASMUSSEN:  Object. |
| | 14 | | THE WITNESS:  Oops, sorry. |
| 09:55:56 | 15 | | MR. RASMUSSEN:  Go ahead. |
| | 16 | | BY MS. SPANTON: |
| | 17 | ==Q== | ==Were all six corrections made in response== |
| | 18 | | ==to Mr. Brody's report?== |
| | 19 | ==A== | ==Yes.== |
| 09:56:08 | 20 | Q | Were all six admitted invoices transmitted |
| | 21 | | to the Island Company and the City prior to your |
| | 22 | | expert report? |
| | 23 | A | I have no idea. |
| | 24 | Q | What explains the errors in your original |
| 09:56:21 | 25 | | Exhibit C? |