Gregory D. Trimarche (SBN 143686) gtrimarche@cookseylaw.com
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1119

Attorneys for Defendant, Counterclaimant/Cross-Claimant
SANTA CATALINA ISLAND COMPANY

Joshua N. Levine, Esq. (SBN171840) jlevine@boothllp.com
Paul D. Rasmussen, Esq. (SBN 201680) prasmussen@boothllp.com
**BOOTH, LLP**
11835 W. Olympic Boulevard, Suite 600E
Los Angeles, CA 90064
Phone: (310) 641-1800
Facsimile: (310) 641-1818

Attorneys for Defendant, Counterclaimant/Cross-Claimant
CITY OF AVALON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CATALINA ISLAND COMPANY and CITY OF AVALON,<br><br>Defendants.<br><hr>AND ALL RELATED CROSS-ACTIONS | Case No.: 2:19-cv-01139-MEMF-AS<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Complaint Filed: February 14, 2019<br>Trial Date: March 25, 2024 |

Defendant the City of Avalon and Defendant the Santa Catalina Island Company hereby identify the following witnesses that they intend to call at trial.

Alan Reising

David Miranda (*)

1

| | |
|---|---|
| 1 | Denise Radde |
| 2 | J. Paul DeMyer |
| 3 | Kris Lutton (*) |
| 4 | Matthew Woods (*) |
| 5 | Mike Parmer (*) |
| 6 | Patrick Grady (*) |
| 7 | Talita Crain (*) |
| 8 | Mark Zeko (*) |
| 9 | Peggy Williams (*) |
| 10 | Chris Dore |
| 11 | Jeff Dagdigian |
| 12 | Douglas Littlefield |
| 13 | Gary Hokkanen |
| 14 | Steve Washburn |
| 15 | David Maistros (*) |
| 16 | Geoff Rusack (*) |
| 17 | |
| 18 | (*) are witnesses that Defendants may call only if the need arises. |
| 19 | |
| 20 | DATED: February 21, 2024         COOKSEY, TOOLEN, GAGE, DUFFY & WOOG |
| 21 | |
| 22 | |
| 23 | By: _____ |
|    |       GREGORY D. TRIMARCHE |
| 24 |       Attorneys for Defendant, |
|    |       Counterclaimant/Cross-Claimant |
| 25 |       SANTA CATALINA ISLAND COMPANY |
| 26 | |
| 27 | |
| 28 | |

2

1 | DATED: February 21, 2023

BOOTH, LLP

By: _____/s/ Joshua Levine_____
JOSHUA N. LEVINE
PAUL D. RASMUSSEN
Attorneys for Defendant,
Counterclaimant/Cross-Claimant
CITY OF AVALON