# Exhibit 1



# Expert Report of Gary Hokkanen

In the Matter of:

**Long Beach Unified School District v. Santa Catalina Island Co., et al.**

**United States District Court for the Central District of California**

Case No. 2:19-CV-01139-JFW

Prepared by:

Gary Hokkanen, M.S.

Principal Hydrogeologist

EKI C00056.00

23 November 2021

**EXHIBIT C**



## 2012-Present   INVOICES

| COMPANY NAME | INVOICE # | INVOICE DATE | AMOUNT | LBUSD | CITY | ISLAND CO | OU1, OU2A,B | OU1, OU2A | OU1 | OU2A |
|---|---|---|---|---|---|---|---|---|---|---|
| | 739869 | 9/21/2015 | $6,110.00 | $6,110.00 | | | | $6,110.00 | | |
| | 750033 | 11/10/2015 | $390.00 | $390.00 | | | | $390.00 | | |
| | 756593 | 12/14/2015 | $2,080.00 | $2,080.00 | | | | $2,080.00 | | |
| | 781724 | 5/6/2016 | $650.00 | $650.00 | | | | $650.00 | | |
| | 804062 | 9/7/2016 | $780.00 | $780.00 | | | | $780.00 | | |
| | 809474 | 10/17/2016 | $780.00 | $780.00 | | | | $780.00 | | |
| | 816114 | 11/16/2016 | $945.00 | $945.00 | | | | $945.00 | | |
| | 819349 | 12/8/2016 | $405.00 | $405.00 | | | | $405.00 | | |
| | 825018 | 1/12/2017 | $135.00 | $135.00 | | | | $135.00 | | |
| | 829681 | 2/8/2017 | $405.00 | $405.00 | | | | $405.00 | | |
| | 834238 | 3/8/2017 | $540.00 | $540.00 | | | | $540.00 | | |
| | 839140 | 4/10/2017 | $540.00 | $540.00 | | | | $540.00 | | |
| | 843778 | 5/8/2017 | $270.00 | $270.00 | | | | $270.00 | | |
| | 851070 | 6/14/2017 | $243.00 | $243.00 | | | | $243.00 | | |
| | 854827 | 8/3/2017 | $6,682.50 | $6,682.50 | | | | $6,682.50 | | |
| | 860330 | 8/11/2017 | $4,860.00 | $4,860.00 | | | | $4,860.00 | | |
| | 865751 | 9/8/2017 | $4,590.00 | $4,590.00 | | | | $4,590.00 | | |
| | 870728 | 10/10/2017 | $4,850.00 | $4,850.00 | | | | $4,850.00 | | |
| | 876304 | 11/9/2017 | $6,075.00 | $6,075.00 | | | | $6,075.00 | | |
| | 0882570 | 12/14/2017 | $5,130.00 | $5,130.00 | | | | $5,130.00 | | |
| | 0885529 | 1/10/2018 | $4,050.00 | $4,050.00 | | | | $4,050.00 | | |
| Arcadis | 0891945 | 2/9/2018 | $5,400.00 | $5,400.00 | | | | $5,400.00 | | |
| | 0900722 | 3/12/2018 | $4,590.00 | $4,590.00 | | | | $4,590.00 | | |
| | 900722 | 4/5/2018 | $5,547.50 | $5,547.50 | | | | $5,547.50 | | |
| | 0903713 | 5/15/2018 | $5,400.00 | $5,400.00 | | | | $5,400.00 | | |
| | 0912367 | 6/11/2018 | $9,835.00 | $9,835.00 | | | | $9,835.00 | | |
| | 918552 | 7/13/2018 | $5,400.00 | $5,400.00 | | | | $5,400.00 | | |
| | 922298 | 8/8/2018 | $5,400.00 | $5,400.00 | | | | $5,400.00 | | |
| | 927965 | 9/10/2018 | $5,670.00 | $5,670.00 | | | | $5,670.00 | | |
| | 934753 | 10/12/2018 | $4,660.00 | $4,660.00 | | | | $4,660.00 | | |
| | 939965 | 11/12/2018 | $6,210.00 | $6,210.00 | | | | $6,210.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 943813 | 12/7/2018 | $4,792.50 | $4,792.50 | | | | $4,792.50 | |
| | 952915 | 1/18/2019 | $4,050.00 | $4,050.00 | | | | $4,050.00 | |
| | 955582 | 2/7/2019 | $5,130.00 | $5,130.00 | | | | $5,130.00 | |
| | 960604 | 3/7/2019 | $3,510.00 | $3,510.00 | | | | $3,510.00 | |
| | 963545 | 4/5/2019 | $3,780.00 | $3,780.00 | | | | $3,780.00 | |
| | 973298 | 5/14/2019 | $7,020.00 | $7,020.00 | | | | $7,020.00 | |
| | 979942 | 6/17/2019 | $11,340.00 | $11,340.00 | | | | $11,340.00 | |
| | 982793 | 7/1/2019 | $9,720.00 | $9,720.00 | | | | $9,720.00 | |
| | 34121533 | 9/17/2019 | $11,880.00 | $11,880.00 | | | | $11,880.00 | |
| | | TOTAL | $169,845.50 | | | | | | |
| DTSC | 12SM0057 | 8/28/2012 | $302.90 | $302.90 | | | $302.90 | | |
| | 13SM2001 | 12/4/2013 | $134.28 | $134.28 | | | $134.28 | | |
| | 14SM1589 | 11/20/2014 | $3,394.92 | $3,394.92 | | | | $3,394.92 | |
| | 14SM2636 | 2/18/2015 | $266.39 | $266.39 | | | | $266.39 | |
| | 14SM4799 | 5/6/2015 | $2,130.68 | $2,130.68 | | | $2,130.68 | | |
| | 15SM0538 | 9/1/2015 | $541.25 | $541.25 | | | | | $541.25 |
| | 15SM1396 | 3/2/2016 | $3,192.24 | $3,192.24 | | | | $3,192.24 | |
| | 15SM2804 | 5/18/2016 | $1,260.26 | $1,260.26 | | | $1,260.26 | | |
| | | TOTAL | $11,222.92 | | | | | | |
| Dynamic Imaging | 838843 | 5/14/2012 | $258.06 | $258.06 | | | | $258.06 | |
| | | TOTAL | $258.06 | | | | | | |
| Island Express Helicopters | P155494ADVPAY | 4/15/2016 | $1,980.00 | $1,980.00 | | | | $1,980.00 | |
| | | TOTAL | $1,980.00 | | | | | | |
| Jordahl | RETENTION | 12/12/2014 | $14,050.00 | $14,050.00 | | | | | $14,050.00 |
| | 8263.01 PP#1 | 11/26/2014 | $266,950.00 | $266,950.00 | | | | | $266,950.00 |
| | 8238.01 PP#1 | 1/14/2013 | $58,500.00 | $58,500.00 | | | | | $58,500.00 |
| | 8238.01 PP#2 RET | 6/1/2013 | $6,500.00 | $6,500.00 | | | | | $6,500.00 |
| | | TOTAL | $346,000.00 | | | | | | |
| Nossaman | 426589 | 5/8/2014 | $5,777.10 | $5,777.10 | | | | $5,777.10 | |
| | 413793 | 6/24/2013 | $4,296.53 | $4,296.53 | | | | $4,296.53 | |
| | 415033 | 7/26/2013 | $15,013.01 | $15,013.01 | | | | $15,013.01 | |
| | 420461 | 11/25/2013 | $9,136.00 | $9,136.00 | | | | $9,136.00 | |
| | 416169 | 8/26/2013 | $3,065.00 | $3,065.00 | | | | $3,065.00 | |
| | 431957 | 9/30/2014 | $437.50 | $437.50 | | | | $437.50 | |

| | 419201 | 10/30/2013 | $12,020.10 | $12,020.10 | | | | | $12,020.10 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 422829 | 1/30/2014 | $750.00 | $750.00 | | | | | $750.00 | |
| | | TOTAL | $50,495.24 | | | | | | | |
| Pencoe | 16845 | 5/11/2012 | $63.64 | 63.64 | | | | | $63.64 | |
| | | TOTAL | $63.64 | | | | | | | |
| Stuart & Assoc | 4387 | 5/1/2012 | $5,700.00 | $5,700.00 | | | | | $5,700.00 | |
| | 4400 | 6/1/2012 | $5,700.00 | $5,700.00 | | | | | $5,700.00 | |
| | 4413 | 7/1/2012 | $5,700.00 | $5,700.00 | | | | | $5,700.00 | |
| | | TOTAL | $17,100.00 | | | | | | | |
| | 11283 | 5/18/2012 | $29,227.78 | $9,742.59 | $9,742.59 | $9,742.59 | $29,227.78 | | | |
| | 11338 | 6/14/2012 | $61,256.16 | $20,418.72 | $20,418.72 | $20,418.72 | $61,256.16 | | | |
| | 11379 | 7/12/2012 | $40,456.72 | $13,485.57 | $13,485.57 | $13,485.57 | $40,456.72 | | | |
| | 11458 | 8/13/2012 | $57,030.32 | $19,010.10 | $19,010.10 | $19,010.10 | $57,030.32 | | | |
| | 11536 | 9/20/2012 | $48,871.13 | $16,290.38 | $16,290.38 | $16,290.38 | $48,871.13 | | | |
| | 11626 | 10/29/2012 | $8,857.74 | $2,952.58 | $2,952.58 | $2,952.58 | | $8,857.74 | | |
| | 11724 | 11/27/2012 | $22,881.61 | $7,627.20 | $7,627.20 | $7,627.20 | | $22,881.61 | | |
| | 11888 | 3/6/2013 | $235,154.29 | $78,384.77 | $78,384.77 | $78,384.77 | | $235,154.29 | | |
| | 11962 | 3/25/2013 | $28,683.65 | $9,561.22 | $9,561.22 | $9,561.22 | | $28,683.65 | | |
| | 12034 | 3/10/2013 | $62,496.99 | $20,832.33 | $20,832.33 | $20,832.33 | | $62,496.99 | | |
| | 12130 | 5/30/2013 | $108,550.12 | $36,183.37 | $36,183.37 | $36,183.37 | | $108,550.12 | | |
| | 12187 | 6/21/2013 | $82,341.52 | $27,447.17 | $27,447.17 | $27,447.17 | | $82,341.52 | | |
| | 12250 | 7/12/2013 | $34,598.75 | $11,532.92 | $11,532.92 | $11,532.92 | | $34,598.75 | | |
| | 12315 | 8/27/2013 | $23,397.38 | $7,799.13 | $7,799.13 | $7,799.13 | | $23,397.38 | | |
| | 12404 | 9/13/2013 | $14,577.50 | $4,859.17 | $4,859.17 | $4,859.17 | | $14,577.50 | | |
| | 12500 | 10/18/2013 | $38,979.46 | $12,993.15 | $12,993.15 | $12,993.15 | | $38,979.46 | | |
| | 12571 | 11/21/2013 | $6,881.99 | $2,294.00 | $2,294.00 | $2,294.00 | $6,881.99 | | | |
| | 11817 | 1/30/2013 | $67,209.83 | $22,403.28 | $22,403.28 | $22,403.28 | | $67,209.83 | | |
| | 12700 | 1/2/2014 | $10,412.53 | $3,470.84 | $3,470.84 | $3,470.84 | $10,412.53 | | | |
| | 12847 | 2/20/2014 | $18,499.03 | $6,166.34 | $6,166.34 | $6,166.34 | | | | $18,499.03 |
| | 12958 | 3/27/2014 | $55,412.81 | $18,470.94 | $18,470.94 | $18,470.94 | | $55,412.81 | | |
| | 13005 | 4/23/2014 | $24,954.96 | $8,318.32 | $8,318.32 | $8,318.32 | | $24,954.96 | | |
| | 13091 | 5/22/2019 | $15,446.05 | $5,148.68 | $5,148.68 | $5,148.68 | | $15,446.05 | | |
| | 13219 | 6/27/2014 | $17,908.97 | $5,969.66 | $5,969.66 | $5,969.66 | | $17,908.97 | | |
| | 13261 | 7/23/2014 | $10,066.30 | $3,355.43 | $3,355.43 | $3,355.43 | | $10,066.30 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 13370 | 8/29/2014 | $25,132.49 | $8,377.50 | $8,377.50 | $8,377.50 | | $25,132.49 | |
| | 13529 | 10/22/2014 | $7,557.64 | $2,519.22 | $2,519.22 | $2,519.22 | | $7,557.64 | |
| | 13626 | 12/4/2014 | $15,766.25 | $5,255.42 | $5,255.42 | $5,255.42 | | $15,766.25 | |
| | 13669 | 12/23/2014 | $24,406.30 | $8,135.43 | $8,135.43 | $8,135.43 | | $24,406.30 | |
| | 13725 | 1/28/2015 | $17,130.09 | $5,710.03 | $5,710.03 | $5,710.03 | | $17,130.09 | |
| | 13772 | 2/19/2015 | $3,167.50 | $1,055.83 | $1,055.83 | $1,055.83 | | $3,167.50 | |
| | 13907 | 3/27/2015 | $16,467.49 | $5,489.16 | $5,489.16 | $5,489.16 | | $16,467.49 | |
| | 13966 | 4/16/2015 | $7,263.75 | $2,421.25 | $2,421.25 | $2,421.25 | | $7,263.75 | |
| | 14260 | 7/10/2015 | $5,074.25 | $1,691.42 | $1,691.42 | $1,691.42 | | $5,074.25 | |
| | 14333 | 8/20/2015 | $4,403.25 | $1,467.75 | $1,467.75 | $1,467.75 | $4,403.25 | | |
| | 14389 | 9/16/2015 | $1,601.80 | $533.93 | $533.93 | $533.93 | $1,601.80 | | |
| | 14482 | 10/16/2015 | $8,631.75 | $2,877.25 | $2,877.25 | $2,877.25 | | $8,631.75 | |
| | 14625 | 11/19/2015 | $1,284.68 | $428.23 | $428.23 | $428.23 | $1,284.68 | | |
| | 14681 | 12/18/2015 | $8,801.81 | $2,933.94 | $2,933.94 | $2,933.94 | $8,801.81 | | |
| | 14742 | 1/15/2016 | $7,834.90 | $2,611.63 | $2,611.63 | $2,611.63 | $7,834.90 | | |
| | 14843 | 2/22/2016 | $9,144.25 | $3,048.08 | $3,048.08 | $3,048.08 | $9,144.25 | | |
| | 14919 | 3/17/2016 | $1,643.75 | $547.92 | $547.92 | $547.92 | $1,643.75 | | |
| | 15011 | 5/2/2016 | $33,030.68 | $11,010.23 | $11,010.23 | $11,010.23 | $33,030.68 | | |
| | 15088 | 5/26/2016 | $24,398.75 | $8,132.92 | $8,132.92 | $8,132.92 | $24,398.75 | | |
| | 15183 | 6/27/2016 | $40,006.95 | $13,335.65 | $13,335.65 | $13,335.65 | $40,006.95 | | |
| | 15263 | 8/1/2016 | $13,936.25 | $4,645.42 | $4,645.42 | $4,645.42 | $13,936.25 | | |
| | 15522 | 10/27/2016 | $28,523.10 | $9,507.70 | $9,507.70 | $9,507.70 | $28,523.10 | | |
| EEC | 15707 | 12/15/2016 | $20,319.67 | $6,773.23 | $6,773.23 | $6,773.23 | $20,319.67 | | |
| | 15801 | 1/31/2017 | $28,059.86 | $9,353.28 | $9,353.28 | $9,353.28 | $28,059.86 | | |
| | 15984 | 3/24/2017 | $25,798.79 | $8,599.60 | $8,599.60 | $8,599.60 | $25,798.79 | | |
| | 16244 | 6/22/2017 | $20,761.25 | $6,920.42 | $6,920.42 | $6,920.42 | $20,761.25 | | |
| | 16351 | 7/27/2017 | $9,353.52 | $3,117.84 | $3,117.84 | $3,117.84 | $9,353.52 | | |
| | 16520 | 9/25/2017 | $8,761.45 | $2,920.46 | $2,920.46 | $2,920.46 | | $8,761.45 | |
| | | TOTAL | $1,542,415.81 | | | | | | |
| | 18871 | 9/30/2017 | $176,809.37 | $58,936.46 | $58,936.46 | $58,936.46 | | $176,809.37 | |
| | 18873 | 10/5/2017 | $13,770.60 | $4,590.20 | $4,590.20 | $4,590.20 | | $13,770.60 | |
| | 19106 | 11/30/2017 | $21,348.75 | $7,116.25 | $7,116.25 | $7,116.25 | | $21,348.75 | |
| | 19224 | 12/22/2017 | $8,861.47 | $2,953.82 | $2,953.82 | $2,953.82 | | $8,861.47 | |
| | 19431 | 1/30/2018 | $16,637.02 | $5,545.67 | $5,545.67 | $5,545.67 | | $16,637.02 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GSI | 19609 | 2/27/2018 | $67,273.53 | $22,424.51 | $22,424.51 | $22,424.51 | | $67,273.53 | |
| | 19752 | 3/29/2018 | $44,199.18 | $14,733.06 | $14,733.06 | $14,733.06 | | $44,199.18 | |
| | 19838 | 4/19/2018 | $12,705.29 | $4,235.10 | $4,235.10 | $4,235.10 | | $12,705.29 | |
| | 20634 | 5/22/2018 | $12,593.72 | $4,197.91 | $4,197.91 | $4,197.91 | | $12,593.72 | |
| | 20870 | 6/29/2018 | $14,681.88 | $4,893.96 | $4,893.96 | $4,893.96 | | $14,681.88 | |
| | 20996 | 7/18/2018 | $1,924.80 | $641.60 | $641.60 | $641.60 | | $1,924.80 | |
| | 21247 | 8/23/2018 | $8,284.71 | $2,761.57 | $2,761.57 | $2,761.57 | | $8,284.71 | |
| | 21398 | 9/17/2018 | $1,302.50 | $434.17 | $434.17 | $434.17 | $1,302.50 | | |
| | 21554 | 9/28/2018 | $9,312.71 | $3,104.24 | $3,104.24 | $3,104.24 | | $9,312.71 | |
| | 21797 | 12/5/2018 | $4,963.50 | $1,654.50 | $1,654.50 | $1,654.50 | $4,963.50 | | |
| | 22014 | 1/10/2019 | $7,450.50 | $2,483.50 | $2,483.50 | $2,483.50 | $7,450.50 | | |
| | 22177 | 2/6/2019 | $26,054.66 | $8,684.89 | $8,684.89 | $8,684.89 | $26,054.66 | | |
| | 22232 | 2/18/2019 | $912.50 | $304.17 | $304.17 | $304.17 | $912.50 | | |
| | 22548 | 3/19/2018 | $6,916.51 | $2,305.50 | $2,305.50 | $2,305.50 | $6,916.51 | | |
| | 22662 | 4/16/2019 | $1,081.25 | $360.42 | $360.42 | $360.42 | $1,081.25 | | |
| | 39348 | 6/11/2019 | $5,186.50 | $1,728.83 | $1,728.83 | $1,728.83 | | $5,186.50 | |
| | 23142 | 7/2/2019 | $13,419.11 | $4,473.04 | $4,473.04 | $4,473.04 | | $13,419.11 | |
| | 23297 | 8/17/2019 | $35,625.07 | $11,875.02 | $11,875.02 | $11,875.02 | | $35,625.07 | |
| | 23745 | 10/2/2019 | $48,386.00 | $16,128.67 | $16,128.67 | $16,128.67 | | $48,386.00 | |
| | 23834 | 10/17/2019 | $38,274.06 | $12,758.02 | $12,758.02 | $12,758.02 | | $38,274.06 | |
| | 23831 | 10/17/2019 | $144,475.54 | $72,237.77 | | $72,237.77 | | $144,475.54 | |
| | 24128 | 12/11/2019 | $7,570.50 | $3,785.25 | | $3,785.25 | | $7,570.50 | |
| | 25130 | 4/10/2020 | $3,005.27 | $1,001.76 | $1,001.76 | $1,001.76 | | $3,005.27 | |
| | 26075 | 8/18/2020 | $9,064.21 | $3,021.40 | $3,021.40 | $3,021.40 | | $9,064.21 | |
| | 26487 | 10/16/2020 | $17,888.73 | $5,962.91 | $5,962.91 | $5,962.91 | | $17,888.73 | |
| | | **TOTAL** | **$779,979.44** | | | | | | |
| | LCI0022455 | 5/22/2012 | $10,404.56 | $10,404.56 | | | | $10,404.56 | |
| | LCI0022639 | 6/7/2012 | $12,299.40 | $12,299.40 | | | | $12,299.40 | |
| | LCI0022835 | 7/11/2012 | $8,824.00 | $8,824.00 | | | | $8,824.00 | |
| | LCI0023063 | 8/13/2012 | $6,411.00 | $6,411.00 | | | | $6,411.00 | |
| | LCI0023158 | 8/24/2012 | $1,759.00 | $1,759.00 | | | | $1,759.00 | |
| | LCI0023297 | 9/20/2012 | $8,451.00 | $8,451.00 | | | | $8,451.00 | |
| | LCI0023354 | 9/24/2012 | $1,641.00 | $1,641.00 | | | | $1,641.00 | |
| | 10084 | 11/26/2012 | $800.00 | $800.00 | | | | $800.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10296 | 12/18/2012 | $3,213.00 | $3,213.00 | | | | $3,213.00 | |
| 10317 | 12/18/2012 | $3,257.00 | $3,257.00 | | | | $3,257.00 | |
| 10570 | 1/14/2013 | $8,220.10 | $8,220.10 | | | | $8,220.10 | |
| 10571 | 1/14/2013 | $205.50 | $205.50 | | | | $205.50 | |
| 11051 | 2/21/2013 | $153.92 | $153.92 | | | | $153.92 | |
| 11109 | 2/28/2013 | $3,453.15 | $3,453.15 | | | | $3,453.15 | |
| 11170 | 3/12/2013 | $2,681.50 | $2,681.50 | | | | $2,681.50 | |
| 11533 | 4/17/2013 | $4,487.72 | $4,487.72 | | | | $4,487.72 | |
| 11771 | 5/16/2013 | $10,185.76 | $10,185.76 | | | | $10,185.76 | |
| 12161 | 6/24/2013 | $2,039.50 | $2,039.50 | | | | $2,039.50 | |
| 12302 | 7/13/2013 | $755.00 | $755.00 | | | | $755.00 | |
| 12627 | 8/8/2013 | $6,400.00 | $6,400.00 | | | | $6,400.00 | |
| 13021 | 9/19/2013 | $1,377.50 | $1,377.50 | | | | $1,377.50 | |
| 13620 | 11/19/2013 | $870.00 | $870.00 | | | | $870.00 | |
| 13939 | 12/18/2013 | $3,916.00 | $3,916.00 | | | | $3,916.00 | |
| 14217 | 1/22/2014 | $5,832.50 | $5,832.50 | | | | $5,832.50 | |
| 15179 | 4/22/2014 | $4,989.75 | $4,989.75 | | | | $4,989.75 | |
| 15594 | 5/30/2014 | $9,016.50 | $9,016.50 | | | | $9,016.50 | |
| 15596 | 5/30/2014 | $8,386.00 | $8,386.00 | | | | $8,386.00 | |
| 14131 | 1/15/2014 | $3,828.76 | $3,828.76 | | | | $3,828.76 | |
| 15014 | 4/9/2014 | $12,415.50 | $12,415.50 | | | | $12,415.50 | |
| 15360 | 5/9/2014 | $14,860.75 | $14,860.75 | | | | $14,860.75 | |
| 15706 | 6/13/2014 | $1,451.75 | $1,451.75 | | | | $1,451.75 | |
| 16128 | 7/24/2014 | $2,279.45 | $2,279.45 | | | | $2,279.45 | |
| 16036 | 7/16/2014 | $4,062.05 | $4,062.05 | | | | $4,062.05 | |
| 16180 | 7/29/2014 | $16,053.50 | $16,053.50 | | | | $16,053.50 | |
| 16585 | 9/8/2019 | $18,041.60 | $18,041.60 | | | | $18,041.60 | |
| 16586 | 9/9/2014 | $12,127.83 | $12,127.83 | | | | $12,127.83 | |
| 16826 | 9/29/2014 | $9,980.47 | $9,980.47 | | | | | $9,980.47 |
| 16832 | 9/29/2014 | $37,650.80 | $37,650.80 | | | | | $37,650.80 |
| 17077 | 10/23/2014 | $1,225.00 | $1,225.00 | | | | | $1,225.00 |
| 17079 | 10/23/2014 | $557.50 | $557.50 | | | | $557.50 | |
| 17058 | 10/22/2014 | $107,102.96 | $107,102.96 | | | | | $107,102.96 |
| 17357 | 11/18/2014 | $2,694.25 | $2,694.25 | | | | | $2,694.25 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 17734 | 12/24/2014 | $3,420.75 | $3,420.75 | | | | | | $3,420.75 |
| | 17739 | 12/24/2014 | $363.75 | $363.75 | | | | $363.75 | | |
| | 17869 | 1/14/2015 | $15,391.51 | $15,391.51 | | | | | | $15,391.51 |
| | 18230 | 2/15/2015 | $10,498.40 | $10,498.40 | | | | | | $10,498.40 |
| | 18237 | 2/15/2015 | $3,200.00 | $3,200.00 | | | | $3,200.00 | | |
| | 18574 | 3/20/2015 | $1,103.75 | $1,103.75 | | | | $1,103.75 | | |
| | 18869 | 4/20/2015 | $1,624.50 | $1,624.50 | | | | $1,624.50 | | |
| | 19256 | 5/27/2015 | $564.19 | $564.19 | | | | | | $564.19 |
| | 19298 | 5/29/2015 | $872.50 | $872.50 | | | | $872.50 | | |
| | 19457 | 6/16/2015 | $2,820.00 | $2,820.00 | | | | $2,820.00 | | |
| | 19465 | 6/17/2015 | $3,974.25 | $3,974.25 | | | | | | $3,974.25 |
| | 20130 | 8/17/2015 | $5,494.35 | $5,494.35 | | | | $5,494.35 | | |
| | 20448 | 9/17/2015 | $1,650.00 | $1,650.00 | | | | $1,650.00 | | |
| | 20541 | 9/23/2015 | $84,202.84 | $84,202.84 | | | | | $84,202.84 | |
| | 20716 | 10/15/2015 | $27,115.63 | $27,115.63 | | | | | $27,115.63 | |
| | 20814 | 10/21/2015 | $502.00 | $502.00 | | | | $502.00 | | |
| | 21165 | 11/19/2015 | $1,586.50 | $1,586.50 | | | | $1,586.50 | | |
| | 21440 | 12/16/2015 | $2,938.00 | $2,938.00 | | | | $2,938.00 | | |
| | 21528 | 12/23/2015 | $24,988.88 | $24,988.88 | | | | | $24,988.88 | |
| | 21774 | 1/20/2016 | $4,209.40 | $4,209.40 | | | | | $4,209.40 | |
| Leighton | 21783 | 1/20/2016 | $867.00 | $867.00 | | | | $867.00 | | |
| | 22106 | 2/23/2016 | $1,728.60 | $1,728.60 | | | | | $1,728.60 | |
| | 22371 | 3/23/2016 | $170.00 | $170.00 | | $170.00 | | | | |
| | 22695 | 4/26/2016 | $714.00 | $714.00 | | $714.00 | | | | |
| | 22719 | 4/27/2016 | $563.00 | $563.00 | | $563.00 | | | | |
| | 22991 | 5/23/2016 | $192.40 | $192.40 | | $192.40 | | | | |
| | 23401 | 6/29/2016 | $731.00 | $731.00 | | $731.00 | | | | |
| | 23460 | 7/7/2016 | $1,717.00 | $1,717.00 | | $1,717.00 | | | | |
| | 23461 | 7/7/2016 | $3,762.00 | $3,762.00 | | $3,762.00 | | | | |
| | 24003 | 8/25/2016 | $2,818.50 | $2,818.50 | | $2,818.50 | | | | |
| | 24356 | 9/28/2016 | $3,488.40 | $3,488.40 | | $3,488.40 | | | | |
| | 25386 | 12/30/2016 | $2,070.00 | $2,070.00 | | $2,070.00 | | | | |
| | 25387 | 12/30/2016 | $1,831.70 | $1,831.70 | | $1,831.70 | | | | |
| | 25559 | 1/20/2017 | $2,199.00 | $2,199.00 | | $2,199.00 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25933 | 2/22/2017 | $1,766.20 | $1,766.20 | | | $1,766.20 | | | |
| 26266 | 3/31/2017 | $2,366.50 | $2,366.50 | | | $2,366.50 | | | |
| 26477 | 4/18/2017 | $5,954.30 | $5,954.30 | | | $5,954.30 | | | |
| 26948 | 5/31/2017 | $4,080.10 | $4,080.10 | | | $4,080.10 | | | |
| 27230 | 6/26/2017 | $12,197.70 | $12,197.70 | | | | $12,197.70 | | |
| 27313 | 7/6/2017 | $5,782.30 | $5,782.30 | | | $5,782.30 | | | |
| 27770 | 8/17/2017 | $2,800.30 | $2,800.30 | | | $2,800.30 | | | |
| 28146 | 9/21/2017 | $7,457.45 | $7,457.45 | | | | $7,457.45 | | |
| 28468 | 10/19/2017 | $3,917.00 | $3,917.00 | | | | $3,917.00 | | |
| 28892 | 11/20/2017 | $14,289.50 | $14,289.50 | | | | $14,289.50 | | |
| 29200 | 12/13/2017 | $11,454.00 | $11,454.00 | | | | $11,454.00 | | |
| 29588 | 1/11/2018 | $3,336.00 | $3,336.00 | | | | $3,336.00 | | |
| 29919 | 2/7/2018 | $4,466.00 | $4,466.00 | | | | $4,466.00 | | |
| 30428 | 3/20/2018 | $5,841.50 | $5,841.50 | | | | $5,841.50 | | |
| 30691 | 4/13/2018 | $6,633.00 | $6,633.00 | | | | $6,633.00 | | |
| 30985 | 5/14/2018 | $15,114.00 | $15,114.00 | | | | $15,114.00 | | |
| 31498 | 6/21/2018 | $4,745.16 | $4,745.16 | | | | $4,745.16 | | |
| 31651 | 7/2/2018 | $2,231.50 | $2,231.50 | | | | $2,231.50 | | |
| 32272 | 8/20/2018 | $2,631.25 | $2,631.25 | | | | $2,631.25 | | |
| 32690 | 9/19/2018 | $8,162.50 | $8,162.50 | | | | $8,162.50 | | |
| 33015 | 10/23/2018 | $9,345.00 | $9,345.00 | | | | $9,345.00 | | |
| 33412 | 11/20/2018 | $6,627.00 | $6,627.00 | | | | $6,627.00 | | |
| 33413 | 11/20/2018 | $6,983.48 | $6,983.48 | | | | | | $6,983.48 |
| 33511 | 11/29/2018 | $4,204.00 | $4,204.00 | | | | | | $4,204.00 |
| 33790 | 12/18/2018 | $9,686.92 | $9,686.92 | | | | $9,686.92 | | |
| 34176 | 1/23/2019 | $8,094.00 | $8,094.00 | | | | $8,094.00 | | |
| 34358 | 2/11/2019 | $6,734.75 | $6,734.75 | | | | $6,734.75 | | |
| 34679 | 3/8/2019 | $6,884.25 | $6,884.25 | | | | $6,884.25 | | |
| 35155 | 4/22/2019 | $13,129.00 | $13,129.00 | | | | $13,129.00 | | |
| 35443 | 5/16/2019 | $13,902.95 | $13,902.95 | | | | $13,902.95 | | |
| 35848 | 6/18/2019 | $17,851.35 | $17,851.35 | | | | $17,851.35 | | |
| 36095 | 7/3/2019 | $37,600.79 | $37,600.79 | | | | $37,600.79 | | |
| 36666 | 8/20/2019 | $19,560.61 | $19,560.61 | | | | $19,560.61 | | |
| 36812 | 8/28/2019 | $22,159.18 | $22,159.18 | | | | | | $22,159.18 |

|  | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 37065 | 9/16/2019 | $21,648.59 | $21,648.59 | | | | $21,648.59 | |
|  | 37431 | 10/17/2019 | $3,606.10 | $3,606.10 | | | | $3,606.10 | |
|  | 37943 | 11/20/2019 | $8,057.11 | $8,057.11 | | | | | $8,057.11 |
|  | 38242 | 12/16/2019 | $5,951.20 | $5,951.20 | | | | $5,951.20 | |
|  | 38244 | 12/16/2019 | $4,152.20 | $4,152.20 | | | | $4,152.20 | |
|  |  | TOTAL | $945,141.07 | | | | | | |
| Avalon Freight Services | RCT92057 | 7/31/2019 | $8,662.50 | $8,662.50 | | | | $8,662.50 | |
|  | RCT92547 | 8/8/2019 | $4,385.41 | $4,385.41 | | | | $4,385.41 | |
|  | RCT92805 | 8/12/2019 | $9,487.50 | $9,487.50 | | | | $9,487.50 | |
|  | RCT93328 | 8/19/2019 | $9,581.25 | $9,581.25 | | | | $9,581.25 | |
|  | RCT94028 | 8/27/2019 | $8,512.50 | $8,512.50 | | | | $8,512.50 | |
|  |  | TOTAL | $40,629.16 | | | | | | |
| Waste Management | 0004553-2246-1 | 9/3/2019 | $13,746.26 | $13,746.26 | | | | $13,746.26 | |
|  | 0043186-2510-2 | 9/3/2019 | $166,146.45 | $166,146.45 | | | | $166,146.45 | |
|  | 0004908-2246-7 | 10/1/2019 | $1,171.66 | $1,171.66 | | | | $1,171.66 | |
|  | 0043466-2510-8 | 10/1/2019 | $54,669.50 | $54,669.50 | | | | $54,669.50 | |
|  |  | TOTAL | $235,733.87 | | | | | | |

**TOTALS** $2,617,942.23  $723,449.75  $799,472.77   $628,556.13  $2,717,429.12  $195,932.83  $598,946.63