# EXHIBIT 2

Gary Elmer Hokkanen

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4    LONG BEACH UNIFIED SCHOOL       )
      DISTRICT,                       )
 5                                    )
               Plaintiff,             )
 6                                    )
          vs.                         )  CASE NO.
 7                                    )2:19-CV-01139-JFW-AS
      SANTA CATALINA ISLAND COMPANY   )
 8    and CITY OF AVALON,             )
                                      )
 9             Defendants.            )
      _____)
10                                    )
      AND ALL RELATED CROSS-ACTIONS.  )
11    _____)

12

13                       - - -
                    MARCH 9, 2023
14                       - - -

15         Videotaped deposition of GARY ELMER

16    HOKKANEN held in the offices of Cooksey, Toolen,

17    Gage, Duffy & Woog, 535 Anton Boulevard, Suite 1000,

18    California, commencing at 9:17 A.M. PST, on the

19    above date before Pamela Cotten, CSR, RDR, Certified

20    Realtime Reporter, Certificate No. 4497.

21

22                       - - -

23              GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com

25
```

```
10:14:56   1    mean by that?

           2        A    Sure.

           3             My opinion -- I need to -- I think it was

           4    opinion -- excuse me.

10:15:22   5             Yes.  My Opinion 2 discusses costs related

           6    to the City of Avalon and Island Company.

           9        Q    Is this Exhibit 127 reflected in your

10:15:50  10    amended Exhibit C?  Is this invoice listed in your

          11    amended Exhibit C?

          12        A    I think you stated, and I took your word

          13    for it, that it is.

          14        Q    Okay.  Let's just make sure for the record.

10:16:06  15    Could you please turn to your amended Exhibit C.

          16        A    Got it.

          17        Q    Could you please identify for the record

          18    what you attribute -- what areas you attribute this

          19    cost to, this invoice to in your amended Exhibit C.

10:16:34  20        A    I have the right --

          21             MR. RASMUSSEN:  Just object.  The document

          22    speaks for itself.

          23             THE WITNESS:  I need to bounce around.

          24    Online is a little difficult.  August 24, 2012.

          25    ///
```

```
10:44:28    1   Exhibit C?
            2          MR. TRIMARCHE:  Objection.  Vague.
            3          THE WITNESS:  Well, let me -- let me state
            4   to answer that, and if you have any others that
10:44:38    5   aren't included in my Exhibit C.  I received a
            6   series of invoices from my counsel that apparently
            7   was disclosed by the school district.  I compiled
            8   those in my Exhibit C, and then I formed my
            9   Opinion 3 based on that compilation.  ████████
███████    10   ████████████████████████████████████████████████.
           11   It was all Island Company and City.  So -- I forgot
           12   your question.
           13   BY MS. SPANTON:
           14      Q    Looking at Exhibit 131, are any of these
10:45:19   15   costs applicable to Island, County, or City column
           16   of your spreadsheet?
           17      A    Well, I have not -- I did not receive this
           18   invoice.  I don't know who paid it.  Let's see if it
           19   is addressed to somebody.
10:45:49   20          Looks like it is addressed to Long Beach
           21   Unified School District.  I don't see any indication
           22   that it was split between the parties, so I think it
           23   is likely that it was simply a school district cost.
           24          MS. SPANTON:  Could you please introduce
10:46:17   25   H122, A3, Arcadis 744962.
```

| | | |
|---|---|---|
| 10:48:45 | 1 | MR. RASMUSSEN:  You are referring to a |
| | 2 | document that's not listed in here and doesn't |
| | 3 | appear to be an invoice. |
| | 4 | MS. SPANTON:  But it is relevant to his |
| 10:48:52 | 5 | opinion, Opinion 2. |
| | 6 | MR. TRIMARCHE:  As long as you have raised |
| | 7 | that, let's talk about that.  This witness has |
| | 8 | testified -- |
| | 9 | MS. SPANTON:  May we go off the record. |
| 10:49:00 | 10 | MR. TRIMARCHE:  No, no.  I want this on the |
| | 11 | record. |
| | 12 | [redacted] |
| | 13 | [redacted] |
| | 14 | [redacted] |
| | 15 | [redacted] |
| | 16 | [redacted] |
| | 17 | [redacted] |
| | 18 | [redacted] |
| | 19 | [redacted] |
| | 20 | [redacted] |
| | 21 | MS. SPANTON:  He has not answered the |
| | 22 | question as to whether or not this cost was paid -- |
| | 23 | it is potentially a cost that could have been paid |
| | 24 | by the City or the County.  He has not made that |
| 10:49:34 | 25 | clear.  If it was paid by the City or County and it |