# EXHIBIT 2

```
 1                   UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4    LONG BEACH UNIFIED SCHOOL      )
      DISTRICT,                      )
 5                                   )
                 Plaintiff,          )
 6                                   )
           vs.                       )   CASE NO.
 7                                   )2:19-CV-01139-JFW-AS
      SANTA CATALINA ISLAND COMPANY  )
 8    and CITY OF AVALON,            )
                                     )
 9               Defendants.         )
      _____)
10                                   )
      AND ALL RELATED CROSS-ACTIONS. )
11    _____)

12

13                           - - -
                        MARCH 9, 2023
14                           - - -

15         Videotaped deposition of GARY ELMER

16    HOKKANEN held in the offices of Cooksey, Toolen,

17    Gage, Duffy & Woog, 535 Anton Boulevard, Suite 1000,

18    California, commencing at 9:17 A.M. PST, on the

19    above date before Pamela Cotten, CSR, RDR, Certified

20    Realtime Reporter, Certificate No. 4497.

21

22                           - - -

23              GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com

25
```

```
10:14:56   1    mean by that?

           2         A    Sure.

           3              My opinion -- I need to -- I think it was

           4    opinion -- excuse me.

10:15:22   5              Yes.  My Opinion 2 discusses costs related

           6    to the City of Avalon and Island Company.  ==I do not==

           7    ==include any opinions related to the school==

           8    ==district's costs.==

           9         Q    Is this Exhibit 127 reflected in your

10:15:50  10    amended Exhibit C?  Is this invoice listed in your

          11    amended Exhibit C?

          12         A    I think you stated, and I took your word

          13    for it, that it is.

          14         Q    Okay.  Let's just make sure for the record.

10:16:06  15    Could you please turn to your amended Exhibit C.

          16         A    Got it.

          17         Q    Could you please identify for the record

          18    what you attribute -- what areas you attribute this

          19    cost to, this invoice to in your amended Exhibit C.

10:16:34  20         A    I have the right --

          21              MR. RASMUSSEN:  Just object.  The document

          22    speaks for itself.

          23              THE WITNESS:  I need to bounce around.

          24    Online is a little difficult.  August 24, 2012.

          25    ///
```

```
10:44:28    1    Exhibit C?

            2            MR. TRIMARCHE:  Objection.  Vague.

            3            THE WITNESS:  Well, let me -- let me state

            4    to answer that, and if you have any others that

10:44:38    5    aren't included in my Exhibit C.  I received a

            6    series of invoices from my counsel that apparently

            7    was disclosed by the school district.  I compiled

            8    those in my Exhibit C, and then I formed my

            9    Opinion 3 based on that compilation.  I did not

10:44:59   10    include, in my opinion, any school district cost.

           11    It was all Island Company and City.  So -- I forgot

           12    your question.

           13    BY MS. SPANTON:

           14        Q    Looking at Exhibit 131, are any of these

10:45:19   15    costs applicable to Island, County, or City column

           16    of your spreadsheet?

           17        A    Well, I have not -- I did not receive this

           18    invoice.  I don't know who paid it.  Let's see if it

           19    is addressed to somebody.

10:45:49   20            Looks like it is addressed to Long Beach

           21    Unified School District.  I don't see any indication

           22    that it was split between the parties, so I think it

           23    is likely that it was simply a school district cost.

           24            MS. SPANTON:  Could you please introduce

10:46:17   25    H122, A3, Arcadis 744962.
```

```
10:48:45   1            MR. RASMUSSEN:  You are referring to a
           2   document that's not listed in here and doesn't
           3   appear to be an invoice.
           4            MS. SPANTON:  But it is relevant to his
10:48:52   5   opinion, Opinion 2.
           6            MR. TRIMARCHE:  As long as you have raised
           7   that, let's talk about that.  This witness has
           8   testified --
           9            MS. SPANTON:  May we go off the record.
10:49:00  10            MR. TRIMARCHE:  No, no.  I want this on the
          11   record.
          12            This witness has testified he was not asked
          13   to opine as to costs incurred and paid solely by the
          14   District.  And you are showing him documents that
10:49:10  15   appear to relate to that issue that he says he
          16   hasn't seen before and aren't included to his
          17   Exhibit C, and you are actually not entitled to ask
          18   him in this deposition to analyze those documents he
          19   has never seen before to answer hypothetical
10:49:25  20   questions.
          21            MS. SPANTON:  He has not answered the
          22   question as to whether or not this cost was paid --
          23   it is potentially a cost that could have been paid
          24   by the City or the County.  He has not made that
10:49:34  25   clear.  If it was paid by the City or County and it
```