1  Joshua Van Eaton (*Pro Hac Vice*)
   jvaneaton@bdlaw.com
2  BEVERIDGE & DIAMOND, P.C.
   1900 N Street, NW, Suite 100
3  Washington, DC 20036
   Telephone:  (202) 789-6000
4  Facsimile:   (202) 789-6190

5  Attorney for Plaintiff/Counterdefendant
   Long Beach Unified School District

6

7  *[Additional Counsel Listed on Signature Page]*

8

9                UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 LONG BEACH UNIFIED SCHOOL          Case No.  2:19-cv-01139-MEMF (ASx)
   DISTRICT,
13                                    **STIPULATED DISMISSAL OF**
                  Plaintiff,          **COUNTER-CLAIMS AND REQUEST**
14                                    **FOR ENTRY OF JUDGMENT;**
          vs.                         **[PROPOSED] JUDGMENT**
15 SANTA CATALINA ISLAND
   COMPANY and CITY OF AVALON,        Hon. Maame Ewusi-Mensah Frimpong
16
                  Defendants.
17 ─────────────────────────────────  Complaint Filed:  February 14, 2019
   AND ALL RELATED CROSS-ACTIONS.
18                                    Trial Date:          March 25, 2024

19

20      Plaintiff Long Beach Unified School District and Defendants Santa Catalina Island Company

21 and the City of Avalon (the "Parties") hereby agree, stipulate and request the following:

22      1.      That any and all of Defendant Santa Catalina Island Company's cross- and/or counter-

23 claims against Plaintiff Long Beach Unified School District shall be and hereby are dismissed.

24      2.      The Parties anticipate that all claims between the City and the Island Company will be

25 resolved through the City's currently pending Motion for Approval of Good Faith Settlement (ECF. No.

26 362), which provides that such claims will be dismissed as part of the order on that motion.  The City's

27 motion is currently scheduled to be heard on May 30, 2024.  However, as the motion is unopposed, the

28 Parties request that the Court rule on the motion without a hearing, or alternatively, advance the hearing

date on the unopposed motion to early May to avoid unnecessary delay in the issuance of the final judgment.

3.       Plaintiff Long Beach Unified School District and Defendant City of Avalon are finalizing a settlement document memorializing their agreement announced to the Court in person on March 28, 2024.  The settlement agreement requires the District and the City to formally dismiss with prejudice their claims against each other within 10 days of execution of the final settlement agreement.  The District and the City plan to present the final agreement for approval by the School Board and the City Council at their meetings on May 1, 2024 and May 7, 2024, respectively. The District and the City will notify the Court when the settlement agreement is finalized and executed, and respectfully request that the Court not enter final judgment until after such notification.

4. That, upon said notice, final judgment in this action be entered by the Court as follows:

**Upon completion of trial to the jury, the jury reached a unanimous verdict on Plaintiff's private nuisance claim against Defendant Santa Catalina Island Company (the sole claim tried to the jury), finding that Plaintiff had failed to meet its burden of proving all the essential elements of the private nuisance claim.  Accordingly, Defendant Santa Catalina Island Company is entitled to judgment in its favor on that claim.  In addition, in an earlier ruling on Defendants' Motion for Partial Summary Judgment, the Court found that all Defendants were entitled to judgment in their favor as to all of Plaintiff's claims other than the private nuisance claim (Doc. 114). Accordingly, final judgment now is entered in favor of Defendant Santa Catalina Island Company as to all of Plaintiff's claims in this action, and all remaining cross- and counter-claims and any and all other remaining claims in this matter are dismissed.**

Dated: April 19, 2024                    BEVERIDGE & DIAMOND, P.C.

                                     By: */s/ Joshua Van Eaton*
                                         Joshua Van Eaton

                                     BEVERIDGE & DIAMOND, P.C.
                                     Joshua Van Eaton (*Pro Hac Vice*)

2

STIPULATED DISMISSAL OF COUNTER-CLAIMS AND REQUEST FOR ENTRY OF
JUDGMENT; [PROPOSED] JUDGMENT; CASE # 2:19-CV-01139-MEMF-AS

John C. Cruden (SBN 63476)
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone:  (202) 789-6000
Facsimile:  (202) 789-6190

Gary J. Smith (SBN 141393)
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone:  (415) 262-4000
Facsimile:  (415) 262-4040

Michael Vitris (*Pro Hac Vice*)
400 West 15th Street, Suite 1410
Austin, TX 78701
Telephone:   (410) 230-1300

Erika H. Spanton (*Pro Hac Vice*)
600 University Street, Suite 1601
Seattle, WA 98101
Telephone:  (512) 391-8000

ATKINSON ANDELSON LOYA
RUUD AND ROMO
Scott Jordan Sachs (SBN 213737)
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3599
Facsimile:  (562) 653-3951

WFBM, LLP
Sage R. Knauft (SBN 194396)
One City Boulevard West, Fifth Floor,
Orange, CA 92868-3677
Telephone: (714) 634-2522
Facsimile:  (714) 634-0686

*Attorneys for Plaintiff/Counterdefendant*
LONG BEACH UNIFIED SCHOOL
DISTRICT

3

1

Dated:  April 19, 2024                    COOKSEY, TOOLEN, GAGE, DUFFY &
2                                         WOOG

3
                                          By: */s/ Gregory D. Trimarche*
4                                              Gregory D. Trimarche

5
                                          Attorneys for Defendant,
6                                         Counterclaimant/Cross-Claimant
7                                         SANTA CATALINA ISLAND CO.

8

9
Dated: April 19, 2024                     BOOTH, LLP
10
                                          By: */s/ Joshua N. Levine*
11                                             Joshua N. Levine
12                                             Paul D. Rasmussen

13                                        Attorneys for Defendant/Counterclaimant, and
14                                        Cross-Claimant
                                          CITY OF AVALON
15

16

17

18

19

20

21
**IT IS SO ORDERED.**
22

23                                        _____
24                                        Hon. Maame Ewusi-Mensah Frimpong

25
Dated: _____
26

27

28                                        4

STIPULATED DISMISSAL OF COUNTER-CLAIMS AND REQUEST FOR ENTRY OF
JUDGMENT; [PROPOSED] JUDGMENT; Case # 2:19-cv-01139-MEMF-AS