Gary J. Smith (SBN 141393)
gsmith@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone:  (415) 262-4000
Facsimile:   (415) 262-4040

Attorney for Plaintiff/Counterdefendant
Long Beach Unified School District

*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>                Plaintiff,<br><br>       vs.<br><br>SANTA CATALINA ISLAND COMPANY and CITY OF AVALON,<br><br>                Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No.  2:19-cv-01139-MEMF (ASx)<br><br>**JOINT STIPULATION AS TO CERTAIN POST-TRIAL MATTERS**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br><br>Complaint Filed:  February 14, 2019<br>Trial Date:  March 25, 2024 |

   The trial of the Long Beach Unified School District's nuisance claim against the Santa Catalina Island Company ("ICO") concluded on April 8, 2024 with a jury verdict that the District had failed to prove all of the elements of its nuisance claim as to ICO.  Upon entry of judgment in its favor, ICO will be entitled to submit an application to the clerk to tax costs, pursuant to Fed.R.Civ.Pro. 54 and L.R 54-2.  The District will have 28 days after entry of judgment to file a motion for a new trial or a motion to alter or amend the judgment, pursuant to Fed.R.Civ.Pro. 59.

The District and ICO hereby stipulate that the District waives its right to seek relief under Rule 59 and ICO waives its right to seek costs pursuant to Rule 54.

Respectfully submitted,

Dated: May 14, 2024                    BEVERIDGE & DIAMOND, P.C.

By:  /s/ Gary J. Smith
       Gary J. Smith

BEVERIDGE & DIAMOND, P.C.
Gary J. Smith (SBN 141393)
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone:  (415) 262-4000
Facsimile:   (415) 262-4040

Joshua Van Eaton (*Pro Hac Vice*)
John C. Cruden (SBN 63476)
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone:  (202) 789-6000
Facsimile:   (202) 789-6190

ATKINSON ANDELSON LOYA RUUD AND ROMO
Scott Jordan Sachs (SBN 213737)
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3599
Facsimile:  (562) 653-3951

WFBM, LLP
Sage R. Knauft (SBN 194396)
One City Boulevard West, Fifth Floor,
Orange, CA 92868-3677
Telephone: (714) 634-2522
Facsimile:  (714) 634-0686

*Attorneys for Plaintiff/Counterdefendant*
LONG BEACH UNIFIED SCHOOL DISTRICT

| | |
|---|---|
| Dated: May 14, 2024 | COOKSEY, TOOLEN, GAGE, DUFFY & WOOG |
| | By: */s/ Gregory D. Trimarche* |
| |     Gregory D. Trimarche |
| |     Jonathan R. Medina |
| | *Attorneys for Defendant/Counterclaimant, and Cross-Claimant* |
| | SANTA CATALINA ISLAND COMPANY |

18291618v1  BDFIRM 018575