UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>SANTA CATALINA ISLAND COMPANY and CITY OF AVALON,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No.  2:19-cv-01139-MEMF (ASx)<br><br>**ORDER GRANTING JOINT STIPULATION AS TO CERTAIN POST-TRIAL MATTERS [ECF NOS. 384, 385]**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Complaint Filed:  February 14, 2019<br>Trial Date:  March 25, 2024 |

On April 24, 2024, the Plaintiff Long Beach Unified School District ("LBUSD") and Defendants Santa Catalina Island Company ("SCIC") and the City of Avalon (the "City") filed a stipulated Dismissal of Counter-Claims and Request for Entry of Judgment. ECF No. 384. On May 14, 2024, LBUSD and SCIC filed a Joint Stipulation As To Certain Post-Trial Matters. ECF No. 385.

Having considered the stipulations, the Court ORDERS as follows:

1. That any and all of SCIC's cross- and/or counter-claims against LBUSD are dismissed;

2. That LBUSD file a notification that the settlement agreement between it and the City is finalized and executed, or, alternatively, a joint status report within 10 days of this ORDER[1];

3. The Court will enter final judgment after receipt of LBUSD's notification of settlement;

---

[1] The Court will issue a separate order granting the City's Motion for Approval of Good Faith Settlement. ECF No. 359.

4.  Upon entry of judgment in its favor, SCIC will be entitled to submit an application to the clerk to tax costs, pursuant to Fed.R.Civ.Pro. 54 and L.R 54-2. LBUSD will have 28 days after entry of judgment to file a motion for a new trial or a motion to alter or amend the judgment, pursuant to Fed.R.Civ.Pro. 59. LBUSD waives its right to seek relief under Rule 59 and SCIC waives its right to seek costs pursuant to Rule 54.

IT IS SO ORDERED.

Dated: May 16, 2024

_____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge