**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>*Plaintiff*,<br><br>v.<br><br>SANTA CATALINA ISLAND COMPANY,<br><br>*Defendant*. | Case No.: 2:19-cv-01139-MEMF<br><br>**JUDGMENT ON JURY VERDICT** |

## JUDGMENT

Upon completion of trial to the jury, the jury reached a unanimous verdict on Plaintiff's private nuisance claim against Defendant Santa Catalina Island Company (the sole claim tried to the jury), finding that Plaintiff had failed to meet its burden of proving all the essential elements of the private nuisance claim. Accordingly, Defendant Santa Catalina Island Company is entitled to judgment in its favor on that claim. In addition, in an earlier ruling on Defendants' Motion for Partial Summary Judgment, the Court found that all Defendants were entitled to judgment in their favor as to all of Plaintiff's claims other than the private nuisance claim (Doc. 114). Accordingly, final judgment now is entered in favor of Defendant Santa Catalina Island Company as to all of Plaintiff's claims in this action, and all remaining cross- and counter-claims and any and all other remaining claims in this matter are dismissed.

IT IS SO ORDERED.

Dated: June 20, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge